# EXHIBIT 1



AAA Insurance underwritten by
CSAA General Insurance Company
PO Box 24511 Oakland, CA 94623-9865
For claims or customer service call
(800) 207-3618

## Personal Auto Policy Declarations
*Notice of Renewal Policy*

*This Declarations Page Replaces Any Previous Declarations Page*
*Please Read and Attach to Your Policy*

**POLICY NUMBER:** AZSS204925140
**PROGRAM:  AAA Select**

**AAA Insured Since 2016**

### Named Insured(s) & Mailing Address

||||ı||ılı|ı|ıplıpıllı|ı|ılıpplıpıll|||llıılıpplı|lıplıılıp

KATHY BERNHARDT, GERARD FOLEY
11006 E DECATUR ST
MESA, AZ 85207-2224

**Sales Rep Name & Address**    500001005 – 500005685
AAA NCNU/500005685/Jamie Miranda
PO Box 24502
Oakland, CA 94623
(602) 248-3727

| POLICY PERIOD | | |
|---|---|---|
| FROM: 06/07/20 | TO: 06/07/21 | TIME: 12:01 A.M. |

### DESCRIPTION OF VEHICLE (S)

**YOU WILL BE BILLED SEPARATELY FOR ANY BALANCE DUE.**

| VEHICLE | YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION | ZIP CODE |
|---|---|---|---|---|---|
| 1 | 2006 | SUBA | LEGACY STATION WAGON | 4S4BP85C664322709 | 85207 |
| 2 | 2015 | TOYO | SIENNA SPORT VAN | 5TDKK3DC2FS613199 | 85207 |

Insurance is provided only with respect to the following coverages for which a specific limit of liability is shown.  Subject to all conditions of this policy.

| COVERAGES | LIMIT OF LIABILITY | VEHICLE INFORMATION | | | |
|---|---|---|---|---|---|
| | | 1 | DED | 2 | DED |
| Bodily Injury | $50,000 / person $100,000 / accident | 256.00 | | 298.00 | |
| Property Damage | $100,000 / accident | 220.00 | | 256.00 | |
| Uninsured Motorist BI | $50,000 / person $100,000 / accident | 16.00 | | 23.00 | |
| Underinsured Motorist BI | $50,000 / person $100,000 / accident | 35.00 | | 51.00 | |
| Medical Payments | | No Cov. | | No Cov. | |
| Comprehensive (Less deductible) Safety Glass ($0 deductible) | | No Cov. No Cov. | | 109.00 INCL | 1,000 |
| Collision          (Less deductible) | | No Cov. | | 236.00 | 1,000 |
| Special Equipment | | No Cov. | | INCL 1,000 | |
| Rental Car Reimbursement (Up to 30 Days) | $50 / day | No Cov. | | 46.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| FULL TERM PREMIUM | | $527 | | $1,019 | |

**TOTAL CHARGES:**    **$1,546.00**

### FORMS AND ENDORSEMENTS

FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY :

AA01AZ 09 10  AANCXX 01 12  AA49XX 01 12  AA59XX 01 08  AAAEAZ2 11 16  AALPXX 01 12  AASGXX 01 12  AA47XX 01 12  AACLXX 01 12

**EXCLUSIONS**

There is no coverage provided by this Policy under Parts I, II or IV while the following individual(s) operate a motor vehicle:

NONE

**Countersignature**

*Bradley O. Olten*

**Authorized Representative**

AA02AZ 01 12

SEE BACK OF THIS FORM FOR ADDITIONAL INFORMATION

Lienholder information:   L=Lienholder      A=Additional Insured/Interest      C=Certificate Holder

| Driver # | Name | Birthdate | Marital Status | Gender | Auto Death Benefits |
|----------|------|-----------|----------------|--------|---------------------|
| 1 | KATHY BERNHARDT | 05/14/1951 | Single | Female | No |
| 2 | GERARD FOLEY | 09/22/1941 | Single | Male | No |

## DISCOUNT INFORMATION

Policy:      Multi-Policy Discount; Membership Discount; Payment Plan Discount; Loyalty Discount; Multi-Vehicle Discount

Driver:

Vehicle:

| Driver # | Date | Violation | Driver # | Date | Violation |
|----------|------|-----------|----------|------|-----------|

---

The following endorsement applies when a lienholder is shown on the declarations page:

**Loss Payable Endorsement**
AALPXX 01 12

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.
Copyright, Insurance Services Office, Inc., 1986

AA02AZ 01 12



# DECLARATION

I certify that the attached **AAA ARIZONA PERSONAL AUTOMOBILE POLICY AND PERSONAL AUTO POLICY DECLARATIONS PAGE** pertains to policy **AZSS204925140** for the named insured **KATHY BERNHARDT / GERARD FOLEY** encompassing the policy period applicable to a loss occurring on **03/29/2021.**

This policy booklet and declaration of coverage are true copies of official records of CSAA General Insurance Company.


*Angelyn Williams*

Angelyn Williams
Custodian of Records
CSAA General Insurance Company


January 28, 2022

Custodian of Records, Legal Division
CSAA Insurance Group
3055 Oak Road, Mailstop W280, Walnut Creek, CA 94597

custodianofrecords@csaa.com
p: 925.279.3119      f: 877.837.8124

[1817543v1]

Page 1

| | |
|---|---|
| From: | "Murphy-Rhude, Terry" <Terry.Murphy-Rhude@csaa.com> |
| Date: | 1/28/2022 4:00:50 PM |
| To: | ">My Claim" <MyClaim@csaa.com> |
| Subject: | 1004-15-4036 |
| Attachments: | ARIZONAAUTOPOLICY.pdf |

Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company



**Arizona
Personal Automobile
Policy**

AAA Insurance,
underwritten by
CSAA General Insurance Company
PO Box 24511, Oakland, CA 94623-9865

To report a claim: (800) 207-3618
Claims fax: (877) 548-1610

AA01AZ 09 10

**Private Passenger Automobile Policy**

These policy provisions, along with **your** insurance application, the **Dec Page**, and any endorsements issued to form a part thereof, complete this policy.

## IMPORTANT NOTICE

Unless drivers **residing** with **you** are NAMED on the **Dec Page**, coverage may not be afforded. If **you** desire coverage for drivers other than those shown, request **us** or **your** agent to have **your** policy amended to list the additional drivers.

## WARNING

This policy does not provide coverage in Mexico. **You** may spend many hours or days in jail if **you** have an **accident** in Mexico without car insurance. Under the laws of Mexico, some other penalties are possible. This may include the impoundment of **your** car. If **you** drive in Mexico, **you** should secure coverage from an insurance company licensed to do business in Mexico.

1

# CONTENTS

| | |
|---|---|
| Your Duties In Case Of An Accident Or Loss | 4 |
| General Definitions | 5 |
| Part I - Liability To Others | 10 |
| Insuring Agreement | 10 |
| Additional Definition | 10 |
| Additional Payments | 11 |
| Exclusions | 11 |
| Limits of Liability | 14 |
| Financial Responsibility Laws | 15 |
| Other Insurance | 15 |
| Out-of-State Insurance | 16 |
| | |
| Part II - Medical Payments Coverage | 16 |
| Insuring Agreement | 16 |
| Additional Definitions | 17 |
| Exclusions | 17 |
| Limits of Liability | 19 |
| Other Insurance | 19 |
| | |
| Part III - Uninsured/Underinsured Motorist Coverage | 19 |
| Insuring Agreement - Uninsured Motorist Coverage | 19 |
| Insuring Agreement - Underinsured Motorist Coverage | 20 |
| Additional Definitions | 20 |
| Exclusions | 22 |
| Limits of Liability | 22 |
| Other Insurance | 23 |
| Arbitration | 24 |
| | |
| Part IV - Damage To A Car | 25 |
| Insuring Agreement - Collision | 25 |
| Insuring Agreement - Comprehensive | 25 |
| Additional Transportation Expense | 26 |
| Insuring Agreement – Special Equipment Coverage | 27 |
| Insuring Agreement - Car Loan / Lease Protection | 28 |

Part IV - Damage To A Car  (continued)

| | |
|---|---|
| Additional Definitions | 28 |
| Exclusions | 30 |
| Limits of Liability | 33 |
| Insuring Agreements: | |
| - Towing and Labor | 36 |
| - Full Comprehensive Safety Glass Coverage | 37 |
| - Rental Car Reimbursement Coverage | 37 |
| - New Car Added Protection | 38 |
| Payment of Loss | 40 |
| No Benefit to Bailee | 40 |
| Loss Payee Agreement | 40 |
| Other Insurance | 41 |
| Appraisal | 41 |
| General Provisions | 42 |
| Named Driver Exclusion | 51 |
| Automobile Death Benefits | |
| Coverage Endorsement | 52 |
| Named Operator - Non-Owner Car Coverage | 54 |

## ARIZONA MOTOR VEHICLE POLICY

In consideration of the representations on **your** application, and if **you** pay **your** premium, we agree to provide **you** this insurance, subject to all the terms and provisions of this policy, and up to the Limits of Liability described in this policy and shown on the **Dec Page**.

## YOUR DUTIES IN CASE OF AN ACCIDENT OR LOSS

### NOTICE OF ACCIDENT OR LOSS

**If there is an accident or loss arising out of the ownership, maintenance, or use of a car, for which coverage may be provided under this policy, report it to us within twenty-four (24) hours or as soon as practicable. Call us toll free at 1-800-207-3618.**

**For coverage to apply under this policy, you or an insured person must promptly report each accident or loss even if the insured person is not at fault.**

**You** or an insured person should report to **us** the following accident information:
1. time;
2. place;
3. circumstances of the accident or loss (for example, how the accident happened and weather conditions);
4. the damage that resulted;
5. names and addresses of all persons involved;
6. names and addresses of witnesses; and
7. the license plate numbers of the vehicles involved.

**You** or an insured person should also notify the police within twenty-four (24) hours or as soon as practicable if:
1. **you** cannot identify the **owner** or **operator** of a car involved in the accident; or
2. theft or vandalism has occurred.

### OTHER DUTIES

A person claiming coverage under this policy must:

4

1. cooperate with **us** in the investigation, settlement or defense of any claim or lawsuit;
2. promptly send **us** copies of any notices or legal papers relating to any claim or lawsuit;
3. provide any written proof of loss **we** may reasonably require on forms provided by us;
4. allow **us** to take signed or recorded statements, including sworn statements and examinations under oath outside the presence of any other **insured person**, and answer all reasonable questions we may ask, when and as often as we may reasonably require;
5. prepare for and attend hearings, depositions, and any trial or arbitration as we require;
6. take reasonable steps after loss to protect the **covered car** or **non-owned car** and its equipment from further **loss**. We will pay reasonable expenses incurred to provide such protection;
7. permit **us** to inspect and appraise the damage to a **covered car**, **non-owned car** or **trailer** before its repair or disposal and allow **us** to secure competitive estimates for the repair or replacement;
8. submit, as often as reasonably required, to physical exams at **our** expense by physicians we select;
9. authorize **us** to obtain medical, employment, and other pertinent records and allow **us** to discuss, when appropriate, the injury or impairment with any medical provider or employer; and
10. provide **us** truthful and accurate information.

If **you** or an insured person fail to perform any of the duties required by this policy, **we** may refuse to provide any protection or coverage.


## GENERAL DEFINITIONS

Throughout this policy, "**we**", "**us**", and "**our**" mean the company providing this insurance as shown on the **Dec Page**, and "**you**" and "**your**" refer to:

1. the named insured shown on the **Dec Page**; and
2. the spouse if a **resident** of the same household. If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "**you**" and "**your**" under this policy but only until the earlier of:

    a.   the end of 90 days following the spouse's change
        of residency;
    b.   the effective date of another policy listing the
        spouse as a named insured; or
    c.   the end of the policy period.

In addition, except as otherwise defined in this policy, terms appearing in boldface will have the following meaning:

1. **"Accident"** means a sudden, unexpected, and unintentional occurrence. An intentional act, event, or happening is not an **"accident"**.
2. **"Auto business"** means the **business** or occupation of selling, repairing, servicing, storing, parking, delivering, testing or road testing **motor vehicles**.
3. **"Bodily injury"** means bodily harm, sickness, or disease, including death resulting there from.
4. **"Business"** includes a trade, profession, or occupation, whether engaged in full or part time.
5. **"Car"** means:
   a. a self-propelled land **motor vehicle**:
      (i) of the private passenger, pickup body, van, or van type;
      (ii) designed for use principally upon public roads;
      (iii) with four (4) or six (6) wheels and two (2) axles; and
      (iv) with a rated load capacity of 4,000 pounds or less.

      **"Car"** does not include step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area except under the following four conditions:
      (i) such vehicle is rented from a licensed rental agency;
      (ii) there is a written rental agreement for a specified rental period;
      (iii) such vehicle has a rated load capacity of no more than 4,000 pounds; and
      (iv) such vehicle is used for personal use only;
   b. a **motor home** shown on the **Dec Page**; or
   c. a pickup camper or shell shown on the **Dec Page**.
6. **"Commercial use"** means the transportation of persons or property in the **business** of any insured, or for hire, compensation or profit. This includes, but is

not limited to, pickup or delivery of magazines, newspapers, food, drinks, or any other products.

7. "**Contamination**" means any unclean or unsafe or damaging or injurious or unhealthy condition arising from the presence of **pollutants**, whether permanent or transient.

8. "**Covered car**" means:
   a. any **car** shown on the Dec Page unless **you** have asked **us** to delete that **car** from the policy; or
   b. a **new car**.

9. "**Dec Page**" or "**Declarations Page**" means the document from **us** listing:
   a. the named insured and his or her mailing address;
   b. the types of coverage **you** have elected;
   c. the limit for each coverage;
   d. the cost for each coverage;
   e. the **cars** covered by this policy;
   f. the types of coverage for each such **car**;
   g. the garaging zip code of each **covered car**;
   h. all **residents** and other drivers who are covered by this policy; and
   i. other information applicable to this policy.

   The **Dec Page** is a complete document identifying all coverages provided by **us**, and will not be deemed modified by any other written or oral communications until the stated effective date on a new or amended **Dec Page** prepared by **us**.

10. "**Loss**" means sudden, direct, and accidental **loss** or damage.

11. "**Motor home**" means a **motor vehicle** designed, reconstructed, or permanently altered to provide facilities for human habitation enclosed within a solid body shell and built into an integral part of, or permanently attached to, a self-propelled **motor vehicle** chassis or van.

12. "**Motor vehicle**" means any vehicle designed for use principally upon public streets and highways and subject to motor vehicle registration laws.

13. "**New car**" means any **car**, operable or inoperable, the **ownership** or lease-hold of which is acquired solely by **you**, provided the **car** meets these five conditions:
   a. **you** acquire the **car** during the policy period shown on the **Dec Page**; and

7

    b.   it replaces a **car** listed on the **Dec Page** and **you** have transferred title and possession of the replaced **car** on or prior to the date of acquisition of the **new car**, or **we** insure all **cars owned** by **you** on the date **you** take delivery of such **car**; and

    c.   the **car** has never been **owned** by or registered to **you**, a **relative**, **your** non- **resident** spouse or ex spouse, a person **residing** with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined **ownership** interest exceeds twenty (20) percent; and

    d.   **you** apply to **us** for insurance on such acquired **car** within thirty (30) days of such acquisition, and pay the required premium when due. Coverage is limited to the lesser of thirty (30) days from the date of acquisition or the date the policy subsequently expires or is canceled, unless **we** agree, in writing, to a further extension of coverage; and

    e.   no other insurance policy provides coverage for that **car**.

14. **"Non-owned car"** means:

    a.   any **car** that is not **owned** by, or registered to, or available for the regular use of **you**, a **relative**, **your** non-**resident** spouse or ex spouse, a person **residing** with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined **ownership** interest exceeds twenty (20) percent, and has never been **owned** by or registered to **you** or any other person or entity listed above; or

    b.   any **car** insured under a separate policy providing **bodily injury** and **property damage** liability coverage.

15. **"Occupying"** means in, on, entering, or exiting.

16. **"Operator"** means the person sitting immediately behind the steering controls of a **motor vehicle** and no other person.

17. **"Owned"**, **"owns"**, and **"ownership"** means the person or entity:

    a.   holds legal title to the **car**;

    b.   has legal possession of the **car** that is subject to a written security agreement with an original term of six (6) months or more; or

    c.   has legal possession of the **car** that is leased to a person or entity under a written agreement for a continuous period of six months or more.

18. "**Owner**" means any person who, with respect to a **car**, owns the **car**.

19. "**Pollutants**" means smoke, vapors, soot, fumes, acids, alkalis, chemicals, liquids, solids, gasses, sounds, waste materials, thermal pollutants, all other irritants and contaminants.

20. "**Property damage**" means physical injury to, or destruction of tangible property including loss of use.

21. "**Punitive damages**" means money that a judge or jury awards as a means of punishing a person, or setting an example. It includes any damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage**.

22. "**Relative**" means a person related to **you** by blood, marriage, or adoption, including a ward, stepchild, or foster child who is a **resident** of **your** household. Unmarried dependant children (including a ward or foster child) away from home, attending school, or in the armed forces, will be considered **residents** if:

    a.   they are under the age of twenty-five (25) years; and

    b.   they intend to continue to **reside** in **your** household.

23. "**Resident**" and any other form of the word "**reside**" refers to a person living with, and inhabiting the same dwelling as **you**.

24. "**Trailer**" means a non-motorized trailer designed to be pulled on public roads by a **car**. It includes a farm wagon or farm implement while being towed by a **car**. It does not include a mobile home, or a trailer used as a primary residence, office, store, display, or a passenger conveyance, or used in the **auto business**.

25. "**Volunteer work**" means work performed without compensation other than:

    a.   reimbursement of actual expenses incurred;

    b.   disbursements of meals; or

    c.   other similar incidental compensation.

## PART I – LIABILITY TO OTHERS

**INSURING AGREEMENT – BODILY INJURY LIABILITY; PROPERTY DAMAGE LIABILITY**

Subject to the Limits of Liability, if **you** pay the premium for liability coverage, **we** will pay damages, other than **punitive damages**, for **bodily injury** or **property damage** for which an **insured person** becomes legally responsible because of an **accident** arising out of the:

1. **ownership**, maintenance, or use of a **covered car** or an **accident** arising out of the maintenance or use of a **non-owned car**; or
2. use of any **trailer** while attached to a:
   a. **covered car**; or
   b. **non-owned car** while operated by an **insured person**.

Damages include prejudgment interest awarded against an **insured person**.

**We** will settle or defend, as **we** consider appropriate, any claim for damages covered by this Part I.

**ADDITIONAL DEFINITION**

When used in this Part I:
"**Insured person**" or "**insured persons**" means:

1. **you** or a **relative** with respect to an **accident** arising out of the **ownership**, maintenance, or use of a **covered car**;
2. any person with respect to an **accident** arising out of that person's use of a **covered car** with the express or implied permission of **you** or a **relative**;
3. a **relative** listed by name as a driver on the **Dec Page**, provided such **relative** or **relative's** spouse is not the **owner** of a **car** other than a **car** listed on the **Dec Page**, with respect to an **accident** arising out of the maintenance or use of a **non-owned car** with the express or implied permission of the **owner** of the **car**;
4. **you** with respect to an **accident** arising out of the maintenance or use of a **non-owned car** with the express or implied permission of the **owner** of the **car**;

10

5. any person or organization with respect only to vicarious liability for an **accident** arising out of the use of a **covered car** or **non-owned car** by a person described in 1, 2, 3, or 4 above; and

6. any Additional Interest Insured listed on the **Dec Page**, with respect to liability for an **accident** arising out of the use of a **covered car** or **non-owned car** by a person described in 1, 2, 3, or 4 above.

## ADDITIONAL PAYMENTS

In addition to the applicable limits of liability, **we** will pay for an **insured person**:

1. all expenses that **we** incur in the settlement of any claim or defense of any lawsuit;

2. interest accruing after entry of a judgment, until **we** have paid or tendered that portion of the judgment that does not exceed **our** Limit of Liability. This does not apply if **we** have not been given notice of the suit or the opportunity to defend an **insured person**;

3. premiums on appeal bonds or attachment bonds required in any lawsuit **we** defend. **We** have no duty to:

   a. purchase bonds in an amount exceeding **our** Limit of Liability; or

   b. apply for or furnish these bonds;

4. up to $250 for a bail bond required because of an **accident** or traffic law violation arising out of the **ownership**, maintenance, or use of a **covered car** or **non-owned car**. **We** have no duty to apply for or furnish this bond; and

5. all reasonable expenses, including loss of earnings, not to exceed $200 a day, incurred at **our** request.

**We** have no duty to reimburse anyone for any payment made or liability assumed, without **our** prior consent, in the investigation, defense, or settlement of any claim or lawsuit.

**We** have no duty to defend any criminal or administrative action, or to pay any fine or penalty.

EXCLUSIONS – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART 1.

Coverage under this Part I, including **our** duty to defend, does not apply to:

1. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **car** or **trailer** while being used for **commercial use**. However, this exclusion does not apply to:

   a. shared expense ride-share arrangements; or

   b. use of a **car** by an **insured person** in the course of the **insured person's volunteer work** for a tax-exempt organization;

2. any liability assumed by an **insured person** under any contract or bailment;

3. **bodily injury** to an employee of an **insured person** arising out of or within the course of employment, except for domestic employees if benefits are neither paid nor required to be provided under workers compensation, disability benefits, or similar laws;

4. **bodily injury** or **property damage** arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business**. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;

5. **bodily injury** or **property damage** resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

6. **bodily injury** or **property damage** due to nuclear reaction or radiation. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

7. **bodily injury** or **property damage** for which insurance is or can be afforded under a nuclear energy liability policy. This exclusion applies even if the limits of that insurance are exhausted;

8. any obligation for which the United States Government is liable for under the Federal Tort Claims Act;

9. **bodily injury** or **property damage** reasonably expected to arise out of an intentional act by or at the direction of an **insured person**, whether or not that person intended or had the capacity to intend the

12

harm, or for liability of an **insured person** for failing to prevent another's intentional act. However, this exclusion will not apply to deny payment to an innocent **insured person** who did not cooperate in or contribute to the creation of the **loss** if such **loss** arose out of an act of domestic violence;

10. **property damage** to any property **owned** by, rented to, being transported by, used by, or in the charge of an **insured person**. A **motor vehicle** operated by an **insured person** shall be considered to be property in the charge of an **insured person**. However, this exclusion does not apply to a rented residence or a rented garage damaged by a **covered car**;

11. **bodily injury** or **property damage** resulting from a **relative's** operation or use of a **car** or **trailer**, other than a **covered car** or **trailer**, **owned** by **you** or a person who **resides with you**;

12. **bodily injury** or **property damage** resulting from **your** operation or use of a **car** or **trailer** **owned** by **you**, other than a **covered car**;

13. **bodily injury** or **property damage** resulting from, arising out of, or related to **pollutants** and/or **contamination** whether by a **car** or an **insured person**. However, this exclusion does not apply to pollution caused by a hostile fire. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

14. **bodily injury** or **property damage** arising out of the operation of farm machinery;

15. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **covered car** while it is being leased or rented to others. However, this exclusion does not apply to the operation of a **covered car** by **you** or a **relative**;

16. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **car** or **trailer** while it is parked and being used:
    a. for commercial or **business** purposes;
    b. as a residence or premises; or
    c. as a premises for office, store, or display purposes.

17. **bodily injury** or **property damage** resulting from the **ownership**, maintenance, or use of any **car** or **trailer**, other than a **covered car**, in the course of any **business** other than farming or ranching. This

13

exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

18. **bodily injury to you or a relative**. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied.

## LIMITS OF LIABILITY

The Limit of Liability shown on the **Dec Page** is the most we will pay regardless of the number of:

1. claims made;
2. **covered cars**;
3. **trailers** shown on the **Dec Page**;
4. **insured persons**;
5. lawsuits brought;
6. **cars** involved in an **accident**; or
7. premiums paid.

If the **Dec Page** shows a split limit:

1. the amount shown for "each person" is the most we will pay for all damages due to a **bodily injury** to one (1) person in any one (1) **accident**;
2. subject to the "each person" limit, the amount shown for "each accident" is the most we will pay for all damages due to a **bodily injury** to two (2) or more persons in any one (1) **accident**; and
3. the amount shown for "property damage" is the most we will pay for the aggregate of all **property damage** for which an **insured person** becomes liable from any one (1) **accident**.

The **bodily injury** limit for "each person" includes the aggregate of claims made for such **bodily injury** and claims derived from such **bodily injury**, including, but not limited to, emotional injury or mental anguish resulting from the **bodily injury** of another or from witnessing the **bodily injury** to another, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

14

1.  Part III – Uninsured/Underinsured Motorist Coverage; or
2.  Part II – Medical Payments Coverage.

No one will be entitled to receive duplicate payments for the same elements of damages.

A **car** and attached **trailer** are considered one **car**. Therefore, the Limits of Liability will not be increased for an **accident** involving a **car** that has an attached **trailer**.

## FINANCIAL RESPONSIBILITY LAWS

When **we** certify this policy as proof of financial responsibility, this policy will comply with the law to the extent required. **You** must reimburse **us** if **we** make a payment that **we** would not have made if this policy were not certified as Proof of Financial Responsibility.

## OTHER INSURANCE

If this policy, and any other policy providing similar insurance apply to the same **accident** or **loss**, we will pay only **our** share of the **loss**. **Our** share is the proportion that **our** Limits of Liability bear to the total of all applicable limits. Any insurance we provide for a:

1.  **non-owned car**;
2.  **trailer**, other than a **trailer** being towed by a **covered car**; or
3.  **car** being used in the conduct of **business**;

will be excess over any other collectible insurance, self-insurance, or bond. Any insurance we provide for use of a **covered car** by any person other than **you** will be excess over any other collectible insurance, self-insurance, or bond.

However, any insurance **we** provide for a **non-owned car** will be primary insurance if the **car** is insured under a policy to a named insured engaged in the **auto business**.

15

This applies only if an **insured person**:

1. is operating the **car**; and
2. is neither the person engaged in such **business** nor that person's employee or agent.

Any insurance we provide for a **car you own** shall be excess to that of a person engaged in the **auto business**, if the **accident** occurs while the **car** is being operated by that person or that person's employee or agent.

## OUT-OF-STATE INSURANCE

If an **accident** to which this Part I applies occurs in any state or province other than the one in which a **covered car** is principally garaged, and the state or province has:

1. a financial responsibility or similar law requiring limits of liability for **bodily injury** or **property damage** higher than the limits shown on the **Dec Page**, this policy will provide the higher limit; or
2. a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses a **car** in that state or province, this policy will provide the greater of:
   a. the required minimum amounts and types of coverage; or
   b. any higher limit **you** have elected, provided **you** have paid the premium for higher limits.

## PART II – MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

Subject to the Limit of Liability shown on the **Dec Page**, if **you** pay a premium for Medical Payments Coverage, **we** will pay the **usual and customary charge** for reasonable and necessary expenses, incurred within three (3) years from the date of an **accident**, for medical and funeral services because of **bodily injury**:

1. caused by the **accident**;
2. sustained by an **insured person**; and
3. arising out of the **ownership**, maintenance, or use of a **motor vehicle** or **trailer**.

16

## ADDITIONAL DEFINITIONS

When used in this Part II:

1. **"Insured person"** and **"insured persons"** mean:
   a. **you** or any **relative**:
      (i) while **occupying** a **covered car** or **non-owned car**; or
      (ii) when struck by a **motor vehicle** or **trailer** while not **occupying** a **motor vehicle**; and
   b. any other person while **occupying** a **covered car.**

2. **"Usual and customary charge"** means an amount that **we** determine represents a customary charge for services in the geographical area in which the service is rendered. **We** shall determine this amount through the use of independent sources of **our** choice. Any dispute as to the **usual and customary charge** will be resolved between the service provider and **us.**

## EXCLUSIONS – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART II.

Coverage under this Part II does not apply to **bodily injury**:

1. sustained while **occupying** a **car** or **trailer** being used for **commercial use.** However, this exclusion does not apply to:
   a. shared expense ride-share arrangements; or
   b. use of a **car** by an **insured person** in the course of the **insured person's volunteer work** for a tax-exempt organization;

2. sustained while **occupying** any **car** or **trailer** while being used or located as a residence or premises;

3. if workers compensation benefits are available for **bodily injury**;

4. arising out of an **accident** involving a **car** or **trailer** while being used by a person while employed or engaged in the **auto business.** However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;

5. resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in

17

practice or preparation for any such contest or activity;

6. due to war;

7. due to nuclear reaction or radiation;

8. for which insurance is afforded under a nuclear energy liability insurance contract;

9. for which the United States Government is liable under the Federal Tort Claims Act;

10. sustained by any person while **occupying a covered car** without the express or implied permission of **you** or a **relative**;

11. sustained by **you or a relative** while **occupying a non-owned car** without the express or implied permission of the **owner**;

12. sustained while **occupying** or through being struck by:

    a. a farm type tractor or other equipment designed for use principally off public roads; or

    b. a vehicle operated on rails or crawler-treads;

13. sustained while **occupying** or through being struck by **a car owned** by **you** or a **relative** unless such **car** is insured under Part II;

14. sustained while **occupying** any **car**, other than a **covered car**, in the course of any **business** other than farming, or ranching;

15. sustained while **occupying a covered car** while it is being leased or rented to others;

16. sustained while a **covered car** or **non-owned car** is being used to commit a felony or for any other purpose which is legally recognized to be criminal. This exclusion does not apply to a felony deemed as such due solely to an alcohol or speed violation; or

17. that is reasonably expected to arise out of an intentional act by a person seeking benefits under this Part II, whether or not that person intended or had the capacity to intend the harm.

## LIMITS OF LIABILITY

The Medical Payments Limit of Liability shown on the **Dec Page** is the most we will pay for each **insured person** injured in any one (1) **accident**, regardless of the number of:

1. claims made;
2. **covered cars**;
3. **trailers** shown on the **Dec Page**;
4. **insured persons**;
5. lawsuits brought;
6. **cars** involved in an **accident**; or
7. premiums paid.

## OTHER INSURANCE

If there is other **car** medical payments insurance that applies, we will pay only **our** share of the loss. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits. Any insurance we provide for a **non-owned car** will be excess over any other **car** insurance providing payments for medical and funeral expenses.

## PART III – UNINSURED/UNDERINSURED MOTORIST COVERAGE

### INSURING AGREEMENT – UNINSURED MOTORIST COVERAGE

Subject to the Limits of Liability shown on the **Dec Page**, if **you** pay a premium for Uninsured Motorist Coverage, **we** will pay for damages, other than **punitive damages**, which an **insured person** is legally entitled to recover from the **owner** or operator of an **uninsured motor vehicle** because of **bodily injury**:

1. sustained by an **insured person**;
2. caused by **accident**; and
3. arising out of the **ownership**, maintenance, or use of an **uninsured motor vehicle**.

## INSURING AGREEMENT-UNDERINSURED MOTORIST COVERAGE

Subject to the Limits of Liability shown on the **Dec Page**, if **you** pay a premium for Underinsured Motorist Coverage, **we** will pay for **net damages**, other than **punitive damages**, which an **insured person** is legally entitled to recover from the **owner** or operator of an **underinsured motor vehicle** because of **bodily injury**:

1.  sustained by an **insured person**;
2.  caused by **accident**; and
3.  arising out of the **ownership**, maintenance, or use of an **underinsured motor vehicle**.

**We** will pay under this Part III only after the limits of liability under all applicable **bodily injury** liability bonds or policies have been exhausted by payment of judgments or settlements. **We** will not pay damages to any **insured person** until there has been compliance with all policy provisions. Any judgment for damages arising out of a suit brought without **our** written consent is not binding on **us**.

Determination of whether an **insured person** is legally entitled to recover damages and the amount of the damages will be made by agreement between the **insured person** and **us**. If no agreement is reached, the decision may be made by arbitration. The **insured person** or **we** must make a written demand for arbitration within three years after the **insured person** knows or should know:

1.  that the party who caused the harm does not have liability insurance or has insufficient liability insurance;
2.  that coverage was denied by the other party's insurer; or
3.  of the insolvency of the other party's insurer.

## ADDITIONAL DEFINITIONS

When used in this Part III:

1.  "**Insured person**" and "**insured persons**" mean:
    a.  **you** or a **relative**;
    b.  any person **occupying** a **covered car**; and
    c.  any person who is entitled to recover damages covered by this Part III because of **bodily injury** sustained by a person described in a. or b. above.
2.  "**Net damages**" means the amount by which the total damages for **bodily injury** resulting from an

20

accident exceed the sum of the limits of liability under all applicable **bodily injury** liability bonds or policies.

3. "**Underinsured motor vehicle**" means a land **motor vehicle** or **trailer** of any type:

    a. to which a **bodily injury** liability bond or policy applies at the time of the **accident**; and

    b. the sum of the limits of liability under all applicable **bodily injury** liability bonds or policies is less than the total damages for **bodily injury** resulting from the **accident**.

    This does not include any **motor vehicle** or **trailer** that is an **uninsured motor vehicle**.

4. "**Uninsured motor vehicle**" means a land **motor vehicle** or **trailer** of any type:

    a. to which no **bodily injury** liability bond or policy applies at the time of the **accident**;

    b. to which a **bodily injury** bond or policy applies at the time of the **accident**, but the bonding or insuring company:

        (i) denies coverage; or

        (ii) is or becomes insolvent;

    c. to which a **bodily injury** liability bond or policy applies at the time of the **accident**, but its limit of liability for **bodily injury** is less than the minimum limit of liability for **bodily injury** required by section 28-4009 of the Arizona Revised Statutes, as amended; or

    d. whose operator or **owner** cannot be identified and which causes an **accident** resulting in **bodily injury** to an **insured person**. The **insured person** or someone in his or her behalf should report the **accident** to the police or civil authority within twenty-four (24) hours or as soon as practicable after the **accident**.

An **uninsured motor vehicle** or **underinsured motor vehicle** does not include any vehicle or equipment:

1. operated on rails or crawler treads;
2. designed mainly for use off public roads, while not on public roads;
3. while used as a residence or premises; or
4. not required to be registered as a **motor vehicle**, except when used on public roads.

21

<u>EXCLUSIONS</u> – READ THE FOLLOWING EXCLUSIONS CAREFULLY. **IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART III.**

1. Coverage under this Part III is not provided for any **bodily injury** sustained by any person while using or occupying:
   a. a **covered car** while being used for **commercial use.** However, this exclusion does not apply to:
      (i) shared-expense ride-share arrangements; or
      (ii) use of a **car** by an **insured person** in the course of the **insured person's volunteer work** for a tax-exempt organization;
   b. a **covered car** without the express or implied permission of **you** or a **relative**; or
   c. a **non-owned car** without the express or implied permission of the **owner.**
2. Coverage under this Part III will not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar laws:
   a. workers' compensation law; or
   b. disability benefits law.

**LIMITS OF LIABILITY**

The Limit of Liability shown on the **Dec Page** for coverages under this Part III is the most **we** will pay regardless of the number of:
1. claims made;
2. **covered cars;**
3. **trailers** shown on the **Dec Page;**
4. claimants making a claim;
5. **insured persons;**
6. lawsuits brought;
7. vehicles involved in an **accident;**
8. premiums paid; or
9. policies issued by **us.**

If the **Dec Page** shows a split limit:
1. the amount shown for "each person" is the most **we** will pay for all damages due to **bodily injury** to one (1) person in any one (1) **accident;** and
2. subject to the "each person" limit, the amount shown for "each accident" is the most **we** will pay for all

22

damages due to **bodily injury** to two (2) or more persons in any one (1) **accident**.

The **bodily injury** limit of liability under this Part III for "each person" includes the aggregate of claims made for such **bodily injury** to an **insured person** and all claims of others derived from such **bodily injury**, including, but not limited to:

1.  emotional injury or mental anguish resulting from the **bodily injury** of another or from witnessing the **bodily injury** to another;
2.  loss of society;
3.  loss of companionship;
4.  loss of services;
5.  loss of consortium; and
6.  wrongful death.

We will reduce the **insured person's** total damages by any amount available to that **insured person**, under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicle** or **underinsured motor vehicle**, that such **insured person** did not recover as a result of a settlement between that **insured person** and the insurer of an **uninsured motor vehicle** or **underinsured motor vehicle**. However, any reduction of the **insured person's** total damages will not reduce the limit of liability for this coverage.   Any amounts otherwise payable for damages under Part III – Underinsured Motorist Coverage of this policy shall be reduced by all sums paid because of bodily injury under Part I of this policy.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and:

1.  Part I – Liability To Others; or
2.  Part II – Medical Payments Coverage.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**OTHER INSURANCE**

If this policy, and any other policy providing similar insurance, apply to the same **accident** or **loss**, we will

23

only pay **our** share of the damages.  **Our** share is the proportion that **our** Limit of Liability bears to the total of all available coverage limits.  Any insurance **we** provide shall be excess over any other uninsured or underinsured motorist coverage, except for **bodily injury** to **you** or a **relative** when **occupying** a **covered car**.

**We** will not pay for any damages that would duplicate any payment made for damages under other insurance.

If any **insured person** is injured while not **occupying** a **motor vehicle**, the coverage provided under this policy shall be excess to any uninsured or underinsured motorist coverage provided by a policy under which that **insured person** is a named insured.  If **you** are injured while not **occupying** a **motor vehicle**, and are also a named insured under any other policy, **our** coverage will pay the proportionate share that **our** limits bear to the total available uninsured or underinsured motorist coverage limits.

Notwithstanding any other provision in this policy, if **you** purchase multiple policies from **us**, or an affiliated company on different **cars**, **you** are entitled to uninsured or underinsured motorist benefits under only one (1) of those policies.  The policy with the highest limit of liability shall apply unless **you** elect to apply a different policy.

**ARBITRATION**

If a written demand for arbitration has been made, then each party shall select an arbitrator within thirty (30) days.  The two arbitrators will select a third.  If the two arbitrators cannot agree on a third arbitrator within thirty (30) days, then on joint application by **us** and the **insured person**, the third arbitrator will be appointed by a court having jurisdiction.

Each party will pay the costs and fees of its arbitrator.  The costs and fees of the third arbitrator will be shared equally.  Each party will pay the expenses it incurs.  Unless both parties agree otherwise, arbitration will take place in the county in which the **insured person** resides.  Local rules of procedure and evidence will apply.

24

A decision agreed to by two of the arbitrators will be binding as to whether the **insured person** is legally entitled to recover damages payable under this part III and the amount of the damages. The arbitrators shall have no authority to award an amount in excess of the Limit of Liability. The decision of the arbitrators is binding only if the amount of the award does not exceed the minimum limit of **bodily injury** liability specified by the financial responsibility laws of the state of Arizona. If the award is in an amount that exceeds this minimum limit, either party may demand the right to a trial. This demand must be made in writing within sixty (60) days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART IV – DAMAGE TO A CAR

### INSURING AGREEMENT – COLLISION COVERAGE

If **you** pay a premium for Collision Coverage, **we** will pay for **loss** to a:
1. **covered car** for which Collision Coverage has been purchased;
2. **non-owned car**; or
3. **trailer**;

when it overturns or collides with another object, subject to the Limits of Liability.

### INSURING AGREEMENT – COMPREHENSIVE

If **you** pay a premium for Comprehensive Coverage, **we** will pay for comprehensive **loss** to a:
1. **covered car** for which Comprehensive Coverage has been purchased;
2. **non-owned car**; or
3. **trailer**;

subject to the Limits of Liability.

A comprehensive **loss** is a **loss** to a **covered car**, **non-owned car**, or **trailer**, other than a **loss** covered under Collision Coverage, including, but not limited to, any of the following:
1. contact with an animal (including a bird);
2. explosion or earthquake;

25

3.  fire;
4.  malicious mischief or vandalism;
5.  missiles or falling objects;
6.  riot or civil commotion;
7.  theft or larceny;
8.  windstorm, hail, water, or flood; or
9.  breakage of glass.

## ADDITIONAL TRANSPORTATION EXPENSE

In addition, we will pay you up to $20 per day, but not more than $600 per loss, for:

1.  transportation expense incurred by you if a covered car to which Comprehensive Coverage applies is stolen; or
2.  loss of use damages that you are legally liable to pay if a non-owned car is stolen.

Transportation expenses and loss of use damages coverage begins forty-eight (48) hours after you report the theft to us and ends the earliest of:

1.  when the covered car or non-owned car has been recovered and returned to you or its owner;
2.  when the covered car or non-owned car has been recovered and repaired;
3.  when the covered car or non-owned car has been replaced; or
4.  forty-eight (48) hours after we make an offer to pay the limit of liability that applies under this Part IV if the covered car or non-owned car is deemed by us to be a total loss or unrecoverable.

You must provide us with written proof of your transportation expenses and loss of use damages. We will pay for such expenses only if the Dec Page indicates that Comprehensive Coverage is provided for that car.

Duplicate recovery for identical elements of damages is not permitted by this policy.

The Additional Transportation Expense shall not apply to a covered car if Rental Reimbursement Coverage has been purchased.

## INSURING AGREEMENT-SPECIAL EQUIPMENT COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Comprehensive Coverage or Collision Coverage, **we** will pay for theft of, or damage to, **special equipment** resulting from any **loss** for which Comprehensive Coverage or Collision Coverage is provided under the terms of this policy.  All payments for **loss** to **special equipment** shall be reduced by the applicable deductible, but only one deductible may be applied to any one **loss** in an **accident** which is covered by this Part IV.

The limit of liability for **loss** to **special equipment** is the lowest of:

1. the **actual cash value** of such **special equipment**, reduced by the applicable deductible, and by its salvage value if **you** or the owner retain the salvage;
2. the amount necessary to repair such **special equipment** reduced by the applicable deductible;
3. the amount necessary to replace such **special equipment** reduced by the applicable deductible, and reduced by its salvage value if **you** or the **owner** retain the salvage; or
4. the limit of:
   a. $1,000; or
   b. if **you** have purchased Special Equipment Coverage in an amount greater than $1,000 the Special Equipment Coverage Limit of Liability shown on the **Dec Page** for the applicable **covered car.**

We will reduce the amount of the **loss** to **special equipment** by its salvage value if **you** or the **owner** retain the salvage.

Coverage for **special equipment** shall not cause **our** limit of liability for **loss** to a **car** under this Part IV to be increased to an amount in excess of:

1. the actual cash value of the **car**, including its **special equipment;** or
2. any applicable Limits of Liability or Stated Amount Vehicle Coverage elected by you.

## INSURING AGREEMENT – CAR LOAN/LEASE PROTECTION

In the event of a covered **total loss** to a **covered car** shown on the **Dec Page** for which a specific premium charge indicates that Vehicle Loan/Lease Protection applies, we will pay any unpaid amount due on the **lease** or **loan** for a **covered car** less:

1. the amount paid under Collision or Comprehensive coverage under Part IV of this policy;
2. the applicable deductible shown on the **Dec Page** for Collision or Comprehensive coverage; and
3. Any:
   a. overdue lease/loan payments at the time of the **loss**;
   b. financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;
   c. security deposits not refunded by a lessor;
   d. costs for extended warranties, Credit Life insurance, Health, Accident or Disability insurance purchased with the loan or lease;
   e. carry-over balances from previous loans or leases or increases to the loan balance occurring after the date of purchase; and
   f. amount by which the original loan balance exceeded the overall purchase price of the **covered car**.

## ADDITIONAL DEFINITIONS

When used as this Part IV:

1. "**Actual cash value**" means the lesser of:
   a. the amount of money required to replace the damaged property with similar property in like condition; or
   b. the amount of money to restore the property by repairs to its pre-damaged condition, at current prices.
2. "**Insured**" means:
   a. **you**, a **relative** listed by name as a driver on the **Dec Page**, or any **resident** listed by name as a driver on the **Dec Page**; and
   b. any person, other than a **resident** or **relative** NOT listed by name as a driver on the **Dec Page**,

28

maintaining, using, operating, or having custody of a car with **your** permission.

3.  "**Lease**" means an account secured by the **covered car** with **you** as the lessee and a licensed financial institution as the lessor.

4.  "**Loan**" means an account secured by the **covered car** where funds have been advanced by a licensed financial institution to **you**.

5.  "**Non-owned car**" means any car that is not owned by, or registered to, or available for the regular use of **you**, a **relative**, **your** non-resident spouse or ex spouse, a person residing with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined ownership interest exceeds twenty (20) percent, while in the custody of, or being operated by, **you** or a **relative** listed by name as a driver on the **Dec Page** with the express or implied permission of the owner. A **non-owned car** will be provided the broadest coverage applicable to any car shown on the **Dec Page**.

6.  "**Special equipment**" means equipment, devices, accessories, enhancements, and changes, other than those which are original manufacturer installed, which:
    a.   are permanently installed or attached; and
    b.   alter the appearance or performance of a **car**.
    This includes any electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to play back recorded media, other than those which are original manufacturer installed, that are permanently installed in a **covered car** or **non-owned car** using bolts or brackets, including slide-out brackets.

7.  "**Total loss**" means **we** elect to pay the limit of liability shown on the **Dec Page** or the agreed or **actual cash value** of the **covered car** for a covered comprehensive or collision loss rather than to repair or replace the **covered car**.

8.  "**Trailer**" means a non-motorized trailer, including a farm wagon or farm implement, designed to be towed on public roads by a **car**, that is:
    a.   owned by **you** and listed on the **Dec Page**; or
    b.   not owned by **you**, while being towed by a **covered car**.

29

"**Trailer**" does not include a mobile home, or a trailer used as a primary residence office, store, display, or passenger conveyance, or used in the **auto business**.

**EXCLUSIONS** – **READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART IV.**

Coverage under this Part IV does not apply for **loss**:

1. to a **covered car, non-owned car**, or **trailer**, while being used for **commercial use**. However, this exclusion does not apply to:
   a. shared-expense ride-share arrangements; or
   b. use of a **car** by an **insured** in the course of the **insured's volunteer work** for a tax exempt organization;
2. resulting from the **ownership**, maintenance, or use of any **car** or **trailer**, other than a **covered car** in the course of any **business** other than farming, or ranching;
3. to a **non-owned car** or **trailer**, while being used or driven by a person while employed or engaged in the **auto business**. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;
4. to a **covered car, non-owned car**, or **trailer** resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;
5. to a **covered car, non-owned car**, or **trailer**, due to nuclear reaction or radiation;
6. to a **covered car, non-owned car**, or **trailer**, for which insurance is or can be afforded under a nuclear energy liability policy;
7. to a **covered car, non-owned car**, or **trailer** caused directly or indirectly by:
   a. war (declared or undeclared), including civil war;
   b. warlike action by any military force of any government, sovereign or other authority using military personnel or agents. This includes any action taken to hinder or defend against an actual or expected attack; or
   c. insurrection, rebellion, revolution, usurped power, or any action taken by a governmental

30

authority to hinder or defend against any of these acts;

8. due to destruction or confiscation by government or civil authorities of a **covered car**, **non-owned car**, or **trailer**, because **you** or any **relative** engaged in illegal activities;

9. to a **covered car**, **non-owned car**, or **trailer**, arising out of an intentional act by or at the direction of **you**, a **relative**, or the **owner** of the **non-owned car** or **trailer** whether or not that person intended or had the capacity to intend the damage. However, this exclusion will not apply to deny payment to an innocent person who did not cooperate in or contribute to the creation of the **loss** if such **loss** arose out of an act of domestic violence;

10. to a **covered car**, **non-owned car**, or **trailer**, that is due and confined to:
    a. wear and tear;
    b. freezing;
    c. mechanical or electrical breakdown or failure;
    d. road damage to tires; or
    e. faulty workmanship by **you** or a **relative**, or by a facility or person chosen by **you** or a **relative**.
    However, this exclusion does not apply if the damage results from the total theft of a **covered car**, **non-owned car**, or **trailer**;

11. due to theft or conversion of a **covered car**, **non-owned car** or **trailer**:
    a. by **you**, a **relative**, or any **resident** of **your** household;
    b. prior to its delivery to **you** or a **relative**; or
    c. while in the care, custody, or control of anyone engaged in the **business** of selling the **car** or **trailer**. This exclusion 11.c. applies whether the theft, embezzlement or unlawful conversion of the **car** or **trailer** was committed by the person to whom the **car** or **trailer** was entrusted or by any other person;

12. to wearing apparel, equipment, devices, accessories, and any other personal effects which are not permanently installed or attached by brackets or bolts. This includes, but is not limited to:
    a. tapes, compact discs, cassettes, and other recording or recorded media;

31

b. any case or other container designed for use in storing or carrying tapes, compact discs, cassettes, or other recording or recorded media;

c. any device used for the detection or location of radar, laser, or other speed measuring equipment or its transmissions;

d. CB radios, telephones, two-way mobile radios, or televisions; and

e. portable audio or video storage devices;

13. to a camper body or slide on camper either permanently installed or detachable. However, this exclusion shall not apply if such equipment is specifically listed on the **Dee Page** or as Special Equipment pursuant to an endorsement;

14. to **special equipment** in excess of the applicable Limits of Liability;

15. to a **covered car, non-owned car, or trailer**, for diminution of value. Diminution of value means any decrease in the property's value, however measured, resulting from **loss**, repair or replacement;

16. due to illegal sale, or repossession of a **car** or **trailer** by the rightful **owner**;

17. resulting from the purchase of any **car** or **trailer** from any person or organization, other than its rightful **owner**;

18. to any expense resulting from the loss of use of a **car** or **trailer**, or to any **loss** whatsoever to the extent that the expense or **loss** arises by reason of the unavailability of stock repair parts or repair service in the vicinity of the place where the **loss** to the **car** or **trailer** occurs or the stolen **car** or **trailer** is recovered;

19. resulting from lack of lubricant, coolant or **loss** resulting from seepage of water;

20. to any obligation assumed by **you** or the registered **owner** or legal **owner** of a **car** or **trailer**, for any of the following costs:

a. estimating fees;

b. teardown charges;

c. handling fees;

d. negotiating charges;

e. administrative fees;

f. higher than reasonable (for the area) storage or towing fees; or

g. any other charges which are not part of the necessary cost of repairing the **car** or **trailer**;

32

21. occurring while a **covered car**, **non-owned car**, or **trailer** is being used in any illegal trade or transportation, or to commit a felony, or for any other purpose which is legally recognized to be criminal. This exclusion does not apply to a felony deemed as such due solely to an alcohol or speed violation;

22. to, or loss of use of, a **non-owned car** if a public automobile rental agency is precluded from recovering such **loss** or loss of use from **you** or a **relative**, pursuant to the provisions of any applicable rental agreement or state law;

23. arising out of the **ownership**, maintenance, or use of a **covered car** or **trailer** while being leased or rented to others; or

24. to a **covered car**, **non-owned car**, or **trailer** caused directly or indirectly by mold, mildew, or fungus, including any type or form of:
    a. decomposing or disintegrating organic material or microorganism;
    b. organic surface growth on moist, damp, or decaying matter;
    c. yeast or spore-bearing plant-like organism; or
    d. spores, scents, toxins, bacteria, viruses, or any other by-products produced or released by any mold, mildew, fungus, or other microbes.

However, this exclusion does not apply to **loss** caused by mold, mildew, or fungus if such **loss** is caused by any other **loss** covered under this Part IV.

## LIMITS OF LIABILITY

1. The Limit of Liability for **loss** to a **covered car**, **non-owned car**, or **trailer** will be the lowest of:
    a. the **actual cash value** of the stolen or damaged property at the time of the **loss**, reduced by the applicable deductible shown on the **Dec Page**, and by its salvage value if **you** or the **owner** retain salvage;
    b. the amount necessary to repair or replace the stolen or damaged property to its pre-**loss** condition with parts or property of like kind and quality, reduced by the applicable deductible shown on the **Dec Page** and by its salvage value if **you** or the **owner** retain salvage; or
    c. the Limit of Liability on the **Dec Page**, if one is shown, reduced by the applicable deductible

33

shown on the **Dec Page**, and by its salvage value if **you** or the **owner** retain salvage.

However, if the **loss** is to a **trailer**:

a.  the most **we** will pay for **loss** to a **trailer** that is shown on the **Dec Page** is the limit of liability shown on the **Dec Page** for the **trailer** sustaining the **loss**; and

b.  the most **we** will pay for **loss** to any other **trailer** is $500.

2.  Payments for **loss** covered under Collision, Comprehensive and Special Equipment Coverage are subject to the following provisions:

a.  no more than one deductible shall be applied to any one covered **loss**;

b.  if coverage applies to a **non-owned car**, the highest deductible on any **covered car** shall apply;

c.  if a Limit of Liability is shown on the **Dec Page** for a **covered car** or **trailer**, that stated amount will be the total Limit of Liability applicable for **loss** to the **covered car** or **trailer**, including its special equipment;

d.  an adjustment for depreciation and physical condition will be made in determining the Limit of Liability at the time of the **loss**. If new parts are used to replace parts normally subject to wear and tear, depreciation will be taken to the extent of the wear and tear. If a repair or replacement results in better than like kind or quality, **we** will not pay for the amount of the betterment;

e.  in determining the amount necessary to repair damaged property to its pre-loss condition, the amount to be paid by **us**:

(i)  shall not exceed the prevailing competitive labor rates charged in the area where the property is to be repaired, and the cost of repair or replacement parts and equipment, as reasonably determined by **us**; and

(ii)  will be based on the cost of repair or replacement parts and equipment which may be new, refurbished, restored, or used, including, but not limited to:

(1)  original manufacturer parts or equipment; and

(2)  non-original manufacturer parts or equipment;

34

    f.   the **actual cash value** is determined by the market value, age, and condition of the **car** or **trailer** at the time the **loss** occurs; and

    g.   duplicate recovery for identical elements of damages is not permitted.

3.   If more than one **car** or **trailer** is shown on the **Dec Page**, coverage will be provided as specified on the **Dec Page** as to each **car** or **trailer**.

4.   No deductible will apply to a **loss** to window glass when the glass is repaired instead of rep'　'

5.   If two or more deductibles apply to any ～～ covered **loss**, only the lowest deductible will apply.

6.   No deductible will apply to a Collision Coverage **loss** if:

    a.   **you** are legally entitled to recover the amount of the **loss** from the **owner** or **operator** of a **motor vehicle** that caused the **loss**;

    b.   the **owner** or operator of the **motor vehicle** that caused the **loss** is identified and has insurance that will cover the **loss** or is self-insured and will cover the **loss**; and

    c.   the amount of repairs to the **covered car, non-owned car**, or **trailer** exceeds the amount of the deductible.

Payments for **loss** covered under Collision and Comprehensive Coverage in this Part IV are also subject to the following provisions:

To determine the amount necessary to repair the damaged property to its pre-**loss** condition as referred to in paragraph 1.b. the total cost of necessary repair will be reduced by:

1.   the cost of labor, parts, and materials necessary to repair or replace damage, deterioration, defects, or wear and tear on exterior body parts, windshields and other glass, wheels, and paint, that existed prior to the **accident** or **loss** and that is eliminated as a result of the repair or replacement of property damaged in the **accident** or **loss**. This adjustment for physical condition includes, but is not limited to, broken, cracked, or missing parts, rust, dents, scrapes, gouges, and peeling paint;

2.   an amount for depreciation (also referred to as betterment) that represents a portion of the cost of mechanical parts (parts that wear out over time and

35

have a useful life typically shorter than the life of the vehicle as a whole) that are installed as replacements for existing mechanical parts that were defective, inoperable, or nonfunctional prior to the **accident or loss**, which **we** deem necessary to replace in the course of repair; and

3.  an amount for depreciation (also referred to as betterment) that represents a portion of the cost for replacement tires, batteries, engine, or transmission, determined by the proportional increase in the useful life of the replacement part when compared to the replaced part. For example, if **we** replace a twenty-four (24) month old battery that had a manufacturer's rated life of sixty (60) months with a new sixty (60) month rated battery, **our** payment for the battery is reduced by forty percent (40%) and **you** are responsible to pay that forty percent (40%) portion of the cost of the battery. However, the reduction of the amount **we** will pay for a new or rebuilt engine or transmission will be determined by using the proportion of the actual miles used before replacement, after reducing the miles used by 80,000, bears to 150,000 miles (or any other measure of useful engine life as reasonably determined by **us**). If **we** replace an engine or transmission that has less than 80,000 miles of use, no reduction shall be taken.

However, any reduction under this provision for betterment:

1.  is limited to the amount that represents a measurable increase in market value; and
2.  may not exceed the replacement costs of any missing part or parts.

When a **car** is damaged, whether or not such damage is covered under this policy, **our** liability shall be reduced by the amount of such damage until repairs have been completed, but shall then attach as originally written without additional premium.

### INSURING AGREEMENT – TOWING AND LABOR COSTS

If **you** pay the premium for Towing and Labor Costs Coverage, **we** will pay for Towing and Labor Costs incurred by **you** as a result of the disablement of a

covered car for which this coverage has been purchased or non-owned car, subject to the Limit of Liability shown on the Dec Page, provided that:

1. the labor is performed at the place of disablement; and

2. the disablement does not occur at your residence.

### INSURING AGREEMENT – FULL COMPREHENSIVE SAFETY GLASS COVERAGE

If you pay a premium for Full Comprehensive Safety Glass Coverage, we will pay under Comprehensive Coverage, without a deductible, for loss to:

1. glass used in the windshield, doors and windows of a covered car; and

2. the glass, plastic, or other materials used in the lights of a covered car.

### INSURING AGREEMENT – RENTAL CAR REIMBURSEMENT COVERAGE

If you pay a premium for Rental Car Reimbursement Coverage we agree to the following:

1. For losses other than theft of the entire car:
   We will pay up to the specified limits on the Dec Page for each day for up to thirty (30) days, for any one accident, the rental charges incurred by you when you rent a car from a licensed rental agency or licensed car repair shop due to a loss to a covered car, other than a total theft, that is payable under this Part IV. Rental charges will be reimbursed beginning:

   a. when the covered car cannot be driven due to a loss; or

   b. if the covered car can be driven, when you deliver the covered car to a car repair shop for repairs due to the loss;

   and ending when the covered car has been repaired, replaced, or if the covered car is deemed by us to be a total loss, forty-eight (48) hours after we make an offer to pay our Limit of Liability for the covered car.

You must provide us with written proof of your rental charges.

Duplicate recovery for identical elements of damages is not permitted under this policy.

2.   For theft of the entire car:

We will pay up to the specified limits on the **Dec Page** for each day for up to thirty (30) days, the rental charges incurred by **you** when **you** rent a car from a licensed rental agency or licensed vehicle repair shop due to a **loss** to a **covered car** that is covered under this Part IV.

Reimbursement will be for the period beginning 12:01 A.M. on the day following the day the theft is reported to **us** and the police, and terminating on 12:01 A.M. on the day following **our** settlement offer for the theft, or if the **covered car** is recovered before settlement, terminating at 12:01 A.M. on the day following completion of repair.

**You** must provide **us** with written proof of **your** transportation expenses. We will pay for such expenses only if the **Dec Page** indicates that Comprehensive Coverage is provided for that **car**.

Duplicate recovery for identical elements of damages is not permitted by this policy.

Theft of the entire **car** and any subsequent damages following the theft and before repairs are completed, shall be considered a single **loss**. This benefit is not payable for any period that the **car** is in the possession of any **insured** and is drivable.

## NEW CAR ADDED PROTECTION

If **you** have both Collision Coverage and Comprehensive Coverage in effect under this policy at the time of **loss** to **your covered car** and the **loss** is covered under either of those coverages, **we** will provide New Car Added Protection for that **covered car** if:

1.   **your** Policy Declaration indicates that New Car Added Protection Coverage is in effect for that **covered car**;

2.   **you** are the original owner of that **covered car**;

3.   that **covered car** was not previously titled; and

38

4. the loss occurs during a policy period that began any time during a calendar year in which that **covered car** was two model years old or less.

New Car Added Protection Coverage does not automatically apply to any replacement car or additional car **you** acquire during the policy period.

A. **Repair Provision**

In the event of a covered loss, other than a **total loss**, due to physical damage to the **covered car** to which New Car Added Protection Coverage applies, **we** will repair that **covered car**, without depreciation. This Repair Provision does not apply to **loss** caused by fire, theft, larceny, or flood. This repair provision does not apply to a leased vehicle.

The most **we** will pay to repair the **covered car** will be the lesser of the following, reduced by any amount paid or payable under the Collision Coverage or Comprehensive Coverage of this policy and any deductible for which **you** are responsible under Collision Coverage or Comprehensive Coverage of this policy:

1. the cost to repair or replace the property or part to its physical condition at the time of **loss** using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

2. the **actual cash value** of the **covered car** at the time of **loss**, which may include a deduction for depreciation.

**We** reserve the right to repair or replace the damaged property or part, or to pay for the loss in money.

**LIMITATION**: If **we**, at **our** option, elect to pay for the cost to repair or replace the property or part, **our** liability does not include any decrease in the property's value, however measured, resulting from the **loss** and/or repair or replacement.

B. **Replacement Provision**

In the event of a covered **total loss** due to physical damage to the **covered car** to which New Car Added Protection applies, **we** will pay to replace that

39

covered car. This Replacement Provision does not apply to loss caused by fire, theft, larceny or flood. This Replacement Provision does not apply to a leased vehicle.

The amount we pay to replace the covered car will not exceed the cost of a new car of the same make and model with the same equipment or, if a new car of the same make and model with the same equipment is not available, the cost of a new car that is:

1. similar in size, class, body type and equipment; and
2. similar in price to the price you paid for the covered car being replaced, as adjusted for inflation, but not to exceed an amount equal to 110% of the Manufacturer's Suggested Retail Price of the covered car being replaced.

A new car is one that has not been previously titled and is of the latest model year available at the time of the loss.

New Car Added Protection is excess over any other collectible insurance.

## PAYMENT OF LOSS

At our expense, we may return any recovered stolen property to you or to the address shown on the Dec Page, with payment for any damage resulting from theft. We may keep all or part of the property at the agreed or appraisal value. We may settle any loss with you or the owner or lien holder of the property.

## NO BENEFIT TO BAILEE

Coverage under this Part IV will not directly or indirectly benefit any carrier or other bailee for hire.

## LOSS PAYEE AGREEMENT

Payment under this Part IV for loss to a covered car will be made according to your interest and the interest of any Loss Payee or lien holder shown on the Dec Page or designated by you. Payment will be made to both jointly, or separately, at our discretion. We may make payment

40

for a partial loss covered under this Part IV directly to the repair facility with **your** consent.

The Loss Payee or lien holder's interest will not be protected where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of **you** or a **relative** or where the **loss** is not otherwise covered under the terms of this policy.

**We** will be entitled to the Loss Payee or lien holder's rights of recovery, to the extent of **our** payment to the Loss Payee or lien holder.

## OTHER INSURANCE

If there is other applicable insurance, **we** will pay only **our** share of the **loss**. **Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits. However, any insurance we provide for a **non-owned car** or **trailer you** do not **own**, will be excess over any other collectible source of recovery including, but not limited to:

1. any coverage provided by the **owner** of the **non-owned car** or **trailer**; and
2. any other applicable Collision Coverage, Comprehensive Coverage, or other physical damage insurance.

## APPRAISAL

If **we** cannot agree with **you** on the amount of a **loss**, then **you** or **we** may demand an appraisal of the **loss**. If a demand for an appraisal is made, each party shall appoint a competent and impartial appraiser. The appraisers will determine the amount of the **loss**. If they fail to agree, the disagreement will be submitted to a qualified and impartial umpire chosen by the appraisers. If the two appraisers are unable to agree upon an umpire within fifteen (15) days, **we** or **you** may request that a judge of a court of record, in the county where **you** reside, select an umpire. The appraisers and umpire will determine the amount of **loss**. The amount of **loss** agreed to by both appraisers, or by one appraiser and the umpire, will be binding. **You** will pay **your** appraiser's fees and expenses. **We** will pay **our** appraiser's fees and expenses. Payment of the umpire and all other expenses of the

41

appraisal will be shared equally between **you** and **us** unless the award is equal to or greater than the last demand made by **you**, in which case **we** shall pay all reasonable costs of appraisal but **we** will not be responsible for attorney fees. Neither **you** nor **we** waive any rights under this policy by agreeing to an appraisal.

## GENERAL PROVISIONS

### POLICY PERIOD AND TERRITORY

This policy applies only to **accidents** and **losses**, which occur during the policy period shown on the **Dec Page** and:

1. within any state, territory, or possession of the United States of America;
2. any province of Canada; or
3. while a **covered car**, **non-owned car**, or **trailer** is being transported between their ports.

### POLICY CHANGES

This policy, **your** application for insurance (which is made a part of this policy as if attached thereto), the **Dec Page**, as amended, and endorsements issued by **us** to this policy contain all the agreements between **you** and **us**. Subject to the following, its terms may not be changed or waived except by written endorsement issued by **us**.

The premium for each **car** is based on information **we** have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct and complete and **you** will promptly notify **us** if it changes during the policy period. If this information is incorrect, incomplete, or changes, during the policy period, **we** may adjust **your** premium during the policy period, or take other appropriate action. If a premium adjustment is necessary, **we** will make the adjustment as of the effective date of the change. To properly insure **your car**, **you** must promptly notify **us** when:

1. **you** change **your** address;
2. any drivers are added or deleted;
3. **you** acquire a **new car**; or
4. the type of use changes for a **covered car**.

42

Changes that result in premium adjustment are contained in **our** rates and rules. These include, but are not limited to:

1. changes in the number, type, or use classification of **covered cars**;
2. changes in drivers using **covered cars**, their ages, driving, **accident**, or claim record, or marital status;
3. a **relative** or **resident** obtaining a driver's license or operator's permit;
4. changes in the place of principal garaging of any **covered car**;
5. changes in coverage, deductibles, or limits of liability; or
6. changes in rating territory or discount or surcharge eligibility.

## SMALL PREMIUM ADJUSTMENTS

When a change results in an additional or return premium of $5 or less, no charge or return will be made. However, if any future bill is sent to **you** the balance due will reflect a charge or credit for any small premium adjustments of $5 or less. **You** have the right to all return premiums. Refunds of $5 or less will be made if specifically requested by **you**.

## COVERAGE FOR A NEW CAR

If this policy insures two or more **cars** and the coverages, deductibles and limits of liability are not the same for each **car**, then the coverages, deductibles and limits of liability applicable to the **new car** will be as follows:

1. if the **new car** replaces a **car** listed on the **Dec Page**, the coverages, deductibles, and limits of liability will be those provided for the replaced **car**; or
2. if the **new car** is an additional **car**, the coverages, deductibles, and limits of liability will be those provided for any single **car** listed on the **Dec Page**. **You** may choose the applicable listed **car**.

If this policy insures only one **car**, the coverages, deductibles, and limits of liability applicable to the **new car** will be those provided for the **car** listed on the **Dec Page**.

However, coverage under Part IV Damage To A Car Collision Coverage and Comprehensive Coverage with a

43

deductible of $500 for each coverage will apply to a **new car** for five (5) days after **you** become the **owner** of the **car** if no such coverage applies to the **new car** per the specifications in this section.   If **you** apply to **us** for insurance on such **new car** after this five-day period, any Collision or Comprehensive Coverage **we** provide will begin at the time **you** request the coverage.

## TERMS OF POLICY CONFORMED TO STATUTES

If any provision of this policy fails to conform to the legal requirements of the State of Arizona, the provision shall be deemed amended to conform to such legal requirements.   All other provisions shall be given full force and effect.   Any disputes as to the coverages provided or the provisions of this policy shall be governed by the law of the State of Arizona.

## CARS WITH COMPREHENSIVE COVERAGE AND/OR COLLISION COVERAGE ONLY

If **you** purchase only:
1.   Comprehensive Coverage;
2.   Collision Coverage; or
3.   Comprehensive Coverage and Collision Coverage;
for a **covered car**, no other coverage will be provided under this policy with respect to the **ownership**, maintenance or use of that **covered car**, or any replacement for that **covered car**, until after **you** have asked **us** to add other coverage.

## TRANSFER

This policy may not be transferred to another person without **our** written consent.   If a named insured dies, this policy will provide coverage for:
1.   the named insured's surviving spouse if a **resident** in the same household at the time of death.   Coverage applies to the spouse as if a named insured shown on the **Dec Page**; and
2.   the named insured's legal representative, while acting as such, and for persons covered under this policy on the date of the named insured's death.

## FRAUD OR MISREPRESENTATION

Misrepresent or misrepresentations mean representation of information to us on your application for insurance, during the policy period, or in connection with the presentation or settlement of a claim that is known by you or an insured person to be false or misleading and affects either the eligibility for coverage and/or premium that is charged.    This also includes concealment of such information relevant to your application for insurance, the maintenance of coverage, or the presentation or settlement of a claim once the policy is in force.

This policy was issued in reliance upon information provided on your application.

We may cancel this policy and deny coverage under this policy if you or an insured person has fraudulently misrepresented any material fact or circumstance at the time application was made.

We will not provide coverage under this policy to any person who has knowingly concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct in connection with the presentation or settlement of a claim.

We will not provide coverage under this policy if there has been fraud or misrepresentation even after the occurrence of an accident or loss.  This means that we will not be liable for any claims or damages which would otherwise be covered.  However, if we cancel this policy for misrepresentation, this shall not affect coverage under Part I – Liability up to the limits of liability required by the Arizona Financial Responsibility Act if the accident occurs before we notify you that the policy is canceled.

We reserve all rights to indemnity against a person committing fraud or misrepresentation for all payments made and costs incurred.  If you or an insured person makes a misrepresentation and we are required to make payment because of the financial responsibility laws of any state, or because of our obligation to a lien holder, we have the right to recover all damages and expenses from you.

45

## PAYMENT OF PREMIUM

If **your** initial premium payment is by check, draft, or any remittance other than cash, coverage under this policy is conditioned upon the check, draft, or remittance being honored upon presentment to the bank or other financial institution.   If the check, draft, or remittance is not honored upon presentment, this policy may, at **our** option, be deemed void from its inception.  This means that **we** will not be liable under this policy for any claims or damages which would otherwise be covered if the check, draft, or remittance had been honored upon presentment.

A charge may be added to **your** account if:
1. **you** tender a check, draft, remittance or other method of payment to **us** for any full or partial payment of **your** premium, other than **your** initial payment, and the check, draft, or other method of payment is returned to **us** or refused because of insufficient funds, a closed account, or a stop payment order;
2. **your** premium payment is not postmarked on or before the seventh day after the due date; or
3. **you** reinstate **your** policy after cancellation.

## CANCELLATION AND NON-RENEWAL

**You** may cancel this policy by calling, or by mailing or faxing a written request for cancellation to **us** or **our** agent, stating the future date that **you** wish the cancellation to be effective.  Coverage shall cease and the policy period shall end on the latest date listed below:
1. 12:01 A.M. on the day specified by **you**  in the request for cancellation; or
2. 12:01 A.M. on the day the request is received by **us** or **our** agent.

**We** may cancel or refuse to renew this policy by mailing a notice of cancellation or non-renewal, by certified mail or United States Post Office certificate of mailing, to the first named insured shown on the **Dec Page** at the last known address appearing in **our** records.

A minimum grace period of seven days applies for the payment of any premium due except the first.  During this grace period the policy shall continue in full force.

46

Notice shall be mailed:

1. At least eight days after the premium due date if cancellation is for nonpayment of premium. Cancellation is to take effect no earlier than the date of the mailing of the notice.

2. At least 10 days prior to the date cancellation is to take effect in all other cases.

We will not cancel this policy solely because of the location of residence, age, race, color, religion, sex, national origin, or ancestry of anyone who is insured. However, we may cancel this policy for underwriting reasons within the first fifty-nine (59) days of the initial policy period.

Once this policy is in effect for sixty (60) days, or if this is a renewal or continuation policy, we may cancel or refuse to renew this policy only for one or more of the following reasons:

1. non payment of premium when due or after a grace period, if applicable;

2. the policy was obtained through fraudulent misrepresentation;

3. **you**, a person residing in **your** household, or any person who customarily or regularly and frequently operates a **covered car**:

   a. has had his or her driver's license suspended or revoked during the policy period;

   b. becomes permanently disabled, either physically or mentally, unless the person produces a certificate from a physician or registered nurse practitioner testifying to the person's ability to operate a **motor vehicle**;

   c. has, within the thirty-six (36) months prior to the effective date of the policy or during the policy period, been convicted of:

      (i) criminal negligence, resulting in death, homicide or assault, arising out of the operation of a **motor vehicle**;

      (ii) driving while intoxicated or under the influence of drugs;

      (iii) leaving the scene of an **accident**;

      (iv) making false statements in an application for a driver's license; or

      (v) reckless driving; or

47

   d.   uses a **covered car** regularly and frequently for **commercial use;**

4.   we have been placed in rehabilitation or receivership by the insurance officials of **our** state of domicile or by a court of competent jurisdiction; or

5.   Arizona's Director of Insurance has suspended **our** authority because **our** financial condition is hazardous or has determined that the continuation of this policy would jeopardize **our** solvency or place **us** in violation of the laws of Arizona.

In addition to 1-5 above, **we** may refuse to renew this policy if either **you**, a person residing in **your** household, or any person who customarily or regularly and frequently operates **a covered car** has, within the thirty-six (36) months prior to the notice of non-renewal, had three (3) or more at-fault **accidents** in which the **property damage** paid for each **accident** exceeded:

1.   $2,150 for **accidents** occurring in 2006; $2,220 for **accidents** occurring in 2007; $2,280 for **accidents** occurring in 2008; $2,370 for **accidents** occurring in 2009; or

2.   the amount published annually by the Arizona Department of Insurance for **accidents** occurring after January 1, 2010.

This does not apply if **you** have been insured with **us** for standard automobile **bodily injury** coverage for at least ten (10) consecutive years prior to the most recent at-fault **accident**. As used in this provision, "at-fault" means the person is at least fifty percent (50%) responsible for the **accident**. Notice of **our** refusal to renew for three or more at-fault **accidents** shall be mailed at least forty-five (45) days before the effective date of non-renewal. If **you** believe **we** have made an incorrect determination of fault, **you** may file a written objection with the Arizona Director of Insurance within ten (10) days after **you** receive notice of non-renewal.

If this policy is subject to:

1.   cancellation or non-renewal under reason number 3.a. through 3.c. above because of the wrongdoing or fault of a person other than **you**; or

2.   non-renewal because a person other than **you**, has had three (3) or more at-fault **accidents**;

we will not terminate this policy if **you** agree in writing to exclude such person, by name, as insured when operating a **motor vehicle** and also agree to exclude coverage to

48

**you** for any negligence which may be imputed by law to **you** arising out of the maintenance, operation, or use of a **motor vehicle** by such excluded person.

## CANCELLATION REFUND

Upon cancellation, **you** may be entitled to a premium refund or owe **us** for unpaid earned premium and/or fees. If this policy is canceled, the premium refund or balance due, if any, will be calculated as follows:
1.  If cancellation is initiated by **us**, earned premium shall be computed pro rata;
2.  If cancellation is initiated by **you**, including cancellation for non-payment of premium, the earned premium shall be computed pro rata.

All fees are fully earned as soon as the event that triggers the fee occurs.

## PROOF OF NOTICE

Proof of mailing a notice of cancellation or of **our** refusal to renew by certified mail or United States Post Office certificate of mailing is sufficient proof of such notice. Proof of mailing of any other notice to the named insured shown on the **Dec Page** at the last known address appearing in **our** records will be sufficient proof of notice. Notice given by or on behalf of an insured person to any of **our** authorized agents shall be deemed notice to **us** if the notice sufficiently identifies the insured person.

## AUTOMATIC TERMINATION

Coverage for a **covered car** shall terminate automatically when a person other than **you** or a **relative** becomes the **owner** of the car.

Comprehensive Coverage and Collision Coverage in excess of $500 for **loss** to a **trailer** shown on the **Dec Page** shall terminate automatically when a person other than **you** or a **relative** becomes the **owner** of the **trailer**.

## COVERAGE CHANGES

If **we** make a change that broadens coverage **you** have under this edition of **your** policy, without additional

49

charge, **you** will receive the broadened coverage. The broadened coverage applies on the date the coverage change is implemented in **your** state. This provision does not apply to a general program revision or **our** issuance of a subsequent edition of **your** policy. Otherwise, this policy can only be changed by endorsement issued by **us**.

## LEGAL ACTION AGAINST US

**We** may not be sued unless there is full compliance with all the terms of this policy. **We** may not be sued for payment under Part I – Liability To Others until the obligation of an **insured person** to pay is finally determined either by final judgment against that person or written agreement of the **insured person**, the claimant, and **us**. No one will have any right to make **us** a party to a lawsuit to determine the liability of an **insured person**.

If **we** retain salvage, **we** have no duty to preserve or otherwise retain the salvage for any purpose, including evidence for any civil or criminal proceeding.

## OUR RIGHTS TO RECOVER PAYMENT

In the event of any payment under this policy, **we** are entitled to all the rights of recovery that the insured person to whom payment was made has against another, except that this does not apply to payment under Part II - Medical Payments Coverage or under Underinsured Motorist Coverage;

1. If **we** make a payment under Uninsured Motorist Coverage, **we** are subrogated to only those rights of recovery which the **insured person** has against the **owner** or operator of an **uninsured motor vehicle**; and

2. **We** may not assert **our** rights of recovery against any person who was using a **covered car** with **your** express or implied permission for any payment made under Part IV – Damage to a Car.

If **we** are entitled to recovery, the insured person to whom payment was made must sign and deliver to **us** any legal papers relating to that recovery, do whatever else is necessary to help **us** exercise those rights, and do nothing after an **accident** or **loss** to prejudice **our** rights.

50

When an **insured person** has been paid by **us** under this policy and also recovers from another person, entity, **or** organization, the amount recovered will be held by the **insured person** in trust for **us** and reimbursed to **us** to the extent of **our** payment.

If the **insured person** makes a recovery under this policy from a responsible party without **our** written consent, the **insured person's** right to payment under any affected coverage, other than Part II – Medical Payments Coverage or Underinsured Motorist Coverage, will no longer exist.

## JOINT AND INDIVIDUAL INTERESTS

If there is more than one named insured on this policy, any named insured may cancel or change this policy. The action of one named insured shall be binding on all persons provided coverage under this policy.

## BANKRUPTCY

The bankruptcy or insolvency of an **insured person** will not relieve **us** of any obligation under this policy.

## NAMED DRIVER EXCLUSION

If **you** have asked **us** to exclude any person from coverage under this Policy, then **we** will not provide coverage under Part I, Part II, or Part IV for claims arising from an **accident** or **loss** while a **covered car** or **non-owned car** is operated by an excluded person. THIS INCLUDES ANY CLAIM FOR DAMAGES MADE AGAINST **YOU**, A **RELATIVE**, OR ANY OTHER PERSON OR ORGANIZATION FOR ANY NEGLIGENCE WHICH MAY BE IMPUTED BY LAW FOR AN **ACCIDENT** ARISING OUT OF THE OPERATION OF A **COVERED CAR** OR **NON-OWNED CAR** BY THE EXCLUDED DRIVER.

This exclusion from coverage applies to any use or operation of a **motor vehicle** including the negligent or alleged negligent entrustment of a **motor vehicle** to any designated excluded driver. This exclusion from coverage shall apply to excluded persons regardless of where they reside or whether they are licensed to drive, until they are

51

added to the policy and **we** approve the addition in writing.

**You** agree to reimburse **us** for any payment made by **us** to a loss payee, because of **loss** arising from the operation or use of a **motor vehicle** by an excluded person.

## AUTOMOBILE DEATH BENEFITS COVERAGE ENDORSEMENT (AAADXX 01 08)

### INSURING AGREEMENT – AUTOMOBILE DEATH BENEFITS COVERAGE

Subject to the Limits of Liability shown on the **Dec Page**, if **you** pay the premium for Automobile Death Benefits Coverage, **we** will pay the limit of Automobile Death Benefits Coverage shown on the **Dec Page** for the death of an **insured person** if it:

1. occurs within 90 days of a covered **accident**; and
2. is the direct result of **bodily injury** sustained while the **insured person** is:
   a. **occupying** a **motor vehicle** or **trailer** with the permission of the **owner**; or
   b. struck by a **motor vehicle** or **trailer**.

### WHO WE WILL PAY

**We** will pay benefits to a qualified person who is either:

1. the surviving legal spouse of an **insured person**, if he or she was a **resident** of the deceased's household on the date of the **accident**; or
2. the surviving parent or parents of an unmarried minor **insured person**, if such persons were **residents** of the deceased's household on the date of the **accident**.

However, if there is no surviving qualified spouse or parent, **we** will pay the benefits to the lawful estate of the **insured person**.

### ADDITIONAL DEFINITION

When used in this Endorsement, "**insured person**" means a person shown on the **Dec Page**, for whom a premium has been paid for this coverage.

52

<u>EXCLUSIONS</u> – READ THE FOLLOWING
EXCLUSIONS CAREFULLY. IF AN EXCLUSION
APPLIES, COVERAGE WILL NOT BE AFFORDED
UNDER THIS ENDORSEMENT.

1.  The following exclusions identify the **motor vehicles**
    and **motor vehicle** uses for which we do not provide
    Automobile Death Benefits Coverage. **We** do not
    insure a person whose death results from injuries
    sustained:
    a.  while **occupying** a commercially licensed **motor
        vehicle**, other than a **car**;
    b.  while **occupying**, or by being struck by, a **motor
        vehicle**:
        (i)   that operates on rails or crawler treads;
        (ii)  that is a farm-type tractor;
        (iii) that is farm-type equipment; or
        (iv)  that is designed or modified for use off
              public roads.
        However, exclusion 1.b. does not apply to an
        **accident** that occurs on a public road; or
    c.  while **occupying** any **motor vehicle** being used
        in practice or preparation for, or while
        participating in, any prearranged race, speed,
        stunt or demolition contest or activity.
2.  The following exclusions identify work-related
    activities and other causes of death for which we do
    not provide Automobile Death Benefits Coverage.
    We do not insure a person whose death results from:
    a.  injuries sustained while employed or otherwise
        engaged in loading or unloading a **motor vehicle**
        being used to carry persons or property for a
        charge;
    b.  injuries sustained while employed or otherwise
        engaged in any **auto business**.   However,
        exclusion 2.b. does not apply if the **bodily injury**
        occurs while that person is **occupying a covered
        car**;
    c.  disease, unless it is a direct result of **bodily
        injury** suffered in an **accident** and is
        independent of all other causes;
    d.  suicide or attempt at suicide, self-inflicted or not,
        whether he or she is sane or insane at the time;
    e.  injuries reasonably expected to arise out of an
        intentional act by the deceased **insured person**,

53

whether or not that person intended or had the capacity to intend his or her injuries or death; or

f.  war, whether declared or not, nuclear reaction or nuclear radiation, or radioactive contamination from any source.

## ADDITIONAL DUTIES

Each person claiming benefits must cooperate fully with **us** and:

1.  assist **us** to obtain all relevant medical records, autopsies, police reports and other records that may tend to establish whether benefits are owed under this Endorsement; and

2.  **we** shall have a reasonable opportunity to have the records reviewed by persons we select before benefits are payable.

## NAMED OPERATOR – NON-OWNED CAR COVERAGE

If **you** elect Named Operator – Non-Owned Car Coverage, **you** agree with **us** that this policy is amended as follows:

1.  General Definitions:

    a.  The general policy definition of "**you**" and "**your**" is deleted and replaced by the following:

        "**You**" and "**your**" mean the person or persons named on the **Dec Page**.

    b.  The general policy definitions of "**covered car**" and "**non-owned car**" are deleted and replaced by the following:

        "**Covered car**" and "**non-owned car**," mean any **car** that is not **owned** by **you**, a **relative**, a **resident**, **your** employer, or **your** spouse, even if not residing in the same household as **you**, or a **car** not available for **your** regular use.

2.  Part 1 – Liability To Others

54

a.  Additional Definition: When used in Part I, the definition of "**insured person**" and "**Insured persons**" is deleted and replaced by the following:

"**Insured person**" and "**insured persons**" mean:
1.  **you**, when operating or using a **covered car** or **non-owned car** with the express or implied permission of the **owner**; and
2.  any person or organization with respect only to vicarious liability for an **accident** arising out of the use of a **covered car** or **non-owned car** by **you** with the express or implied permission of the **owner**.

b.  Exclusions: The following exclusion is deleted from Part I:

Coverage under Part I, including **our** duty to defend does not apply to:
**bodily injury** or **property damage** arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business**. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative** when using a **covered car**.

and replaced by the following:

Coverage under this Part I, including **our** duty to defend, does not apply to **bodily injury** or **property damage** arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business**.

3.  Part II – Medical Payments Coverage

a.  Additional Definitions: When used in Part II, the definition of "**insured person**" and "**insured persons**" is deleted and replaced by the following:

"Insured person" and "insured persons" mean you while occupying a covered car or non-owned car, or when struck by a motor vehicle or trailer while not occupying a motor vehicle.

b.  Exclusions: The following exclusion is deleted from Part II:

> Coverage under this Part II does not apply to **bodily injury:**
> arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business.** However, this exclusion does not apply to **you, a relative,** or an agent or employee of **you** or a **relative** when using a **covered car.**

And replaced by the following:

> Coverage under this Part II does not apply to **bodily injury:**
> arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business.**

c.  Other Insurance: The Other Insurance provision under Part II is deleted and replaced by the following:

### OTHER INSURANCE

> Any insurance we provide under this Part II shall be excess over any other similar insurance or self-insurance.

4.  Part III – Uninsured/Underinsured Motorist Coverage

a.  When used in Part III, the Additional Definition of **"insured person"** and **"insured persons"** is deleted and replaced by the following:

> "Insured person" and "insured persons" mean:
> 1.  you; and

56

2. any person who is entitled to recover damages covered by Part III, because of **bodily injury** to **you**.

b. Other Insurance: The Other Insurance provision under Part III is deleted and replaced by the following:

**OTHER INSURANCE**

If there is other applicable similar insurance available under more than one policy or provision of coverage, any insurance **we** provide with respect to a **car you** do not own shall be excess over any other collectible insurance.

**We** will not pay for damages that would duplicate any payment made for damages under other insurance.

If **you** are injured while not **occupying a motor vehicle**, the coverage provided under this policy shall be excess to any uninsured or underinsured motorist coverage provided by a policy under which **you** are a named insured.

Notwithstanding any other provision in this policy, if **you**:
1. purchase multiple policies from **us**; or
2. an affiliate company on different **cars**;
**you** are entitled to uninsured or underinsured motorist benefits under only one of those policies. The policy with the highest limit of liability shall apply unless **you** elect to apply to a different policy.

In witness whereof, the Company named on the **Dec Page** has caused this policy to be signed by its President and Secretary.

President        Secretary

57

# EXHIBIT 2

## Samuel Saks

| | |
|---|---|
| **From:** | Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com> |
| **Sent:** | Friday, October 8, 2021 1:23 PM |
| **To:** | Samuel Saks |
| **Subject:** | RE: [EXTERNAL] RE: CLAIM # 1004-15-4036 |
| **Attachments:** | kathybernhardtdecpage.PDF |
| | |
| **Importance:** | High |

I am sending this a second time.  I sent it yesterday realizing the vehicle was taken off the policy after the accident.  Please acknowledge your receipt.  Apparently you did not receive the one I sent you.  This is the only available policy with CSAA and the UIM limits are $50,000.

Kind Regards,

Terry

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Friday, October 8, 2021 12:48 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Subject:** RE: [EXTERNAL] RE: CLAIM # 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

Terry,

It appears the dec page you sent me was incorrect, in that it does not include the vehicle involved in this loss.  Please confirm the most recent dec page is indeed the applicable dec page.  Also, under the circumstances and given that the collision caused the death of Ms. Bernhardt, we request that AAA disclose and tender all applicable UIM coverages and limits under your policy and Arizona law.  I look forward to hearing from you.

Thank you.

**Sam Saks, Esq.**

# Guidant
Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

1

**From:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Sent:** Thursday, October 7, 2021 2:37 PM
**To:** Samuel Saks <sam@guidant.law>
**Subject:** RE: [EXTERNAL] RE: CLAIM # 1004-15-4036

My apologies, the vehicle was taken off the policy after the accident.  The one attached is the Dec Page on the date of loss.

Kind Regards,

Terry

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Thursday, October 7, 2021 3:44 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Subject:** [EXTERNAL] RE: CLAIM # 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

The Toyota van that was in the collision isn't on the dec page you sent. Why is that?

Thank you.

Sam Saks, Esq.

# Guidant Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

**From:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Sent:** Thursday, October 7, 2021 6:56 AM
**To:** Samuel Saks <sam@guidant.law>
**Subject:** CLAIM # 1004-15-4036

Disregard first email.  My apologies.

Attached is the Declarations Page and please forward your demand at your earliest convenience.

Kind Regards,

2

Terry Murphy
Sr. Casualty Specialist
CSAA Insurance
Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Wednesday, October 6, 2021 4:45 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Subject:** RE: [EXTERNAL] RE: CSAA CLAIM # 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

Geico has tendered the liability limits of $25,000 (see attached). Please disclose all applicable UIM limits under your policy and Arizona law.

Thank you.

**Sam Saks, Esq.**

**Guidant** Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

This message may contain information, including personally identifiable information that is confidential, privileged, or otherwise legally protected. If you are not the intended recipient, please immediately notify the sender and delete this message without copying, disclosing, or distributing it.

3

# EXHIBIT 3



CSAA General Insurance Company
P.O. Box 24523
Oakland, CA 94623-1523

GUIDANT LAW FIRM
402 E SOUTHERN AVE
TEMPE, AZ 85282-5203



**OUR CLAIM INFORMATION**

| | |
|---|---|
| Our claim number | 1004-15-4036 |
| Our policyholder | THE ESTATE OF KATHY LYNN BERNHARDT |
| Date of incident | March 29, 2021 |
| Your client | The Estate of Kathy Lynn Bernhardt |

December 08, 2021

Dear Guidant Law Firm:

*Questions about your claim?*

Terry Murphy-Rhude
**888.335.2722, Ext. 7538197**
Or 888.335.2722, Ext. 7538197
Regular Claims Center hours are
Monday – Friday 8:00 AM – 7:00 PM,
Central Time

This will confirm that we have placed 100% liability against John Rowland for this accident.

Please submit your demand with brochure regarding appliable parties with rights to the Estate of Ms. Bernhardt along with a Copy of the Death Certificate, and any medical supports (if applicable) so that we can move forward with the evaluation of her Underinsured Motorist claim.

Your assistance is truly appreciated.

Sincerely,

*Terry Murphy-Rhude*

Terry Murphy-Rhude
Claims Representative

This page is intentionally left blank

# EXHIBIT 4



**Samuel Saks, Esq.**
Sam@Guidant.law
(602)888-0725

March 2, 2022

Ms. Terry Murphy-Rhude
CSAA General Insurance Company
  Re: Claim no. 1004-15-4036
*Terry.Murphy-Rhude@csaa.com*

Re:   Our Client:       Kay Franklin re:  The Estate of Kathy Bernhardt
      Date of Loss:     03/29/2021
      Claim No.:        1004-15-4036

Dear Ms. Murphy-Rhude:

Our firm represents Kay Franklin regarding the tragic loss of her mother, Kathy Bernhardt, in the above-referenced motor vehicle accident.

As you know from information previously provided to you, which is incorporated herein by reference, Ms. Bernhardt was killed on March 29, 2021, when John J. Rowland, impaired by THC and traveling approximately 98 miles per hour, crashed his motorcycle into her 2015 Toyota Sienna. Rowland's motorcycle slammed into the Sienna with so much force that the Sienna rolled it onto its side. Ms. Bernhardt sustained severe blunt-force trauma and was pronounced dead at the hospital. See the enclosed death certificate. The Sherriff's Office correctly determined that Rowland was solely at fault for the accident due to his excessive speed and drug impairment. No improper action was found on the part of Ms. Bernhardt, who was driving to church that day.

Kay is the only child of Ms. Bernhardt and is the sole statutory beneficiary under A.R.S. § 12-612. Anyone would be devastated by the sudden and gruesome death of a parent, but Kay was extraordinarily close to her mother. Ever since her mother and father divorced when Kay was 7 years old, Kay and her mother supported each other, guided each other, and were best friends. They went to church together every week, where they played instruments. They had lunch every Sunday. They went hiking together, attended various events together, went on vacations together, and talked every day. To put it mildly, the accident left Kay devastated. In Kay's words: "Now I am no longer able to play my flute as the pain it causes. I am no longer able to hike with my mom, or go to choir concerts, go to church or just sit and enjoy an afternoon on the patio with her. There are no more vacations, no more laughs, no more advice, no more assistance, no more happy holidays, no more planning, no more Mother's Days, no more special Birthdays. I miss my mom who was not ill and not a reckless driver." Ever since the accident, Kay has daily bouts with anxiety and depression. She thinks about her mother every single

day.

In short, it is difficult to imagine a more tragic situation than knowing that a drug impaired, speeding motorcycle driver killed your mother on her way to church and you have to live the rest of your life suffering the consequences.

Ms. Bernhardt had two vehicles insured with UIM coverage under her CSAA policy at the time of this loss. Kay's damages for wrongful death clearly exceed the combined UIM policy limits on both covered vehicles.

Please identify, disclose and tender all UIM coverages and limits applicable to this accident under that policy.

Thank you for your attention to this matter.

Very truly yours,

Samuel Saks, Esq.

## STATE OF ARIZONA
### CERTIFICATION OF VITAL RECORD

ORIGINAL
STATE COPY

**STATE OF ARIZONA**
DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS
**CERTIFICATE OF DEATH**

State File Number
102-2021-024008

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| KATHY, LYNN, BERNHARDT | | 03/29/2021 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER | 6. DATE OF BIRTH | 7. AGE |
|---|---|---|---|
| FEMALE | 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 | 05/14/1951 | 69 YEARS |

8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH

MESA, MARICOPA, 85209

9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS)

EMERGENCY - MOUNTAIN VISTA MEDICAL CENTER

| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 11. MARITAL STATUS | 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
|---|---|---|
| BRIGHTON, COLORADO | DIVORCED | NOT LISTED |

13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP)

11006 E DECATUR, MESA, MARICOPA, AZ, 85207

| 14. DECEDENT'S HISPANIC ORIGIN(S) | 15. DECEDENT'S RACE(S) | 16. EVER IN ARMED FORCES |
|---|---|---|
| NO, NOT SPANISH/HISPANIC/LATINO | WHITE | NO |
| | | 17. OCCUPATION |
| | | INFORMATION TECHNOLOGY |

| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
|---|---|
| ARTHUR, , BERNHARDT | ANNA, , WAGNER |

| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 21. RELATIONSHIP |
|---|---|
| KAY, LENE, FRANKLIN | DAUGHTER |

22. INFORMANT'S MAILING ADDRESS

9235 E PRINCESS DRIVE, MESA, AZ, 85207

| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | 25. LICENSE NUMBER |
|---|---|---|
| MARIPOSA GARDENS MEMORIAL PARK & FUNERAL CARE 400 S POWER ROAD, MESA, AZ, 85206 | CIPRIANA, , KRIER | FDL-01754 |

| 26. METHOD(S) OF DISPOSITION | 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY |
|---|---|---|
| REMOVAL/BURIAL | RESTHAVEN MEMORY GARDEN, FORT COLLINS, CO, US | |

**MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I**

| 29. A. IMMEDIATE CAUSE OF DEATH | 30. APPROXIMATE INTERVAL |
|---|---|
| MULTIPLE BLUNT FORCE INJURIES | UNKNOWN |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: | 32. APPROXIMATE INTERVAL |
| | |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | 34. APPROXIMATE INTERVAL |
| | |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | 36. APPROXIMATE INTERVAL |
| | |

**CAUSE OF DEATH PART II**

| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 38. INJURY? | 39. INJURY AT WORK? | 40. MANNER OF DEATH |
|---|---|---|---|
| | YES | NO | ACCIDENT |
| | 41. TIME OF DEATH | 42. WAS AN AUTOPSY PERFORMED? | 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
| | 12:53 PM | NO | |

**CAUSE AND MANNER CERTIFICATION**

| ON THE BASIS OF EXAMINATION OR INVESTIGATION, AS APPLICABLE, THE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | |
|---|---|---|
| | LESLEY, , WALLIS-BUTLER | 45. DATE CERTIFIED |
| 46. CERTIFIER'S ADDRESS | | 03/30/2021 |

701 W JEFFERSON STREET, PHOENIX, AZ, 85007

Date Registered: 04/13/2021          Date Issued: 04/21/2021          VS-48 Rev. 12/2017

J2691581

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT
OF HEALTH SERVICES

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT 5

## Samuel Saks

| | |
|---|---|
| **From:** | Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com> |
| **Sent:** | Wednesday, March 2, 2022 1:55 PM |
| **To:** | Samuel Saks |
| **Subject:** | RE: [EXTERNAL] 1004-15-4036 |

Thank you Sam,

I will review and contact you early next week.

I am showing they only have one policy with us.  There are two vehicles listed on the same policy, but there is no stacking of coverages.  One line of UIM coverage applies on the policy, not per vehicle.

Do they have another policy that I am unaware of?

Kind Regards,

Terry
Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Wednesday, March 2, 2022 12:19 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Cc:** Tracy Stanton <tracy@guidant.law>
**Subject:** [EXTERNAL] 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

Terry,

Please see the attached re Kay Franklin.

Thank you.

**Sam Saks, Esq.**

# Guidant
Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

This message may contain information, including personally identifiable information that is confidential, privileged, or otherwise legally protected. If you are not the intended recipient, please immediately notify the sender and delete this message without copying, disclosing, or distributing it.

**EXHIBIT 6**



CSAA General Insurance Company
PO Box 24523
Oakland, CA 94623-1523



GUIDANT LAW PLC
402 E SOUTHERN AVE
TEMPE, AZ 85282-5203

**OUR CLAIM INFORMATION**

| | |
|---|---|
| Our claim number | 1004-15-4036 |
| Our policyholder | THE ESTATE OF KATHY LYNN BERNHARDT |
| Date of incident | March 29, 2021 |
| Your client | Kay Franklin re/Estate of Kathy Lynn Bernhardt |

Questions about your claim?

Terry Murphy-Rhude
**888.335.2722, Ext. 7538197**
Or 888.335.2722, Ext. 7538197
Regular Claims Center hours are
Monday – Friday 8:00 AM – 7:00 PM,
Central Time

March 08, 2022

Dear Sam:

This will confirm my message left for you today tendering our UIM limits of $50,000.00 available for this loss.

Please provide check and Release instructions at your earliest convenience.

Sincerely,

*Terry Murphy-Rhude*

Terry Murphy-Rhude
Claims Representative

This page is intentionally left blank

# EXHIBIT 7

**Samuel Saks**

| | |
|---|---|
| **From:** | Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com> |
| **Sent:** | Tuesday, March 8, 2022 7:02 AM |
| **To:** | Samuel Saks |
| **Subject:** | CSAA Claim 1004-15-4036-Berndhardt Release |
| **Attachments:** | Bernhardt Release.pdf |

Hello Samuel,

We do show there is a Medicare Lien on this case.

We will need to add them to check or we will need a Hold Harmless agreement that your firm will take care of any liens in this matter.

The current CMS portal information shows $289.76 is the amount owed to Medicare.  As this is a wrongful death action, you may be able to get that removed.  However, I must have something stating that your Office will take care of that lien and any others that should arise on this case.

I have attached the Release and appreciate the opportunity to work with you.

Kind Regards,

Terry Murphy
CSAA Insurance
Sr. Casualty Specialist
Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Monday, March 7, 2022 5:08 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Cc:** Tracy Stanton <tracy@guidant.law>
**Subject:** [EXTERNAL] Re: 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

Please see attached.  We will confirm receipt of what you send us.

Thank you.

**Sam Saks, Esq.**

1



sam@guidant.law

602-888-0725

402 East Southern Avenue
Tempe, Arizona 85282

Fax: (888) 552-8529

LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

**From:** Samuel Saks
**Sent:** Wednesday, March 2, 2022 11:19 AM
**To:** Terry.Murphy-Rhude@csaa.com <Terry.Murphy-Rhude@csaa.com>
**Cc:** Tracy Stanton <tracy@guidant.law>
**Subject:** 1004-15-4036

Terry,

Please see the attached re Kay Franklin.

Thank you.

Sam Saks, Esq.

# Guidant
Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

This message may contain information, including personally identifiable information that is confidential, privileged, or otherwise legally protected. If you are not the intended recipient, please immediately notify the sender and delete this message without copying, disclosing, or distributing it.



**Release of Underinsured Motorist Coverage**
CSAA General Insurance Company

| CLAIM NUMBER | EXP | COV |
|---|---|---|
| 1004-15-4036 | 4 | UIM |

### PARTIES

The party being released hereunder, CSAA General Insurance Company, shall hereinafter be referred to as "Releasee."

The party or parties executing this Release, Kay Franklin sole beneficiary of THE ESTATE OF KATHY LYNN BERNHARDT, shall hereinafter be referred to in the singular as "Releasor."

### RECITALS

A. Releasor was involved in an automobile accident that occurred on 03/29/2021 and suffered injuries caused by one or more third parties ("the Accident").

B. At the time of the Accident, Releasor was insured under a policy of automobile insurance issued by Releasee.

C. Subsequent to the Accident, Releasor made claims for underinsured motorist ("UIM") coverage under the policy of automobile insurance issued by Releasee for damages allegedly suffered as a result of the Accident ("the Claim").

D. Releasee neither admits nor concedes any of the factual allegations or claims for relief or causes of action set forth or alleged by Releasor in papers submitted in connection with the Claim.

E. Releasor and Releasee desire to compromise, settle and discharge the Claim.

F. Releasor expressly represents that Releasor has completely settled and resolved all claims against the party or parties responsible for the Accident.

### AGREEMENT

1. For and in consideration of the sum of Fifty Thousand dollars and no cents ($50,000.00), Releasor does hereby release and forever discharge Releasee for the Claim.

Payable as follows:

Kay Franklin, sole Beneficiary for the Estate of Kathy Lynn Bernhardt and Guidant Law Firm

2. Releasor expressly waives and assumes the risk of any and all damages which exist as of the effective date of this Agreement, but which Releasor does not know or suspect to exist in Releasor's favor, whether through ignorance, oversight, error, negligence or otherwise, and which may have materially affected the decision to execute this Agreement.

3. Releasor hereby agrees to defend, indemnify and hold harmless Releasee against any claims, liens, demands, actions and causes of action asserted by any person, corporation, insurer, governmental entity or other entity seeking reimbursement of funds paid to or on behalf of Releasor for medical care or medical treatment given to Releasor prior to the date hereto, which treatment was necessitated by injuries sustained and caused or alleged to be caused as a result of the Accident.

This page is intentionally left blank

4. As a further condition of this settlement and release, Releasor represents and warrants that Releasor has provided the Releasee all information Releasor knows about any and all Medicare rights to recovery as of the date this document is executed.

5. It is understood and agreed that this is a compromise of disputed claims and shall not be construed as an admission of any liability by Releasee.

6. In making the agreement embodied herein, Releasor represents that Releasor has completely read the terms of this agreement and that those terms are fully understood and voluntarily accepted by Releasor.

7. This Agreement constitutes the entire agreement among the parties; there are no other agreements or representations expressed or implied.

8. This Agreement shall be governed and interpreted and construed in accordance with the laws of the state in which the applicable policy of automobile insurance is issued. Should any provision hereof be found to be invalid, in whole or in part, it shall not affect the validity or enforceability of any other provision hereof or of that provision insofar as it is not invalid and is enforceable.

9. Releasee, or anyone acting on its behalf, is directed to pay the consideration herein by check payable to the order of the Releasor and, if applicable, to Releasor's attorneys, and is further directed to deliver any such check to Releasor's attorneys, if applicable.

**IN WITNESS WHEREOF, Releasor does hereby execute this Release on _____, 20___.**

Releasor/Claimant Kay Franklin Sole Beneficiary of
THE ESTATE OF KATHY LYNN BERNHARDT

Witness Signature

Witness Print Name

Witness Address

Releasor/Claimant Signature
Kay Franklin

Releasor/Claimant Print name

Continued on next page

This page is intentionally left blank

_____                    _____
Witness Signature                            Releasor/Claimant Signature

_____                    _____
Witness Print Name                           Releasor/Claimant Print name

_____
Witness Address

APPROVED AS TO FORM AND CONTENT:

Dated: _____

_____
Guidant Law Firm

_____
Sam Saks, Esq.

Attorneys for Kay Franklin sole beneficiary for the Estate of Kathy Lynn Bernhardt

For your protection, Arizona law requires us to advise you: Any person who knowingly makes a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

This page is intentionally left blank

# EXHIBIT 8

## RE: [EXTERNAL] RE: 1004-15-4036

Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
Tue 3/8/2022 1:41 PM
To: Samuel Saks <sam@guidant.law>

We always ask for a Release but it is certainly not required.  We will issue the check to you on this matter.

Kind Regards,

Terry Murphy

Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company

**From:** Samuel Saks <sam@guidant.law>
**Sent:** Tuesday, March 8, 2022 12:30 PM
**To:** Murphy-Rhude, Terry <Terry.Murphy-Rhude@csaa.com>
**Cc:** Tracy Stanton <tracy@guidant.law>
**Subject:** [EXTERNAL] RE: 1004-15-4036

Caution: This email originated from outside the company. Do not click links, open attachments, or forward unless you recognize the sender and verify the content is safe. Please report anything suspicious using the Report Phishing button or call the IT Service Desk.

Terry,

Please see the attached.

Thank you.

**Sam Saks, Esq.**

Guidant
Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

**From:** Samuel Saks
**Sent:** Wednesday, March 2, 2022 11:19 AM
**To:** 'Terry.Murphy-Rhude@csaa.com' <Terry.Murphy-Rhude@csaa.com>
**Cc:** Tracy Stanton <tracy@guidant.law>
**Subject:** 1004-15-4036

Terry,

Please see the attached re Kay Franklin.

Thank you.

**Sam Saks, Esq.**

# Guidant
Law Firm

sam@guidant.law
602-888-0725
402 East Southern Avenue
Tempe, Arizona 85282
Fax: (888) 552-8529
LinkedIn | Facebook

This message and its contents may be privileged under A.R.S. § 12-2234, Rule 501 et seq. of the Rules of Evidence, the Arizona Rules of Professional Conduct, and other applicable laws.

This message may contain information, including personally identifiable information that is confidential, privileged, or otherwise legally protected. If you are not the intended recipient, please immediately notify the sender and delete this message without copying, disclosing, or distributing it.

# EXHIBIT 9

DCN: 01202012073218100369010030   Received Date:12/07/2020

**Safeco Insurance**
P.O. Box 515097
Los Angeles, CA 90051-5097



November 23, 2020



Re: Policy # ░░░░░░ / Claim # ░░░░░░░░

Dear ░░░░░░

This letter is being sent to you because you purchased multiple policies or insured two or more vehicles under one policy with Safeco Insurance that may apply to your claim.

We wish to advise you that if a future claim is made by any person for Uninsured or Underinsured Motorists Bodily Injury Coverage and multiple policies or coverages within the same policy apply to the same accident, only one of the policies and one coverage limit within that policy will apply to the accident. You will be asked to select the one policy and coverage limit that will apply.

If a future claim is made for Uninsured or Underinsured Motorists Bodily Injury Coverage, the Claims Resolution Specialist assigned to the claim will discuss this selection with you.

Sincerely,

Your Safeco Insurance Service Team

000066

# EXHIBIT 10



**FARMERS**

**INSURANCE**

Farmers Insurance
PO Box 2602
Grand Rapids MI
49501-2602

April 2, 2020

| | |
|---|---|
| Insured: | |
| Policy Number: | |
| Claim Number: | |
| Loss Date: | 5/30/2019 |
| Policy Term: | 6   Months |

☐ Attached is a certified true copy of the original information sent to the insured.

☐ Attached is a certified true copy of the original declarations page, policyback and endorsements.

☒ Attached is a certified true copy of the original declaration page. The attached policyback and endorsements did not mail with this declaration page, but are included as requested.

☐ Attached is a certified true copy of the original declaration page only.

☐ Attached is a certified reconstructed copy of the declaration page only.

☐ Attached is a certified reconstructed copy of the declaration page, policyback and endorsements.

☐ Attached is a certified reconstructed copy of the cancellation.

☐ Attached is a certified true copy of the original cancellation.

Any additional Declaration Sheet(s) included with these documents labeled as "change or change-misc." may reflect a mid-term change in the policy and therefore a time period of less than the original policy term, however the dates reflect the most current policy information on file, up to and including the date of loss for the above-referenced claim.

# Auto Insurance Declaration Page



**FARMERS**
INSURANCE

| | | Premiums/Fees | |
|---|---|---|---|
| **Policy Number:** | | | |
| Effective: | 1/5/2019 12:01 AM | Policy Premium | $1,935.90 |
| Expiration: | 7/5/2019 12:01 AM | Fees (*also see information on Additional | $1.50 |
| Named Insured(s): | | Fees below) | |
| | Gilbert, AZ 85295-3500 | ▶ **Policy Premium and Fees** | **$1,937.40** |
| e-mail | | | |
| Address(es): | | **This is not a bill.** | |
| Underwritten By: | Farmers Insurance Company of Arizona | Your bill with the amount due will be mailed separately. | |
| | 16001 N. 28th Ave | | |
| | Phoenix, AZ 85053 | | |

## Household Drivers

All persons who drive or will occasionally be driving any of the cars on the policy should be listed below. If anyone is missing or needs to be added, such as a newly licensed driver, you should contact your agent or the company to add that person before they begin to drive any of the cars covered on the policy.

| Name | Driver Status | Name | Driver Status |
|---|---|---|---|
| | Covered |  | Covered |
| | Covered | | Covered |

## Vehicle Information

| Veh. # | Year/Make/Model/VIN | Coverage | Deductible | Limit |
|---|---|---|---|---|
| 1 | 2011 Toyota Prius Hybrid 5D | Comprehensive: | $100 | |
| | | Collision: | $1,000 | |
| 2 | 2015 Lincoln Mkc 4D 2Wd | Comprehensive: | $100 | |
| | | Collision: | $1,000 | |
| 3 | 2011 Hyundai Elantra 4D Gls/Limited | Comprehensive: | $100 | |
| | | Collision: | $1,000 | |

## Coverage Information

| Coverage | Limits (applicable to all vehicles) | Premiums by Vehicle | | |
|---|---|---|---|---|
| | | Vehicle 1 | Vehicle 2 | Vehicle 3 |
| Bodily Injury Liability | $100,000 each person $300,000 each accident | $225.70 | $150.20 | $239.30 |
| Property Damage Liability | $50,000 each accident | $137.10 | $122.70 | $231.50 |
| Medical Coverage | | Not Covered | Not Covered | Not Covered |
| Uninsured Motorist | $100,000 each person $300,000 each accident | $24.50 | $33.60 | $43.60 |

---

| farmers.com | Policy No. | Questions? Call your agent/producer | Manage your account: Go to www.farmers.com to access your account any time! |
|---|---|---|---|



## Declaration Page (continued)

| Coverage | Limits (applicable to all vehicles) | Premiums by Vehicle Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|---|
| Underinsured Motorist | $100,000 each person $300,000 each accident | $9.80 | $13.40 | $17.50 |
| Comprehensive | | $86.40 | $46.70 | $56.90 |
| Collision | | $140.00 | $119.40 | $147.00 |
| Towing and Road Service | $150 each accident | $7.90 | $7.90 | $7.90 |
| Safety Glass - Waiver of Deductible | | $22.30 | $22.30 | $22.30 |
| Total Premium Per Vehicle | | $653.70 | $516.20 | $766.00 |
| ▶ **Policy Premium** | | | | **$1,935.90** |

### Fee Detail

| | Vehicle 1 | Vehicle 2 | Vehicle 3 | Total |
|---|---|---|---|---|
| State Theft Prevention Fee | $0.50 | $0.50 | $0.50 | $1.50 |
| ▶ **Fees** | | | | **$1.50** |
| ▶ **Policy Premium and Fees** | | | | **$1,937.40** |

### Discounts

| Discount Type | Applies to Vehicle(s) | Discount Type | Applies to Vehicle(s) |
|---|---|---|---|
| Auto/Home | 1, 2, 3 | Multiple Car | 1, 2, 3 |
| Homeownership | 1, 2, 3 | EFT | 1, 2, 3 |
| Shared Family Car | 1, 2, 3 | Youthful Driver | 1, 2, 3 |
| Good Payer | 1, 2, 3 | ePolicy | 1, 2, 3 |
| Safe Driver | 1, 2, 3 | Good Student | 1, 2, 3 |
| Alternative Fuel | 1 | | |

### Lienholder and Additional Interest

| Vehicle | Lienholder | Loan Number |
|---|---|---|
| 2015 Lincoln Mkc 4D 2Wd | | Not Applicable |

### Losses and Citations

| Driver | Type | Date |
|---|---|---|
| | Loss | |

farmers.com   Policy No. 

Questions?
Call your agent/producer 

Manage your account:
Go to www.farmers.com to access
your account any time!

S6-6176   1st Edition   5-17

Page 2 of 3

## Declaration Page (continued)

### Policy and Endorsements

This section lists the policy form number and any applicable endorsements that make up your insurance contract. Any endorsements that you have purchased to extend coverage on your policy are also listed in the coverages section of this declarations document:
56-5619 1st ed.; AZ044 1st ed.; AZ048 1st ed.; 25-2480 6-12

### Other Information

- Vehicle 1,2,3 - Deductible waived if glass repaired rather than replaced.
- Vehicle 2 - When your vehicle loan is paid off, please contact your Farmers Agent.
- This policy conforms to ARS 28-4009 in all respects required by law.
- Farmers Friendly Reviews are a great way to make sure you are receiving all the discounts for which you qualify, and identify any potential gaps in coverage. Contact your agent to learn more about the policy discounts, coverage options, and other product offerings that may be available to you.

### *Information on Additional Fees

The "Fees" stated in the "Premium/Fees" section on the front apply on a per-policy, not an account basis. The following additional fees also apply:

1. **Service Charge per Installment** (In consideration of our agreement to allow you to pay in installments):
   - For Recurring Electronic Funds Transfer (EFT) and fully enrolled online billing (paperless): $0.00 (applied per account)
   - For other Recurring EFT plans: $2.00 (applied per account)
   - For all other payment plans: $5.00 (applied per account)

If this account is for more than one policy, changes in these fees are not effective until the revised fee information is provided for each policy.

2. **Late Fee:** $0.00 (applied per account)
3. **Returned Payment Charge:** $25.00 (applied per check, electronic transaction, or other remittance which is not honored by your financial institution for any reason including but not limited to insufficient funds or a closed account)
4. **Reinstatement Fee:** $25.00 (applied per policy)

One or more of the fees or charges described above may be deemed a part of premium under applicable state law.

farmers.com       Policy No.                    Questions?                    Manage your account:
                                                Call your agent/producer        Go to www.farmers.com to access
                                                                                your account any time!

56-6176  1st Edition  5-17                                                              Page 3 of 3

# Personal Auto Policy



**FARMERS**
INSURANCE

## Index

### Declarations Page
**Your Declarations Page is attached.**

### Insuring Agreement .......................3

### Definitions Used Throughout this Policy .......3

### Part I - Liability Coverage
Coverage A - Bodily Injury ............................4
Coverage B - Property Damage .......................4
Insuring Agreement - Bodily Injury and Property Damage
Coverage..................................................4
Additional Payments....................................4
Additional Definitions Used in This Part Only........5
Exclusions - What is Not Insured in Part I ...........5
Limits of Liability .......................................6
Legal Action Against Us ................................7
Conformity with Financial Responsibility Laws .......7
Out of State Coverage...................................7
Other Insurance.........................................7

### Part II - Uninsured and Underinsured Motorist Coverage
Coverage C - Uninsured Motorist Coverage.............7
Insuring Agreement - Uninsured Motorist Bodily Injury
Coverage..................................................7
Coverage C 1 - Underinsured Motorist Coverage .............7
Insuring Agreement - Underinsured Motorist Bodily Injury
Coverage..................................................7
Additional Definitions Used in This Part Only..........7
Exclusions - What is Not Insured in Part II.............8
Additional Duties for Part II - Uninsured and Underinsured
Motorist Coverage.......................................9
Limits of Liability .......................................9
Other Insurance........................................10
Arbitration...............................................10

### Part III - Medical Expense Coverage
Insuring Agreement - Medical Expense Coverage ...........10
Unreasonable or Unnecessary Medical Expenses...........11
Additional Definitions Used in This Part Only............11
Exclusions - What is Not Insured in Part III ...........12
Additional Duties for Part III - Medical Expense Coverage......12
Limits of Liability .......................................13
Other Insurance.........................................13
Our Right to Recover Payment .........................13

### Part IV - Damage to Your Car
Insuring Agreement ....................................13
Coverage F - Comprehensive Coverage .................13
Coverage G - Collision Coverage ......................14
Coverage H - Towing and Road Service Coverage .........14
Additional Definitions Used in This Part Only............14
Exclusions - What is Not Insured in Part IV.............16
Additional Duties for Part IV - Damage to Your Car........17
Payment of Loss.........................................17
Limits of Liability .......................................17
Preservation of Salvage ................................18
No Benefit to Bailee.....................................18
Legal Action Against Us ................................18
Other Insurance.........................................18
Appraisal ................................................18

### Part V - Duties After an Accident and General Conditions
Duties After an Accident ...............................19
General Conditions......................................19
1.  Policy Period and Territory ........................19
2.  Your Duty to Report Changed Circumstances .........19
3.  Coverage Changes...................................20
4.  Legal Action Against Us ............................20
5.  Transfer of Your Interest ..........................20
6.  Our Right to Recover Payment.......................20

## Personal Auto Policy (continued)

7.  Bankruptcy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
8.  Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
9.  Misrepresentation or Fraud . . . . . . . . . . . . . . . . . . . . . . . . .23
10. Terms Conformed to Statutes . . . . . . . . . . . . . . . . . . . . . . . .23
11. Proof of Mailing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
12. Policy Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
13. Additional Benefits and Services . . . . . . . . . . . . . . . . . . . . .23
14. Policy Notices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

15. Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
16. Joint and Individual Interests . . . . . . . . . . . . . . . . . . . . . . .24
17. Loss Payable Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
18. Limited Material Damage Coverage in Mexico . . . . . . . . . .24
19. Car Sharing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

*Special Provisions* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

**READ YOUR POLICY CAREFULLY.**
- Any additional provisions affecting **your** policy are attached as "endorsements."
- This policy is a legal contract between **you** (the policyholder) and **us** (the Company). **It contains certain exclusions.**

**farmers.com**

**Personal Auto Policy** (continued)

c.  **Insured persons**;

d.  Lawsuits brought;

e.  **Cars** involved in the **accident**; or

f.  Premiums paid.

All claims of others derived from such **bodily injury**, including, but not limited to, emotional injury, mental anguish, loss of society, loss of companionship, loss of services, loss of consortium and wrongful death are included in the "CSL" limit.

6.  No person is entitled to duplicate payments for the same elements of **damages** from this policy or any other policy.

7.  Stacking or aggregation of Liability Coverage limits for **bodily injury** and **property damage** is not permitted by this policy.

**Legal Action Against Us**

Under **Part I - Liability Coverage**, no legal action may be brought against **us** until:

1.  We agree in writing that the **insured person** has an obligation to pay; or

2.  The amount of that obligation has been finally determined by judgment after trial.

No person or organization has any right under this policy to bring **us** into any action brought to determine the liability of an **insured person**.

**Conformity with Financial Responsibility Laws**

When we certify this policy as proof under any financial responsibility law, it will comply with the law to the extent of the coverage required by law.

**Out of State Coverage**

If an **accident** to which this policy applies occurs in any state or province other than the one in which **your insured car** is principally garaged, and if a statute of that **accident state** or province that is applicable to **us** deems out-of-state vehicle liability policies issued by **us** to provide particular forms or limits of coverage not provided for in this policy when **your insured car** is involved in an **accident** in that state, then for purposes of that **accident** only, we will interpret **your** policy as providing the additional minimum coverage(s) deemed to be provided, at the minimum amounts permitted by law, and subject to the exclusions set forth in this policy. **Our** obligation to pay such coverage shall be reduced by all other available insurance, to the extent permitted by the law of the other state. Nothing contained herein constitutes a choice of law provision or consents to the application of the law of any particular state or province.

**Other Insurance**

1.  If there is other applicable auto liability insurance on any other policy that applies to an **accident** insured under Part I, we will pay only **our** share. **Our** share is the proportion that **our** limits of liability bear to the total of all applicable limits. However, the total amount payable among all such policies will not exceed the limits provided by the single policy with the highest limits of liability.

2.  Any coverage **we** provide for a **rental car** shall be excess over any other collectible insurance. However, in accordance with Arizona Law, **our** coverage will be primary if the owner of the **rental car** does not extend any of its Motor Vehicle Financial Responsibility or provide Public Liability Insurance Coverage to **you**. If **we** provide primary coverage, we will pay only **our** share. **Our** share is the proportion that **our** limits of liability bear to the total of all applicable limits.

3.  Any insurance **we** provide under this policy for a **non-owned car** shall be excess over any other collectible insurance. The highest limits of liability shown on the **Declarations Page** of this policy for any one **your insured car** will apply.

## Part II - Uninsured and Underinsured Motorist Coverage

**Coverage C - Uninsured Motorist Coverage**
**Insuring Agreement - Uninsured Motorist Bodily Injury Coverage**

If a limit for this coverage is shown on **your Declarations Page**, we will pay **damages** an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by an **insured person**, caused by an accident, and arising out of the ownership, maintenance or use of an **uninsured motor vehicle**.

**Coverage C1 - Underinsured Motorist Coverage**
**Insuring Agreement - Underinsured Motorist Bodily Injury Coverage**

If a limit for this coverage is shown on **your Declarations Page**, we will pay **damages** an **insured person** is legally entitled to recover from the owner or operator of an **underinsured motor vehicle** because of **bodily injury** sustained by an **insured person**, caused by an accident, and arising out of the ownership, maintenance or use of an **underinsured motor vehicle**.

**Additional Definitions Used in This Part Only**

1.  **Insured person** in Part II means:

    a.  **You** or any **family member**;

    b.  Any person while **occupying your insured car** with **your** permission; or

## Personal Auto Policy (continued)

c. Any person who is entitled to recover **damages** covered by Part II because of **bodily injury** sustained by a person described in a or b above.

**Insured person** does not mean:

Any person while operating a **car** that is available for hire or while using a **car** that is part of a **Personal Car Sharing Program**, a **Commercial Ride-Sharing Program** or a similar arrangement.

2. **Underinsured motor vehicle** means a land motor vehicle or trailer of any type to which a **bodily injury** liability policy applies at the time of the accident but the sum of all applicable limits of liability for bodily injury is less than the total **damages** for **bodily injury** resulting from the accident. To the extent that the total **damages** exceed the total applicable liability limits, any **Underinsured Motorist Coverage** under this policy is applicable to the difference.

However, an **underinsured motor vehicle** does not include any vehicle or trailer:

a. For which there is a policy or bond providing bodily injury liability coverage or protection at the time of the accident but the limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the financial responsibility laws of Arizona;

b. Operated on rails or crawler treads;

c. Designed mainly for use off public roads, while not on public roads;

d. While located for use as a residence or premises;

e. That is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;

f. Insured under the Liability Coverage of this policy if the **insured person** has recovered the "Each Person" liability limit under the Liability Coverage of this policy. However, if the **insured person** has recovered less than the "Each Person" limit under the liability section of this policy, then the total amount of this coverage shall not exceed the difference between the amount recovered and the "Each Person" liability limit; or

g. That is an **uninsured motor vehicle**.

3. **Uninsured motor vehicle** means a land motor vehicle or trailer of any type:

a. To which no liability bond or policy applies at the time of the accident;

b. For which a bodily injury liability policy or bond applies at the time of the accident but its limit for **bodily injury**

liability is less than the minimum required by the financial responsibility laws of Arizona;

c. To which a liability bond or policy applies at the time of the accident, but the bonding or insuring company:

(1) denies coverage; or

(2) is or becomes insolvent or otherwise unable to pay motor vehicle liability insurance claims;

d. That is a hit-and-run vehicle, whose owner or operator cannot be identified, and which causes an accident resulting in **bodily injury** or **property damage**.

e. Where an **insured person** makes a **bodily injury** claim under uninsured or underinsured motorist coverage based on an accident that involved an unidentified motor vehicle and no physical contact with the motor vehicle occurred, the **insured person** shall provide corroboration that the unidentified motor vehicle caused the accident. For the purposes of this subsection, "corroboration" means any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the **insured person's** representation of the accident.

An **uninsured motor vehicle** does not mean any vehicle:

a. Operated on rails or crawler treads;

b. Designed mainly for use off public roads, while not on public roads;

c. While located for use as a residence or premises;

d. That is an **underinsured motor vehicle**; or

e. That is not required to be registered as a motor vehicle.

### Exclusions – What is Not Insured in Part II
We do not provide Uninsured Motorist or Underinsured Motorist Coverage for any **insured person** for:

1. The direct or indirect benefit of any insurer or self-insurer under any of the following or similar laws or funds:

a. Workers' compensation law; or

b. Disability benefits law.

2. **Bodily injury** arising out of the ownership, maintenance or operation of **your insured car** while it is being used to carry persons or property for compensation or a fee, including but not limited to the pick up or delivery or return from a pick up or delivery of:

a. Products;

b. Documents;

c. Newspapers; or

d. Food.

## Personal Auto Policy (continued)

This exclusion does not apply to a share-the-expense car pool or use of your insured car by an insured person in the course of volunteer work for a tax-exempt organization under Arizona law.

3. Bodily injury or property damage for any accident that occurs while your insured car or any car is in a Personal Car Sharing Program, a Commercial Ride-Sharing Program or a similar arrangement. This exclusion does not apply to a share-the-expense car pool.

4. Attorney's fees or litigation expenses including those that result from any lawsuit where punitive or exemplary damages were awarded.

### Additional Duties for Part II - Uninsured and Underinsured Motorist Coverage

An insured person must comply with the following provisions:

1. Any judgment or settlement for damages against an owner or operator of an uninsured motor vehicle or underinsured motor vehicle that arises out of a lawsuit brought without our written consent is not binding on us unless we:

   a. Received from the insured person reasonable notice of the suit that resulted in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the suit.

2. When the insured person informs us of a settlement offer, if any, proposed by or on behalf of the owner or driver of the uninsured motor vehicle, the insured person must request our written consent to accept such settlement offer. If we:

   a. Consent in writing, then the insured person may accept such settlement offer; or

   b. Inform the insured person in writing that we do not consent, then the insured person may not accept such settlement offer and we will make payment to the insured person in an amount equal to such settlement offer. This payment is considered a payment made by or on behalf of the owner or driver of the uninsured motor vehicle.

3. An insured person must take all necessary steps to protect our right of subrogation, which may include the filing of a suit against an uninsured motorist. Any suit filed by an insured person must be filed within the applicable statute of limitations. If we make a payment and the insured person recovers from another party, the insured person shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. A person seeking Uninsured Motorist Coverage under this policy must also submit to physical examinations at our

expense by doctors we select as often as we may reasonably require.

5. Any action brought against us pursuant to this coverage must be brought in the county in which the person seeking benefits resides.

### Limits of Liability

1. If your Declarations Page shows a "split" limit for Uninsured Motorist Coverage or Underinsured Motorist Coverage;

   a. The amount shown for "Each Person" is the most we will pay for all damages due to bodily injury to an insured person. All claims of others derived from such bodily injury, including, but not limited to:

      (1) emotional injury;

      (2) mental anguish;

      (3) loss of society;

      (4) loss of companionship;

      (5) loss of services;

      (6) loss of consortium; and

      (7) wrongful death

      are included in the "Each Person" limit.

   b. Subject to the "Each Person" limit, the amount shown for "Each Accident" is the most we will pay for all damages due to bodily injury sustained by two or more insured persons in any one accident.

   c. The limits of liability shown on the Declarations Page for Uninsured Motorist Coverage or Underinsured Motorist Coverage are the most we will pay regardless of the number of:

      (1) Claims made;

      (2) Insured cars;

      (3) Insured persons;

      (4) Lawsuits brought;

      (5) Motor vehicles involved in the accident; or

      (6) Policies; or

      (7) Premiums paid.

2. If the Declarations Page shows that a combined single limit or "CSL" applies for Uninsured Motorist Coverage or Underinsured Motorist Coverage:

   a. The amount shown is the most we will pay for the total of all bodily injury and/or property damage to an insured person resulting from any one accident arising out of the ownership, maintenance or use of an uninsured motor vehicle or underinsured motor vehicle. The "CSL" limit of liability includes all claims of others derived from such bodily injury, including, but not limited to:

**Personal Auto Policy** (continued)

(1) emotional injury;

(2) mental anguish;

(3) loss of society;

(4) loss of companionship;

(5) loss of services;

(6) loss of consortium; and

(7) wrongful death.

b.  The "CSL" limit of liability is the most we will pay regardless of number of:

(1) Claims made;

(2) **Your insured cars;**

(3) **insured persons;**

(4) Lawsuits brought;

(5) Motor vehicles involved in the accident; or

(6) Premiums paid.

3.  **We** will not pay under Part II any expenses paid or payable under any medical or disability benefits coverage applicable to the **uninsured motor vehicle** and collectible from the insurer of such **car.**

4.  The most we will pay any one **insured person** is the least of:

a.  The amount by which the **insured person's damages for bodily injury** exceed the sum of the "Each Person" limits of liability of all bodily injury liability insurance coverages that apply to the accident; or

b.  The amount by which the **insured person's damages for bodily injury** exceed the amount paid to the **insured person** by or for any person or organization who is or may be held legally liable for the **bodily injury.**

5.  If multiple policies or coverages purchased from us by an **insured person** on different vehicles provide Uninsured Motorist Coverage or Underinsured Motorist Coverage to an accident or claim, then the **insured person** shall select one of these policies or coverages to apply. Only one coverage or policy selected by the **insured person** shall apply.

6.  In no event shall the limit of liability for two or more **cars** or two or more policies be added together, combined, or stacked to determine the limit of insurance coverage available as Uninsured or Underinsured Motorist Coverage benefits.

7.  The limits are not increased by insuring additional vehicles, even though a separate premium for each vehicle is shown on the **Declarations Page.**

**Other Insurance**

1.  If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to

the insurance being provided under Part II of this policy, any recovery for **damages** under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one **car** under any insurance providing coverage on either a primary or excess basis.

2.  Any insurance **we** provide with respect to a non-owned motor vehicle shall be excess over any other collectible insurance providing coverage on a primary basis.

3.  If the coverage under this policy is provided:

a.  On a primary basis, subject to the Limits of Liability under Part II, **we** will pay only **our** share of the **damages** that must be paid under insurance providing coverage on a primary basis. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b.  On an excess basis, subject to the Limit of Liability under Part II, **we** will pay only **our** share of the **damages** that must be paid under insurance providing coverage on an excess basis. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**Arbitration**

If an **insured person** and **we** do not agree (1) that the person is legally entitled to recover **damages** from the owner or operator of an **uninsured motor vehicle**, or (2) as to the amount of payment under this part, then either that person or **we** may demand that the issue be determined by arbitration.

In that event, the **insured person** will select an arbitrator and **we** will select another. The two arbitrators will select a third. If they cannot agree on the third arbitrator within thirty (30) days, the judge of a court having jurisdiction will appoint the third arbitrator. The **insured person** will pay the arbitrator selected by that person. **We** will pay the arbitrator **we** select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally.

Arbitration will take place in the county where the **insured person** lives. Local court rules governing procedures and evidence will apply. The decision in writing of any two arbitrators will be binding subject to the terms of this insurance.

## Part III- Medical Expense Coverage

**Insuring Agreement - Medical Expense Coverage**

1.  Subject to the limits of liability shown on your Declarations Page, if you have paid the premium for this coverage, **we** will pay the **reasonable expenses** for **necessary medical services** and funeral services:

**BRISTOL WEST INSURANCE**
underwritten by
**COAST NATIONAL INSURANCE COMPANY**

PO BOX 31029
INDEPENDENCE, OH 44131-0029
1-888-888-0080

Inquire or pay your bill online using www.bristolwest.com

**PERSONAL AUTO DECLARATION** (Page 1)

| POLICY NUMBER | Policy Period | |
|---|---|---|
| | From | To |
| | 07/19/20 later of 12:01 a.m. or time application is executed | 01/19/21 12:01 a m |

* Unless cancelled sooner for valid reason.

Named Insured:

SAN TAN VLY AZ 85140-4420

Telephone

**POLICY PREMIUM TOTAL $   736.00**
(includes $22.00 for policy fee)

**Transaction Description**

POLICY DECLARATION

**Drivers**

| Drivers on Policy | Rated | SR22 | Birth | Mar | Sex |
|---|---|---|---|---|---|
| | Rated | N | 04/11/85 | M | M |
| | Rated | N | 03/24/86 | M | F |

**Forms and Endorsements**

| 49302 | (08/14) | 40125 | (11/12) | AZ-PCE-01 (03/16) | AZ-NRE-01 (07/20) |
|---|---|---|---|---|---|
| RENT0001 | (01/07) | TL00001 | (01/07) | | |

**Vehicle  1**  **PREMIUM $  402.00**

Year / Make / Model: 2012 DODG GRAND CARAVAN SE                Vehicle Use: Pleasure
Vehicle Identification #:

Surcharges:
Discounts: HOMEOWNER, CONTINUOUS INSURANCE, SAFE DRIVER DISCOUNT, MULTI-CAR, MULTI-POLICY, 3 YEARS CLEAN, ADVANCED PURCHASE, PRIOR INSURANCE, GO PAPERLESS, ADVANCE QUOTE, EFT

Garaging Location:                SAN TAN VLY, AZ 85140
Loss Payee: N/A
Additional Interest: N/A

| Coverage | Per Person Limit | Per Accident Limit | Deductible | Premium |
|---|---|---|---|---|
| LIABILITY - BODILY INJURY | 25,000 | 50,000 | | 97.00 |
| UNINSURED MOTORIST BODILY INJURY | 25,000 | 50,000 | | 17.00 |
| LIABILITY - PROPERTY DAMAGE | | 25,000 | | 65.00 |
| COLLISION | | | 750 | 87.00 |
| COMPREHENSIVE | | | 100 | 80.00 |
| RENTAL REIMBURSEMENT | | | | 15.00 |
| ($30 PER DAY / 30 DAYS MAXIMUM) | | | | |
| TOWING AND LABOR | | | | 4.00 |
| ($75 PER DAY / $225 PER TERM) | | | | |
| UNDERINSURED MOTORIST BODILY INJURY | 25,000 | 50,000 | | 37.00 |

Authorized Signature
Page   1   of   2

**BRISTOL WEST INSURANCE**
underwritten by
**COAST NATIONAL INSURANCE COMPANY**

PO BOX 31029
INDEPENDENCE, OH 44131-0029
1-888-888-0080

Inquire or pay your bill online using www.bristolwest.com

**PERSONAL AUTO DECLARATION**                    (Page 2 )



| POLICY NUMBER | From | Policy Period | To |
|---|---|---|---|
| | 07/19/20 | later of 12:01 a.m. or time application is executed | 01/19/21 12:01 a.m |

* Unless cancelled sooner for valid reasons.

Named Insured:

SAN TAN VLY AZ 85140-4420

Telephone:

---

**Vehicle   2**                                                        **PREMIUM $ 312.00**

**Year / Make / Model:** 2006 CHEV MALIBU MAXX LT                **Vehicle Use:** Pleasure
**Vehicle Identification #:**

Surcharges:
Discounts: HOMEOWNER, CONTINUOUS INSURANCE, SAFE DRIVER DISCOUNT, MULTI-CAR, MULTI-POLICY,
3 YEARS CLEAN, ADVANCED PURCHASE, PRIOR INSURANCE, GO PAPERLESS, ADVANCE QUOTE,
EFT

**Garaging Location:**                        SAN TAN VLY, AZ 85140
**Loss Payee:** N/A
**Additional Interest:** N/A

| Coverage | Per Person Limit | Per Accident Limit | Deductible | Premium |
|---|---|---|---|---|
| LIABILITY - BODILY INJURY | 25,000 | 50,000 | | 89.00 |
| UNINSURED MOTORIST BODILY INJURY | 25,000 | 50,000 | | 16.00 |
| LIABILITY - PROPERTY DAMAGE | | 25,000 | | 48.00 |
| COLLISION | | | 750 | 57.00 |
| COMPREHENSIVE | | | 100 | 47.00 |
| RENTAL REIMBURSEMENT | | | | 15.00 |
| ($30 PER DAY / 30 DAYS MAXIMUM) | | | | |
| TOWING AND LABOR | | | | 4.00 |
| ($75 PER DAY / $225 PER TERM) | | | | |
| UNDERINSURED MOTORIST BODILY INJURY | 25,000 | 50,000 | | 36.00 |

Authorized Signature
Page  2  of  2

AZPP02001 (05-16)   Issued Date: 07/15/20        COMPANY        BWIQU



Bristol West is a member of the Farmers Insurance Group of Companies.



**Arizona**

**Personal Auto Policy**

Claims
**1-800-274-7865**

All Other Calls
**1-888-888-0080**
(Toll-Free)

## Coast National Insurance Company

Form 49302 08/14

# TABLE OF CONTENTS

Page

AGREEMENT. . . . . . . . . . . . . . . . . . . . . . .   1

GENERAL DEFINITIONS  . . . . . . . . . . . . . . .   1

**PART A – Liability Coverage** . . . . . . . . . . . .   4
Insuring Agreement  . . . . . . . . . . . . . . . . . . . .   4
Supplementary Payments  . . . . . . . . . . . . . . .   5
Additional Definitions . . . . . . . . . . . . . . . . . .   5
Exclusions  . . . . . . . . . . . . . . . . . . . . . . . . . .   5
Limit of Liability. . . . . . . . . . . . . . . . . . . . . . .   9
Financial Responsibility . . . . . . . . . . . . . . . .  10
Other Insurance . . . . . . . . . . . . . . . . . . . . . .  10

**PART B – Medical Payments Coverage** . . .  11
Insuring Agreement . . . . . . . . . . . . . . . . . . .  11
Additional Definitions . . . . . . . . . . . . . . . . . .  11
Exclusions  . . . . . . . . . . . . . . . . . . . . . . . . . .  11
Limit of Liability. . . . . . . . . . . . . . . . . . . . . . .  14
Other Insurance . . . . . . . . . . . . . . . . . . . . . .  14

**PART C – Uninsured/Underinsured
Motorist Coverage** . . . . . . . . . . . . . . . . . . .  15
Insuring Agreement – Uninsured
Motorist Coverage . . . . . . . . . . . . . . . . . . . .  15
Insuring Agreement – Underinsured
Motorist Coverage  . . . . . . . . . . . . . . . . . . . .  15
Additional Definitions . . . . . . . . . . . . . . . . . .  15
Exclusions  . . . . . . . . . . . . . . . . . . . . . . . . . .  18
Limit of Liability. . . . . . . . . . . . . . . . . . . . . . .  19
Other Insurance . . . . . . . . . . . . . . . . . . . . . .  21

**PART D – Damage to Your Auto** . . . . . . . .  22
Insuring Agreement – Collision Coverage . . .  22
Insuring Agreement – Comprehensive
Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
Transportation Expenses . . . . . . . . . . . . . . .  22
Rental Reimbursement Coverage . . . . . . . . .  23
Towing and Labor Coverage. . . . . . . . . . . . .  24
Additional Equipment Coverage. . . . . . . . . . .  24
Dynamite Deductible®. . . . . . . . . . . . . . . . . .  24
Auto Loan/Lease Coverage . . . . . . . . . . . . .  25
Additional Definitions . . . . . . . . . . . . . . . . . .  25

i

Page

Exclusions . . . . . . . . . . . . . . . . . . . . . . . . 26
Limit of Liability. . . . . . . . . . . . . . . . . . . . . 29
Total Loss . . . . . . . . . . . . . . . . . . . . . . . . 31
Payment of Loss. . . . . . . . . . . . . . . . . . . . 31
Loss Payable Clause . . . . . . . . . . . . . . . . . 31
No Benefit to Bailee . . . . . . . . . . . . . . . . . . 32
Other Insurance . . . . . . . . . . . . . . . . . . . . 32
Appraisal. . . . . . . . . . . . . . . . . . . . . . . . . 32

**PART E – Duties After An Accident
or Loss. . . . . . . . . . . . . . . . . . . . . . . . . . 33**

**PART F – General Provisions . . . . . . . . . 35**
Terms Conformed to Statutes. . . . . . . . . . . 35
Coverage Deemed Granted By
Out-Of-State Statute. . . . . . . . . . . . . . . . . 35
Bankruptcy . . . . . . . . . . . . . . . . . . . . . . . 36
Changes. . . . . . . . . . . . . . . . . . . . . . . . . 36
Misrepresentation or Fraud . . . . . . . . . . . . 37
Legal Action Against Us . . . . . . . . . . . . . . 38
Our Right to Recover Payment. . . . . . . . . . 38
Policy Period and Territory . . . . . . . . . . . . . 40
Cancellation . . . . . . . . . . . . . . . . . . . . . . 40
Nonrenewal . . . . . . . . . . . . . . . . . . . . . . . 42
Premium Refund and Cancellation Fee . . . . . 44
Automatic Termination . . . . . . . . . . . . . . . . 44
Proof of Mailing. . . . . . . . . . . . . . . . . . . . 45
Transfer of Your Interest in This Policy. . . . . . 45
Two or More Auto Policies . . . . . . . . . . . . . 45
Policy and/or Filing Fees . . . . . . . . . . . . . . 45
Additional Premium Due – Loss Settlement. . 45
Claims Settlement . . . . . . . . . . . . . . . . . . 46
Named Driver Exclusion. . . . . . . . . . . . . . . 46

ENDORSEMENTS . . . . . . . . . . . . . . . . . . . 47

Limited Material Damage Coverage in
Mexico Endorsement . . . . . . . . . . . . . . . . 47

Named Non-Owner Endorsement . . . . . . . . 48

# ARIZONA
# PERSONAL AUTO POLICY

## AGREEMENT

**Your** policy consists of the policy contract, **your** insurance application, the **Declarations**, and all endorsements to this policy. In reliance upon the statements of fact made in the application for this insurance, which statements of fact **you** represent are true to the best of **your** knowledge, and in return for the payment of the premium, **we** agree with **you**, for the coverages shown in the **Declarations** and subject to all the terms and conditions of the policy, as follows:

## GENERAL DEFINITIONS

Certain words and phrases are defined by using bold-face type. The defined terms have the same meaning whether in the singular, plural, or any other form. They are defined as follows:

1. **You** and **your** refer to:

   a. The named **insured** shown in the **Declarations**; and

   b. The spouse of the named **insured** shown in the **Declarations**, if a **resident** of the same household.

2. **We**, **us** and **our** refer to the insurance company providing this insurance, as shown in the **Declarations**.

3. **Accident** means a sudden, unexpected and unintended event that arises out of the ownership, maintenance, or use of an **auto** as an **auto**, and that causes **bodily injury** or **property damage** during the policy period.

4. **Additional auto** means an **auto you** acquire that is in addition to any **auto** shown in the **Declarations**, if:

   a. The **auto** is acquired during the policy period;

   b. No other insurance policy provides coverage for the **auto**;

   c. **You** ask **us** to insure the **auto** within 30 days after **you** become the **owner** of the **auto**; and

## PART C – UNINSURED/ UNDERINSURED MOTORIST COVERAGE

### INSURING AGREEMENT – UNINSURED MOTORIST COVERAGE

If you pay **us** the premium when due for this coverage, **we** will pay for damages an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by an **insured person**, caused by an **accident**, and arising out of the ownership, maintenance or use of an **uninsured motor vehicle**.

### INSURING AGREEMENT – UNDERINSURED MOTORIST COVERAGE

If you pay **us** the premium when due for this coverage, **we** will pay for damages an **insured person** is legally entitled to recover from the owner or operator of an **underinsured motor vehicle** because of **bodily injury** sustained by an **insured person**, caused by an **accident**, and arising out of the ownership, maintenance or use of an **underinsured motor vehicle**.

**We** will pay under Part C only after the limits of liability under all liability policies and bonds applicable have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a suit brought without **our** written consent is not binding on **us**.

An **insured person** must notify **us** in writing at least 30 days before entering into any settlement with the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle**, or that person's liability insurer. If, within 30 days after **we** receive notice of tentative settlement from the **insured person**, **we** notify the **insured person** that **we** refuse to consent to a proposed settlement, the **insured person** must protect and preserve **our** right of subrogation to the claim against the operator or owner of any **uninsured motor vehicle** or **underinsured motor vehicle** who is liable for the **accident**.

### ADDITIONAL DEFINITIONS

When used in this Part C:

15

1.  **Insured person** means:

    a.  **You**, any **family member** or any other person listed as an additional driver in the **Declarations**;

    b.  Any other person while **occupying your covered auto**, provided the actual use thereof is with the permission of the **named insured**; and

    c.  Any person entitled to recover damages for **bodily injury** covered under Part C of this policy sustained by a person meeting the definition of an **insured person** in 1.a. or 1.b. above.

2.  **Underinsured motor vehicle** means a land motor vehicle or **trailer** of any type to which a Bodily Injury Liability Policy applies at the time of the **accident** but the sum of all applicable limits of liability for **bodily injury** is less than the total damages for **bodily injury** resulting from the **accident**. To the extent that the total damages exceed the total applicable liability limits, any Underinsured Motorist Coverage under this policy is applicable to the difference.

    However, an **underinsured motor vehicle** does not include any vehicle or **trailer**:

    a.  For which there is a policy or bond providing Bodily Injury Liability Coverage or protection at the time of the **accident** but the limit for **bodily injury** liability is less than the minimum limit for **bodily injury** liability specified by the financial responsibility laws of Arizona;

    b.  Operated on rails or crawler treads;

    c.  That is a farm type tractor or equipment designed for use principally off public roads, except while actually on public roads;

    d.  While located for use as a residence or premises;

    e.  That is **owned** or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;

f.  Insured under the Liability Coverage of this policy if the **insured person** has recovered the per person liability limit under the Liability Coverage of this policy. However, if the **insured person** has recovered less than the per person limit under the liability section of this policy, then the total amount of this coverage shall not exceed the difference between the amount recovered and the per person liability limit; or

g.  That is an **uninsured motor vehicle**.

4.  **Uninsured motor vehicle** means a land motor vehicle or **trailer** of any type:

a.  For which no Liability Policy or bond applies at the time of the **accident**;

b.  For which a Bodily Injury Liability Policy or bond applies at the time of the **accident** but its limit for Bodily Injury Liability is less than the minimum required by the financial responsibility laws of Arizona;

c.  To which a Liability Policy applies at the time of the **accident** but the insuring company:

i.  Denies coverage;

ii.  Refuses to admit coverage except conditionally or with reservation; or

iii.  Is or becomes insolvent, declared bankrupt, or subject to the appointment of a receiver;

d.  Which is a hit-and-run vehicle whose owner or operator cannot be identified and which hits or makes physical contact with:

i.  **You** or any **family member**;

ii.  A vehicle which **you** or any **family member** are **occupying**; or

iii.  **Your covered auto**; or

provided that an **insured person** or their representative reports the **accident** to the police or civil authority within 72 hours, or as soon as practicable, after the **accident**. If an **insured person** makes a **bodily injury** claim under Uninsured or Underinsured Motorist Coverage based on an **accident**

that involved an unidentified motor vehicle and no physical contact with the motor vehicle occurred, the **insured person** shall provide corroboration that the unidentified motor vehicle caused the **accident**. For the purposes of this subsection, "corroboration" means any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the **insured person's** representation of the **accident**.

However, **uninsured motor vehicle** does not include any vehicle:

a. **Owned** by an **insured person** or furnished or available for the regular use of an **insured person;**

b. **Owned** or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;

c. Operated on rails or crawler-treads or while located for use as a residence or premises and not as a vehicle;

d. That is a farm-type tractor or equipment designed for use principally off public roads, except while actually upon public roads;

e. That is insured by a Motor Vehicle Liability Policy that complies with Arizona Statute 28-4009;

f. That is an **underinsured motor vehicle;** or

g. For which coverage under Part A applies.

## EXCLUSIONS THAT APPLY TO PART C – UNINSURED/UNDERINSURED MOTORIST COVERAGE

Coverage under Part C does not apply:

1. If the **insured person** or their legal representative settles or prosecutes to a judgment a claim for **bodily injury** without **our** consent.

2. To **bodily injury** arising out of the ownership, maintenance or operation of any vehicle while it is being used to carry persons or property for

18

compensation or a fee, including but not limited to the pickup or delivery or return from a pick-up or delivery of products, documents, newspapers, or food. This exclusion does not apply to a share-the-expense car pool or use of **your covered auto** by an **insured person** in the course of volunteer work for a tax-exempt organization under Arizona law.

3. To **bodily injury** when an **insured person** is using a vehicle without a reasonable belief that the person is entitled to do so.

4. Directly or indirectly to benefit any **insured person** or self-insurer under any of the following or similar law:

   a. Workers' compensation law; or

   b. Disability benefits law.

5. To any claim for punitive, exemplary, multiple damages, fines, penalties, or restitution.

## LIMIT OF LIABILITY

### A. Split Limit of Liability

The limit of Uninsured Motorist Bodily Injury Liability or Underinsured Motorist Bodily Injury Liability Coverage shown in the Schedule or in the Declarations is the most **we** will pay regardless of the number of:

1. **Insured persons;**

2. Claims made;

3. Vehicles or premiums shown in the **Declarations;**

4. Vehicles involved in the **accident;** or

5. Premiums paid.

The Uninsured/Underinsured Motorist Bodily Injury Limit for each person as shown in the **Declarations** is the maximum **we** will pay for **bodily injury** sustained by any one person in any one **accident**, including all derivative claims which include, but are not limited to, loss of consortium, loss of services, loss of companionship, or injury to any personal relationship. **Bodily injury** to any one **person** includes all injury and damages to others resulting from this **bodily injury.**

19

Subject to the Uninsured/Underinsured Motorist Bodily Injury Limit for each person, the **bodily injury** limit for each **accident** as stated in the **Declarations** is the maximum **we** will pay for **bodily injury** sustained by two or more persons in any one **accident**.

B. **Combined Single Limit**

If the **Declarations** show that a "Combined Single Limit" or "CSL" applies, the amount shown is the most **we** will pay for the total of all damages resulting from any one **accident**. This is the most **we** will pay regardless of the number of:

1. **Insured persons;**

2. Claims made;

3. Vehicles or premiums shown in the **Declarations;**

4. Policies; or

5. Vehicles involved in the **auto accident.**

The Combined Single Limit includes all derivative claims which include, but are not limited to, loss of consortium, loss of services, loss of companionship, or injury to any personal relationship. **Bodily injury** to any one person includes all injury and damages to others resulting from this **bodily injury**.

The limit of liability under this Part C is not increased if more than one vehicle is covered under this policy.

In no event shall the limit of liability for two or more motor vehicles or two or more policies be added together, combined, or stacked to determine the limit of insurance coverage available as Uninsured Motorist Coverage or Underinsured Motorist Coverage benefits.

If multiple policies or coverages purchased from **us** by an **insured person** on different vehicles provide Uninsured Motorist Coverage or Underinsured Motorist Coverage to an **accident** or claim, then the **insured person** shall select one of these policies or coverages to apply. Only one coverage selected by the **insured person** shall apply.

No one will be entitled to duplicate payments for the same elements of damages under this policy.

The damages recoverable under the terms of this coverage because of **bodily injury** sustained in an **accident** by a person who is an **insured person** under this coverage shall be reduced by:

1.  All sums paid on account of the **bodily injury** by or on behalf of the owner or operator of the uninsured vehicle and by or on behalf of any other person or organization jointly or severally liable together with the owner or operator for the **bodily injury**, including all sums paid under Part A – Liability Coverage of this policy;

2.  All sums paid or payable under Part B – Medical Payments Coverage, provided that the **insured person** has fully recovered his or her damages; and

3.  The amount paid and the present value of all amounts payable on account of the **bodily injury** under any workers' compensation law, disability benefits law, or any similar law, provided that the **insured person** has fully recovered his or her damages.

Any payment made under Part A of this policy for **bodily injury** in an amount equal to or less than the limits shown on the **Declarations** Page for coverage under Part A, regardless of the number of persons receiving payments, precludes any payment under Uninsured Motorist Coverage of this Part C based upon the fault of the person that is insured under Part A.

## OTHER INSURANCE

If there is other applicable Uninsured or Underinsured Motorist Coverage, **we** will pay only **our** share of the damages. **Our** share of the damages is the proportion that **our** limit of coverage under this Part C bears to the total of all applicable limits. However, any insurance **we** provide with respect to an **auto you** do not own shall be excess over any other valid and collectible insurance.

**Arizona Personal Auto Policy Endorsement**

Please be aware of the following changes to your policy:

The following definitions are added to the GENERAL DEFINITIONS of your policy:

**Commercial Ridesharing Program** means an arrangement or activity through which persons or property is transported for compensation, regardless of the amount or form of compensation charged or paid and includes the time:

1.  Commencing when a driver of a car is available to accept transportation requests for passengers or property for compensation;

2.  Between the driver accepting a transportation request and the passengers or property entering into or being loaded upon the auto used for this request;

3.  Passengers or property are in or upon the auto used for this request; and

4.  Between the passengers or property exiting or unloading from the car and the driver is no longer available to accept transportation requests;

**Commercial Ridesharing Program** does not include "volunteer work" or a "car pool operator" as those terms are defined under Arizona law.

**Personal vehicle sharing** means the use of private passenger cars, utility cars, or utility trailers by any person other than their owner, in connection with a personal vehicle sharing program.

**Personal vehicle sharing program** means a legal entity engaged in the business of facilitating the sharing of private passenger cars, utility cars, or utility trailers for noncommercial use by individuals within the state.

Definition 11. under GENERAL DEFINITIONS is removed in its entirety and replaced with the following:

11.  **Non-owned auto** means any private passenger auto, pickup, van or trailer not owned by or furnished or available for the regular use of you or any family member while in the custody of, or being operated by, you or any family member. **Non-owned auto** includes a rental vehicle only if the following conditions are met:
     a.  The rental vehicle is not owned by or furnished or available for the regular use of you or any family member;
     b.  The rental vehicle is operated within the United States, its territories or possessions, and Canada;
     c.  The rental vehicle is a private passenger automobile and not a motor home, camper, travel trailer, U-Haul type moving truck, or customized van;
     d.  The rental vehicle is owned by a person engaged in business of renting or leasing vehicles rented or leased without a driver to persons other than the owner and is registered in the name of such owner; and
     e.  The rental vehicle is rented under a rental agreement with a term no longer than thirty consecutive days.
     **Non-owned auto** does not include a vehicle that is not in the lawful possession of the person operating it.

The following paragraph is added to the definition of Insured Person under PART A – LIABILITY COVERAGE:

**Insured person** does not mean:

Any person while operating, occupying or using any auto that is available for hire or while using any auto that is part of a Personal Vehicle Sharing Program, Commercial Ridesharing Program or similar arrangement.

The following Exclusion is added to PART A – LIABILITY COVERAGE:

We do not insure bodily injury or property damage for any accident that occurs while your covered auto or any auto is being used in a Personal Vehicle Sharing Program, a Commercial Ridesharing Program or a similar arrangement.

The following paragraph is added to the definition of Insured Person under PART B – MEDICAL PAYMENTS COVERAGE:

**Insured person** does not mean:

Any person while operating any auto that is available for hire or while using any auto that is part of a **Personal Vehicle Sharing Program**, Commercial Ridesharing Program or similar arrangement.

The following exclusion is added to PART B – MEDICAL PAYMENTS COVERAGE:

We do not provide Medical Payments Coverage for any insured person for bodily injury for any accident that occurs while your covered auto or any auto is being used in a Personal Vehicle Sharing Program, a Commercial Ridesharing Program or a similar arrangement.

The following paragraph is added to the definition of insured person under PART C – UNINSURED/UNDERINSURED MOTORIST COVERAGE:

> Insured person does not mean:
> Any person while operating any auto that is available for hire or while using any auto that is part of a Personal Vehicle Sharing Program, Commercial Ridesharing Program or similar arrangement.

The following exclusion is added to PART C – UNINSURED/UNDERINSURED MOTORIST COVERAGE:

> We do not provide coverage under Part C for any insured person for bodily injury or property damage for any accident that occurs while your covered auto or any auto is being used in a Personal Vehicle Sharing Program, a Commercial Ridesharing Program or a similar arrangement.

The following exclusion is added to PART D - DAMAGE TO YOUR AUTO:

> We do not provide coverage under Part D while your covered auto or any non-owned auto is being used in a Personal Vehicle Sharing Program, a Commercial Ridesharing Program or a similar arrangement.

The following is added to the LIMIT OF LIABILITY under PART D – DAMAGE TO YOUR AUTO:

> If your covered auto is disabled due to loss insured under this policy, we will pay reasonable costs to transport it from the place of loss. We will pay reasonable and necessary storage charges for protection of your covered auto, but you must allow us to move your covered auto to a storage location of our choice at our expense, consistent with applicable law. If you do not allow us to move your covered auto, then we will pay only the lower storage costs that would have resulted if we had moved your covered auto.

The following condition is added to the PART F - GENERAL PROVISIONS of your policy:

> You must disclose to us your participation, as either a driver or vehicle owner, in any Personal Vehicle Sharing Program, Commercial Ridesharing Program, or other similar arrangement. Failure to do so may result in the rescission, cancellation or nonrenewal of your policy. This duty does not apply to a share-the-expense car pool.

The following reason for cancellation is added to PART F - GENERAL PROVISIONS - CANCELLATION

7.  From and after February 29, 2016, you or a family member who customarily operate a motor vehicle insured under the policy, or any other person who regularly and frequently operate a motor vehicle insured under this policy, use a motor vehicle rated or insured under this policy to provide transportation network services while logged in to the transportation network company's digital network or software application, or provide transportation network services, and you have not:

    (a)  procured an endorsement to your policy that expressly provides such coverage, or

    (b)  obtained a motor vehicle liability insurance policy issued by another insurer expressly providing such coverage.

**This endorsement is a part of the policy. It changes the policy so please read it carefully. All other terms, conditions, limits and provisions of this policy remain unchanged.**

AZ-PCE-01 (03/16)



GLENDALE, AZ 85308



PEORIA, AZ 85383



**Policy Number:** 
Underwritten by:
Progressive Preferred Insurance Co
May 22, 2019
Policy Period:  May 23, 2019 - Nov 23, 2019
Page 1 of  3

Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

## Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage begins on May 23, 2019 at 12:01 a.m.  This policy expires on November 23, 2019 at 12:01 a.m.

This coverage summary replaces your prior one.  Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle.  The policy contract is form 9611A AZ (08/15).  The contract is modified by form 7854 AZ (05/16).

### Policy changes effective May 23, 2019

| | |
|---|---|
| Changes requested on: | May 21, 2019 03:27 p.m. |
| Requested by: | |
| Premium change: | $1,022.50 |
| Changes: | The 1968 INTL INTL has been added. |

### Drivers and resident relatives

| | Additional information |
|---|---|
| | Named Insured |

Form 6489 AZ (10/17)


Continued

## Outline of coverage

### 2017 FORD F150 CREW PICKUP

VIN:

Garaging ZIP Code: 85383

Primary use of the vehicle:  Commute

Length of vehicle ownership when policy started or vehicle added: At least 1 year but less than 3 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $2,532 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured Motorist | $250,000 each person/$500,000 each accident | | 109 |
| Underinsured Motorist | $250,000 each person/$500,000 each accident | | 106 |
| Comprehensive | Actual Cash Value | $1,000 | 337 |
|   Full Comprehensive Window Glass | | $0 glass | |
| Collision | Actual Cash Value | $1,000 | 1,471 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 244 |
| Total premium for 2017 FORD | | | $4,799 |

### 2012 MINI COOPER S 2 DOOR HATCHBACK

VIN:

Garaging ZIP Code: 85383

Primary use of the vehicle:  Commute

Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $2,083 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured Motorist | $250,000 each person/$500,000 each accident | | 123 |
| Underinsured Motorist | $250,000 each person/$500,000 each accident | | 135 |
| Total premium for 2012 MINI | | | $2,341 |

### 2013 SUBARU IMPREZA STATION WAGON

VIN:

Garaging ZIP Code: 85383

Primary use of the vehicle:  Pleasure

Length of vehicle ownership when policy started or vehicle added: Less than 1 month

Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $2,612 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured Motorist | $250,000 each person/$500,000 each accident | | 132 |
| Underinsured Motorist | $250,000 each person/$500,000 each accident | | 147 |
| Roadside Assistance | | | 52 |
| Total premium for 2013 SUBARU | | | $2,943 |

Policy Number:

**1968 INTL INTL**
VIN:
Garaging ZIP Code: 85383
Primary use of the vehicle: Pleasure
Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| | | | $850 |
| Liability To Others | | | |
| Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
| Property Damage Liability | $100,000 each accident | | |
| Uninsured Motorist | $250,000 each person/$500,000 each accident | | 38 |
| Underinsured Motorist | $250,000 each person/$500,000 each accident | | 48 |
| Roadside Assistance | | | 92 |
| Total premium for 1968 INTL | | | $1,028 |
| **Subtotal policy premium** | | | **$11,111.00** |
| Automobile Theft Authority Fee | | | 2.00 |
| **Total 6 month policy premium and fees** | | | **$11,113.00** |

## Premium discounts

| Policy | |
|---|---|
| | Multi-Policy, Association Membership, Home Owner, Multi-Car, Continuous Insurance, Platinum and Paid in Full |
| Driver | |
| | Teen Driver |

**Agent countersignature**

*[signature]*

**Company officers**

*[signature]*

Secretary



9611A AZ 0815

# ARIZONA
## AUTO POLICY



form 9611A AZ (08/15)
version 2.0

*PROGRESSIVE*
AUTO

# CONTENTS

**INSURING AGREEMENT** ................................................................................ 1

**GENERAL DEFINITIONS** .............................................................................. 1

**PART I—LIABILITY TO OTHERS**
    Insuring Agreement ................................................................ 3
    Additional Definition ............................................................... 3
    Additional Payments ............................................................. 4
    Exclusions ............................................................................. 4
    Limits of Liability .................................................................... 6
    Financial Responsibility Laws ............................................... 7
    Other Insurance .................................................................... 7
    Out-of-State Coverage .......................................................... 7

**PART II—MEDICAL PAYMENTS COVERAGE**
    Insuring Agreement ............................................................... 8
    Additional Definitions ............................................................. 8
    Exclusions ............................................................................. 8
    Limits of Liability .................................................................. 10
    Unreasonable or Unnecessary Medical Expenses ............... 10
    Other Insurance .................................................................. 10

**PART III—UNINSURED AND UNDERINSURED MOTORIST COVERAGE**
    Insuring Agreement—Uninsured Motorist Coverage ............. 11
    Insuring Agreement—Underinsured Motorist Coverage ........ 11
    Additional Definitions ........................................................... 11
    Exclusions ........................................................................... 12
    Limits of Liability .................................................................. 13
    Other Insurance .................................................................. 14
    Arbitration ............................................................................ 15

**PART IV—DAMAGE TO A VEHICLE**
    Insuring Agreement—Collision Coverage ............................ 16
    Insuring Agreement—Comprehensive Coverage .................. 16
    Insuring Agreement—Additional Custom Parts or
        Equipment Coverage ..................................................... 17
    Insuring Agreement—Full Comprehensive Window Glass Coverage ........ 17
    Insuring Agreement—Rental Reimbursement Coverage ........... 17
    Insuring Agreement—Loan/Lease Payoff Coverage .............. 18
    Insuring Agreement—Pet Injury Coverage ........................... 18
    Additional Definitions ........................................................... 18
    Exclusions ........................................................................... 19
    Limits of Liability .................................................................. 21
    Payment of Loss .................................................................. 22

No Benefit to Bailee .................................................................23
Loss Payable Clause.................................................................23
Other Sources of Recovery .....................................................23
Appraisal ..................................................................................23

**PART V—ROADSIDE ASSISTANCE COVERAGE**
Insuring Agreement .................................................................24
Additional Definitions...............................................................24
Exclusions ...............................................................................24
Unauthorized Service Provider................................................25
Other Insurance ......................................................................25

**PART VI—DUTIES IN CASE OF AN ACCIDENT OR LOSS**..........................25

**PART VII—GENERAL PROVISIONS**
Policy Period and Territory.......................................................26
Changes...................................................................................26
Duty to Report Changes ..........................................................27
Settlement of Claims ...............................................................27
Terms of Policy Conformed to Statutes ..................................27
Transfer of Interest ..................................................................27
Fraud or Misrepresentation .....................................................28
Payment of Premium and Fees ...............................................29
Cancellation and Nonrenewal .................................................29
Cancellation Refund.................................................................31
Automatic Termination.............................................................31
Legal Action Against Us...........................................................31
Our Rights to Recover Payment...............................................31
Joint and Individual Interests...................................................33
Bankruptcy ..............................................................................33

ing a vehicle or trailer, other than **a covered auto**, will be excess over any other **auto** insurance providing payments for **medical services**.

## PART III—UNINSURED AND UNDERINSURED MOTORIST COVERAGE

### INSURING AGREEMENT—UNINSURED MOTORIST COVERAGE

If **you** pay the premium for this coverage, **we** will pay for damages that an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:
1. sustained by an **insured person**;
2. caused by an accident; and
3. arising out of the ownership, maintenance or use of an **uninsured motor vehicle**.

### INSURING AGREEMENT—UNDERINSURED MOTORIST COVERAGE

If **you** pay the premium for this coverage, **we** will pay for damages that an **insured person** is legally entitled to recover from the owner or operator of an **underinsured motor vehicle** because of **bodily injury**:
1. sustained by that **insured person**;
2. caused by an accident; and
3. arising out of the ownership, maintenance, or use of an **underinsured motor vehicle**.

We will pay under this Part III only after the limits of liability under all applicable bodily injury liability bonds and policies have been exhausted by payment of judgments or settlements.

Any judgment or settlement for damages against an owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** that arises out of a lawsuit brought without **our** written consent is not binding on **us**.

### ADDITIONAL DEFINITIONS

When used in this Part III:
1. "**Insured person**" means:
   a. **you**, a **relative**, or a **rated resident**;
   b. any person while operating a **covered auto** with the permission of **you**, a **relative**, or a **rated resident**;
   c. any person **occupying**, but not operating, a **covered auto**; and
   d. any person who is entitled to recover damages covered by this Part III because of **bodily injury** sustained by a person described in a., b. or c. above.
2. "**Underinsured motor vehicle**" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident, but the sum of all applicable limits of liability for **bodily injury** is less than the total damages for **bodily injury** resulting from the accident.

11

An **underinsured motor vehicle** does not include any motorized vehicle or equipment:

a. operated on rails or crawler treads;
b. designed mainly for use off public roads, while not on public roads;
c. while located for use as a residence or premises;
d. shown on the **declarations page** of this policy, unless the injured **insured person** is **you** or a **relative** and **we** have paid that person under Part I—Liability To Others an amount that is less than the limit shown on the **declarations page** for coverage under this Part III; or
e. that is an **uninsured motor vehicle**.

3. **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:
   a. to which no bodily injury liability bond or policy applies at the time of the accident;
   b. to which a bodily injury liability bond or policy applies at the time of the accident, but the bonding or insuring company:
      (i) denies coverage; or
      (ii) is or becomes insolvent;
   c. to which a bodily injury liability bond or policy applies at the time of the accident, but its limit of liability for bodily injury is less than the minimum limit of liability for bodily injury specified by the financial responsibility law of the state of Arizona; or
   d. whose owner or operator cannot be identified and which causes an accident resulting in **bodily injury** to an **insured person**, provided that:
      (i) the **insured person**, or someone on his or her behalf, reports the accident to the police or civil authority within 24 hours or as soon as practicable after the accident; and
      (ii) independent corroborative evidence exists to prove that the **bodily injury** was caused by the unidentified operator of the motor vehicle. The testimony of an **insured person** seeking payment under this Part III shall not constitute independent corroborative evidence unless the testimony is supported by additional evidence.

An **"uninsured motor vehicle"** does not include any vehicle or equipment:

a. owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer that is or becomes insolvent;
b. operated on rails or crawler treads;
c. designed mainly for use off public roads, while not on public roads;
d. while located for use as a residence or premises;
e. that is a **covered auto**; or
f. that is an **underinsured motor vehicle**.

EXCLUSIONS—READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART III.

Coverage under this Part III will not apply:

1. to **bodily injury** sustained by any person while using or **occupying** a **covered auto** while being used:
   (i) to carry persons or property for compensation or a fee; or
   (ii) for retail or wholesale delivery, **including, but not limited to**, the pickup, transport or delivery of magazines, newspapers, mail or food.
   This exclusion does not apply to shared-expense car pools or use of an **auto** by an

insured person in the course of that person's volunteer work for an organization that is tax-exempt under Arizona law;

2. directly or indirectly to benefit any insurer or self-insurer under any of the following or similar laws:
   a. workers' compensation law; or
   b. disability benefits law;
3. to any punitive or exemplary damages;
4. to bodily injury arising out of the ownership, maintenance or use of any vehicle or trailer while being used for ride-sharing activity. However, this exclusion will only be effective for losses occurring on or after March 1, 2016; or
5. to bodily injury arising out of the use of a covered auto while being used in connection with a personal vehicle sharing program. This exclusion does not apply to the operation of a covered auto by you, a relative, or a rated resident.

## LIMITS OF LIABILITY

The limit of liability shown on the declarations page for Uninsured Motorist Coverage and Underinsured Motorist Coverage is the most we will pay regardless of the number of:

1. claims made;
2. covered autos;
3. insured persons;
4. lawsuits brought;
5. vehicles involved in the accident; or
6. premiums paid.

If your declarations page shows a split limit:

1. the amount shown for "each person" is the most we will pay for all damages due to bodily injury to one person; and
2. subject to the "each person" limit, the amount shown for "each accident" is the most we will pay for all damages due to bodily injury sustained by two or more persons in any one accident.

The "each person" limit of liability includes the total of all claims made for bodily injury to an insured person and all claims of others derived from such bodily injury, including, but not limited to, emotional injury or mental anguish resulting from the bodily injury of another or from witnessing the bodily injury to another, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

If the declarations page shows that "combined single limit" or "CSL" applies, the amount shown is the most we will pay for the total of all damages resulting from any one accident. However, without changing this total limit of liability, we will comply with any law that requires us to provide any separate limits.

The damages recoverable under this Part III for accidents involving:

1. an uninsured motor vehicle will be reduced by:
   a. all sums paid because of bodily injury by or on behalf of any persons or organizations that may be legally responsible;
   b. all sums paid under Part I—Liability To Others;

    c.   all sums paid or payable under Part II—Medical Payments Coverage; and

    d.   all sums paid or payable because of **bodily injury** under any of the following or similar laws:

        (i)   workers' compensation law; or

        (ii)  disability benefits law.

2.   an **underinsured motor vehicle** will be reduced by:

    a.   the total limits of all applicable liability insurance policies, including all sums paid under Part I—Liability to Others; and

    b.   the difference between the **bodily injury** limits of the applicable liability policies and bonds and any amounts paid to the **insured person** under those policies and bonds, if an **insured person** enters into a settlement agreement for an amount less than the sum of the available limits of liability under all applicable bodily injury liability bonds and policies.

However, if **you** or a **relative** recover under both Part I—Liability To Others and Part III—Uninsured and Underinsured Motorist Coverage for a claim involving a **covered auto, your** maximum combined recovery under both coverages is the limit of liability shown on the **declarations page** for Uninsured and Underinsured Motorist Coverage.

Any payment made under Part I—Liability To Others for **bodily injury** in any amount equal to or less than the limits shown on the **declarations page** for coverage under Part I—Liability To Others shall preclude payment under Uninsured Motorist Coverage based on the fault of the person insured under Part I.

No one will be entitled to duplicate payments for the same elements of damages.

If multiple policies or coverages purchased from **us** or an affiliated company by an **insured person** on different vehicles provide Uninsured Motorist Coverage or Underinsured Motorist Coverage which applies to the same accident, the **insured person** shall select one of these policies or coverages to apply to the accident. Only the one policy or coverage selected by the **insured person** shall apply and no coverage will be provided by any of the other policies or coverages.

## OTHER INSURANCE

If there is other applicable uninsured or underinsured motorist coverage, **we** will pay only **our** share of the damages. **Our** share is the proportion that **our** limit of liability bears to the total of all available coverage limits. However, any insurance we provide with respect to a vehicle that is not a **covered auto** will be excess over any other uninsured or underinsured motorist coverage.

If an **auto** to which Uninsured Motorist Coverage applies under this Part III is in an accident while being used by or a person employed by or engaged in an **auto business,** and there is an applicable liability insurance policy or bond issued to or for that business, its employees, officers or agents, then **our** Uninsured Motorist Coverage shall be excess to that insurance. If **you** or a **relative** are operating an **auto you** do not own that is used in an **auto business,** any uninsured motorist coverage issued to or for that business for that **auto** shall be excess to the Uninsured Motorist Coverage provided under this Part III.

**ARBITRATION**

If **we** and an **insured person** cannot agree on:

1.  the legal liability of the operator or owner of an **uninsured motor vehicle** or **underinsured motor vehicle**; or
2.  the amount of the damages sustained by the **insured person**;

this will be determined by arbitration if **we** or the **insured person** make a written demand for arbitration. For claims involving an **uninsured motor vehicle**, the written demand must be made within three years after the date of the accident, except that an **insured person** may make a claim within three years after the earliest of the date the **insured person**:

1.  knew the tortfeasor was uninsured;
2.  knows or should have known that coverage was denied by the tortfeasor's insurer; or
3.  knows or should have known of the insolvency of the tortfeasor's insurer.

For claims involving an **underinsured motor vehicle**, the written demand must be made within three years after the date:

1.  the **insured person** knows or should have known that the tortfeasor had insufficient liability insurance to cover the **insured person's** injuries; or
2.  of the accident. However, the **insured person** must have made a claim with the tortfeasor's insurer or filed an action against the tortfeasor within two years of the date of the accident or within the bodily injury statute of limitations in the state in which the accident occurred.

In the event of arbitration, each party will select an arbitrator. The two arbitrators will select a third. If the two arbitrators cannot agree on a third arbitrator within 30 days, then on joint application by the **insured person** and **us**, the third arbitrator will be appointed by a court having jurisdiction.

Each party will pay the costs and fees of its arbitrator and any other expenses it incurs. The costs and fees of the third arbitrator will be shared equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured person** resides. Local rules of procedure and evidence will apply. However, no attorney fees or costs may be awarded or recovered in any claim submitted to arbitration.

A decision agreed to by two of the arbitrators will be binding with respect to a determination of:

1.  the legal liability of the operator or owner of an **uninsured motor vehicle** or **underinsured motor vehicle**; and
2.  the amount of the damages sustained by the **insured person**.

The arbitrators will have no authority to award an amount in excess of the limit of liability.

**We** and an **insured person** may agree to an alternate form of arbitration.

STATE OF TEXAS .

Before me, the undersigned notary public for the State of Texas, on this day personally appeared
Mary Ann Rice, Administrative Support Manager and custodian of records of
USAA Casualty Insurance Company, and after being by me duly sworn and upon her oath says
that an exact duplicate of the USAA Casualty Insurance Company, ███████████████,
including any applicable endorsements and forms, issued to ███████████████ effective
on February 19, 2015, has been prepared under her direction and is attached hereto.


_____
Mary Ann Rice,
Administrative Support Manager

Subscribed and sworn to before me by said  Mary Ann Rice, Administrative Support Manager,
this 3 day of October, 2016 at San Antonio, Texas, to certify which witness my hand and
seal at office.


_____
Angela Kaye Catherman
Notary Public
State of Texas
My commission expires on September 12, 2019

ANGELA KAYE CATHERMAN
Notary ID # 128738346
My Commission Expires
September 12, 2019



PAGE   1
MAIL  MCH-M-I
Y1392
SEPTEMBER 24, 2014

## AUTOMOBILE POLICY PACKET

TEMPE AZ 85284-3352

CIC

POLICY PERIOD:   EFFECTIVE OCT 30 2014 TO APR 30 2015

## IMPORTANT MESSAGES

Refer to your Declarations Page and endorsements to verify that coverages, limits, deductibles and other policy details are correct and meet your insurance needs. Required information forms are also enclosed for your review.

This policy provides limited coverage for injury to any family member caused by another family member. Please see your Auto Policy, Part A, Limit of Liability.

Thank you for renewing your policy and allowing us to continue servicing your insurance needs. If you have any concerns or need to modify or cancel the renewal policy, please contact us immediately.

Your Uninsured Motorists Coverage (UM) and Underinsured Motorists Coverage (UIM) selection/rejection remains in effect. You may quote different coverage limits and make changes at any time to your policy on usaa.com. Or you may call us at 1-800-531-USAA (8722).

Windshield repair fraud is fast becoming more widespread. Read what you can do to protect yourself and help keep premiums affordable for all policyholders. Refer to the enclosed flier titled, "Prevent Windshield Repair Fraud."

TEXTING & DRIVING ... It Can Wait! Join USAA in the movement against distracted driving by going to http://itcanwait.usaa.com to watch powerful videos and take the pledge to not text and drive!

This is not a bill.       Any premium charge or change for this policy will be reflected on your next regular monthly statement. Your current billing statement should still be paid by the due date indicated.

**To receive this document and others electronically, or manage your Auto Policy online, go to usaa.com.**

For U.S. calls:  Policy Service (800) 531-8111. Claims (800) 531-8222.

PAGE  6

ADDL INFO ON NEXT PAGE  MAIL MCH-M-I
RENEWAL OF

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)

9800 Fredericksburg Road · San Antonio, Texas 78288

ARIZONA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

Named Insured and Address

| State | 14 ,16 | Veh | POLICY NUMBER |
|---|---|---|---|
| AZ | 383383 | Terr | |

POLICY PERIOD:       (12:01 A.M. standard time)
EFFECTIVE OCT 30 2014 TO APR 30 2015

OPERATORS

01
02

TEMPE AZ 85284-3352

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE* | WORK-SCH-CO. Miles One Way / Days Week |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 98 | MERCEDES | SLK 230 | CONV | 2000 | | | P | |
| 16 | 01 | MERCEDES | E CLASS | 4 DOOR | 2000 | | | P | |

*WC=Work/School B=Business F=Farm P=Pleasure

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated.

VEH 14    TEMPE AZ 85284-3352
VEH 16    TEMPE AZ 85284-3352

This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES | LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | | VEH 14 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH 16 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|---|
| PART A - LIABILITY | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 300,000 | | | | | | | | |
| | EA ACC $ | 500,000 | | 52.26 | | 79.10 | | | | |
| PROPERTY DAMAGE EA ACC $ | | 100,000 | | 31.86 | | 46.42 | | | | |
| PART B - MEDICAL PAYMENTS | | | | | | | | | | |
| | EA PER $ | 25,000 | | 23.98 | | 25.43 | | | | |
| EXTENDED BENEFITS | | | | | | | | | | |
| WAGE EARNER DISAB  $2,000 PER 30-DAY PERIOD | | | | | | | | | | |
| ESSENTIAL SVCS DISAB $45 WK | | | | 5.95 | | 5.95 | | | | |
| PART C - UNINSURED MOTORISTS | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 300,000 | | | | | | | | |
| | EA ACC $ | 500,000 | | 24.41 | | 24.41 | | | | |
| PART C - UNDERINSURED MOTORISTS | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 300,000 | | | | | | | | |
| | EA ACC $ | 500,000 | | 12.66 | | 12.66 | | | | |
| PART D - PHYSICAL DAMAGE COVERAGE | | | | | | | | | | |
| COMPREHENSIVE LOSS | ACV LESS | | D1000 | 28.61 | D1000 | 39.50 | | | | |
| COLLISION LOSS | ACV LESS | | D1000 | 56.81 | D1000 | 77.26 | | | | |
| FULL SAFETY GLASS COV | | | | INCL | | INCL | | | | |
| TOWING AND LABOR | | | | 7.00 | | 7.00 | | | | |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

ENDORSEMENTS: ADDED 10-30-14 -  NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)-  ACCFORAZ(01)  A099(01)  A402(01)
  5100AZ(03)
INFORMATION FORMS:  NIPFPP(05)  94629(01)

F3

| 14 | RMF66 0000 | | 16 | RMM67 0000 | | | | | |

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas, on this date    SEPTEMBER 24, 2014

Steven Alan Bennett, Secretary

Alan W. Krapf, President

8000 C 05-12
53383-05-12

PAGE    7

**USAA CASUALTY INSURANCE COMPANY**

(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

ARIZONA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

| State | | Wh | POLICY NUMBER |
|---|---|---|---|
| AZ | | Terr | |

POLICY PERIOD          (12:01 A.M. standard time)
EFFECTIVE OCT 30 2014 TO APR 30 2015

**Named Insured and Address**

TEMPE AZ 85284-3352

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE | WORK/SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. *WC=Work/School, B=Business, F=Farm, P=Pleasure

This policy provides ONLY those coverages where a premium is shown below. The limits shown
may be reduced by policy provisions and may not be combined regardless of the number of
vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.

| COVERAGES                    LIMITS OF LIABILITY ("ACV" MEANS ACTUAL CASH VALUE) | VEH | | VEH | | VEH | | VEH | |
|---|---|---|---|---|---|---|---|---|
| | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ | D=DED AMOUNT | PREMIUM $ |
| VEHICLE TOTAL PREMIUM | | 243.54 | | 317.73 | | | | |

6 MONTH PREMIUM $   561.27
PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL, STATEMENT TO FOLLOW.

EARNED ACCIDENT FORGIVENESS APPLIES WITH FIVE YEARS CLEAN DRIVING WITH USAA.
THE FOLLOWING COVERAGE(S) DEFINED IN THIS POLICY ARE NOT PROVIDED FOR:
   VEH 14 - RENTAL REIMBURSEMENT
   VEH 16 - RENTAL REIMBURSEMENT

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas,
on this date SEPTEMBER 24, 2014

Steven Alan Bennett, Secretary

Alan W. Krepf, President

8000 C 05-12
53363.05-12

CIC    00236 28 44        7103



**SUPPLEMENTAL INFORMATION**

**EFFECTIVE OCT 30 2014 TO APR 30 2015**

The following approximate premium discounts or credits have already been applied to reduce your policy premium costs.

NOTE: Age or senior citizen status, if allowed by your state/location, was taken into consideration when your rates were set and your premiums have already been adjusted.

```
VEHICLE 14
    ANNUAL MILEAGE DISCOUNT                    -$   31.98
    MULTI-CAR DISCOUNT                         -$   21.83
    PASSIVE RESTRAINT DISCOUNT                 -$    5.28
    PREMIER DRIVER DISCOUNT                    -$   34.66

VEHICLE 16
    ANNUAL MILEAGE DISCOUNT                    -$   44.06
    ANTI-THEFT DISCOUNT                        -$    8.09
    MULTI-CAR DISCOUNT                         -$   30.08
    PASSIVE RESTRAINT DISCOUNT                 -$    5.54
    PREMIER DRIVER DISCOUNT                    -$   47.76
```



USAA
9800 Fredericksburg Road
San Antonio, Texas 78288

## ARIZONA AUTO POLICY

### READ YOUR POLICY, DECLARATIONS AND ENDORSEMENTS CAREFULLY

The automobile insurance contract between the named insured and the company shown on the Declarations page consists of this policy plus the Declarations page and any applicable endorsements. The Quick Reference section outlines essential information contained on the Declarations and the major parts of the policy.

**The policy provides the coverages and amounts of insurance shown on the Declarations for which a premium is shown.**

This is a participating policy. You are entitled to dividends as may be declared by the company's board of directors.

If this policy is issued by United Services Automobile Association ("USAA"), a reciprocal interinsurance exchange, the following apply:

* By purchasing this policy you are a member of USAA and are subject to its bylaws.

* **This is a non-assessable policy.** You are liable only for the amount of your premium as USAA has a free surplus in compliance with Article 19.03 of the Texas Insurance Code of 1951, as amended.

* The board of directors may annually allocate a portion of USAA's surplus to Subscriber's Accounts. Amounts allocated to such accounts remain a part of USAA's surplus and may be used as necessary to support the operations of the Association. A member shall have no right to any balance in the member's account except until following termination of membership, as provided in the bylaws.

## QUICK REFERENCE

| | | DECLARATIONS PAGE |
|---|---|---|
| | | Named Insured and Address |
| | | Policy Period |
| | | Operators |
| | | Description of Vehicle(s) |
| | | Coverages, Amounts of Insurance and Premiums |
| | | Endorsements |
| Beginning on Page | 3 | **Agreement and Definitions** |
| Part A | 4 | **Liability Coverage** |
| | | Definitions |
| | | Insuring Agreement |
| | |   Bodily Injury Liability Coverage and Property Damage Liability Coverage |
| | | Limit of Liability |
| | | Supplementary Payments |
| | | Exclusions |
| | | Out of State Coverage |
| | | Other Insurance |
| Part B | 7 | **Medical Payments Coverage** |
| | | Definitions |
| | | Insuring Agreement |
| | |   Medical Payments Coverage |
| | |   Extended Benefits Coverage |
| | | Limit of Liability |
| | | Exclusions |
| | | Other Insurance |
| | | Special Provisions |

(Quick Reference continued on Page 2)

| Part C | 11 | Uninsured Motorists Coverage Underinsured Motorists |
| --- | --- | --- |
| | | Definitions |
| | | Insuring Agreement |
| | |   Uninsured Motorists Coverage |
| | |   Underinsured Motorists Coverage |
| | | Limit of Liability |
| | | Exclusions |
| | | Other Insurance |
| | | Non-Duplication |
| Part D | 14 | Physical Damage Coverage |
| | | Definitions |
| | | Insuring Agreement |
| | |   Comprehensive Coverage |
| | |   Collision Coverage |
| | |   Rental Reimbursement Coverage |
| | |   USAA Roadside Assistance |
| | | Limit of Liability |
| | | Payment of Loss |
| | | Loss Payable Clause |
| | | Waiver of Collision Deductible |
| | | Exclusions |
| | | No Benefit to Bailee |
| | | Other Sources of Recovery |
| | | Appraisal |

| Part E | 20 | General Provisions |
| --- | --- | --- |
| | | Bankruptcy |
| | | Changes |
| | | Conformity to Law |
| | | Duties After an Accident or Loss |
| | | Legal Action Against Us |
| | | Misrepresentation |
| | | Non-Duplication of Payment |
| | | Our Right to Recover Payment |
| | | Ownership |
| | | Policy Period and Territory |
| | | Reducing the Risk of Loss |
| | | Spouse Access |
| | | Termination |
| | | Transfer of Your Interest in this |
| | |   Policy |
| | | Two or More Auto Policies |

(PART B Cont'd.)

leased to others, or shared as part of a personal vehicle sharing program.

11. Sustained while a participant in, or in practice for, any driving contest or challenge.

12. Sustained as a result of a covered person's exposure to fungi, wet or dry rot, or bacteria.

### OTHER INSURANCE

If there is other applicable auto medical payments insurance, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

### SPECIAL PROVISIONS

A. To establish Wage Earner Disability Benefits, any covered person making a claim for income actually lost must submit all income-related documents we may reasonably require.

Income will be computed using the monthly rate being earned on the date of the accident and will be paid monthly as loss accrues. If not a salary or fixed amount, the monthly rate will be the average monthly income actually earned during the 12 months preceding the accident, or during the period the covered person actually was employed if less than 12 months.

B. If your covered auto and every other motor vehicle you own are within the policy territory referred to in Part E – General Provisions, then coverage under Part B – Medical Payments Coverage will apply to you and any family member anywhere in the world.

---

## PART C – UNINSURED MOTORISTS COVERAGE (referred to as UM Coverage)
## UNDERINSURED MOTORISTS COVERAGE (referred to as UIM Coverage)

### DEFINITIONS

A. "Covered person" as used in this Part means:

1. You or any family member.

2. Any other person occupying your covered auto.

3. Any person for damages that person is entitled to recover because of BI to which this coverage applies sustained by a person described in 1. or 2. above.

B. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no liability bond or policy applies at the time of the accident.

2. To which a liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less

than the minimum limit for liability specified by Arizona's Vehicle Insurance and Financial Responsibility Law.

3. That is a hit-and-run motor vehicle. This means a motor vehicle whose owner or operator cannot be identified and that hits or that causes an accident resulting in BI without hitting:

a. You or any family member;

b. A vehicle you or any family member are occupying; or

c. Your covered auto.

If there is no physical contact with the hit-and-run motor vehicle, the facts of the accident must be proved. The person making the claim shall provide corroboration that the hit-and-run

(PART C Cont'd.)

motor vehicle caused the accident. Corroboration means any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to such person's representation of the accident.

4. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company denies coverage or is or becomes insolvent.

However, "uninsured motor vehicle" does not include a land motor vehicle or trailer of any type that is your covered auto.

C. "Underinsured motor vehicle" means a land motor vehicle or trailer of any type to which a liability bond or policy applies at the time of the accident, but the sum of the limits of liability under all liability bonds and insurance policies applicable at the time of the accident is less than the total damages for BI resulting from the accident.

However, "underinsured motor vehicle" does not include an uninsured motor vehicle.

D. "Uninsured motor vehicle" and "underinsured motor vehicle" do not include any vehicle or equipment:

1. Operated on rails or crawler treads, except for a snowmobile.

2. Designed mainly for use off public roads while not on public roads.

3. While located for use as a residence or premises.

**INSURING AGREEMENT**

A. Uninsured Motorists Coverage.

1. We will pay compensatory damages which a covered person is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of BI sustained by a covered person and caused by an auto accident.

2. The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the uninsured motor vehicle. Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. Underinsured Motorists Coverage.

1. We will pay compensatory damages which a covered person is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of BI sustained by a covered person and caused by an auto accident.

2. The owner's or operator's liability for these damages must arise out of the ownership, maintenance, or use of the underinsured motor vehicle.

**LIMIT OF LIABILITY**

A. For BI sustained by any one person in any one accident, our maximum limit of liability for all resulting damages, including, but not limited to, all direct, derivative, or consequential damages recoverable by any persons, is the limit of liability shown on the Declarations for "each person" for UM Coverage or UIM Coverage, whichever is applicable. Subject to this limit for "each person," the limit of liability shown on the Declarations for "each accident" for UM Coverage or for UIM Coverage, whichever is applicable, is our maximum limit of liability for all damages for BI resulting from any one accident. These limits are the most we will pay regardless of the number of:

1. **Covered persons;**

2. Claims made;

3. Vehicles or premiums shown on the Declarations;

4. Premiums paid; or

5. Vehicles involved in the accident.

(PART C Cont'd.)

B. Any amount otherwise payable for damages under UM Coverage or UIM Coverage shall be reduced by all sums paid or payable because of the BI by or on behalf of persons or organizations who may be legally responsible. However, if coverage under Part A of this policy applies to the loss, the covered person will be entitled to recover under Part C of this policy no more than the difference between the amount available to the covered person under Part A and the limit of liability for UIM Coverage shown on the Declarations of this policy.

C. Any amount otherwise payable under UIM Coverage for damages to a covered person will be reduced by an amount equal to the difference between:

1. The amount available to that covered person under any bodily injury bonds or policies applicable to the underinsured motor vehicle; and

2. The amount recovered by the covered person as a result of a settlement between that covered person and the insurer of the underinsured motor vehicle.

However, any reduction of that covered person's damages will not reduce the limit of liability for UIM Coverage.

**EXCLUSIONS**

A. We do not provide UM Coverage for BI sustained by any covered person unless that covered person gives us written notice of their intent to pursue a claim under UM Coverage within three years after the date of the accident that caused the BI. This exclusion (A.) does not apply if the covered person makes a claim under UM Coverage within three years after the date the covered person knew or should have known that the vehicle that caused the BI is an uninsured motor vehicle.

B. We do not provide UIM Coverage for BI sustained by any covered person unless that covered person:

1. Gives us written notice of the covered person's intent to pursue a UIM claim within three years after the date of the accident that caused the BI; and

2. Has made a claim with the insurance company of the owner or operator of the underinsured motor vehicle within two years or within the corresponding limitation period under the law of the location where the accident occurred.

This exclusion (B.) does not apply if the covered person makes a claim under UIM Coverage within three years after the date the covered person knew or should have known that the vehicle that caused the BI is an underinsured motor vehicle.

C. We do not provide UM Coverage or UIM coverage if the covered person has not filed suit within three years after providing the written notice prescribed in exclusions A. and B. above.

D. We do not provide UM Coverage or UIM Coverage for BI sustained by any covered person:

1. If that person or legal representative settles the BI claim without our consent.

2. While occupying your covered auto when it is being used as a public or livery conveyance. This exclusion (D.2.) does not apply to:

   a. A share-the-expense car pool; or

   b. Your covered auto used for volunteer work for a tax exempt A.R.S. section 43-1201(4) organization.

3. Using a vehicle without expressed or implied permission.

4. While your covered auto is rented or leased to others, or shared as part of a personal vehicle sharing program.

(PART C Cont'd.)

E.  UM Coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any workers' compensation law or similar disability benefits law.

F.  We do not provide UM Coverage or UIM Coverage for punitive or exemplary damages.

## OTHER INSURANCE

A.  If multiple policies or coverages purchased by one insured on different vehicles apply to an accident or claim, the insured has the right to select one policy or coverage which will apply to the claim.

B.  If there is other applicable insurance for UM Coverage or UIM Coverage available under one or more policies or provisions of coverage:

1.  Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance issued to you by us providing coverage on either a primary or excess basis.

2.  Any insurance we provide with respect to a vehicle you do not own will be excess over any collectible insurance.

3.  If the coverage under this policy is provided:

a.  On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b.  On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## NON-DUPLICATION

No covered person will be entitled to receive duplicate payments under this coverage for the same elements of loss which were:

1.  Paid because of the BI by or on behalf of persons or organizations who may be legally responsible.

2.  Paid under another provision or coverage in this policy.

3.  Paid or payable under any automobile medical expense coverage.

---

# PART D – PHYSICAL DAMAGE COVERAGE

## DEFINITIONS

A.  "Actual cash value" means the amount that it would cost, at the time of loss, to buy a comparable auto. As applied to your covered auto, a comparable vehicle is one of the same make, model, model year, body type, and options with substantially similar mileage and physical condition.

B.  "Collision" means the impact with an object and includes upset of a vehicle. Loss caused by the following is covered under Comprehensive Coverage and is not considered collision: fire; missiles or falling objects; hail, water or flood; malicious mischief or vandalism; theft or larceny; riot or civil commotion; explosion or earthquake; contact with bird or animal; windstorm; or breakage of window glass. If breakage of window glass is caused by a collision, you may elect to have it considered a loss caused by collision.



## Certified Policy Record

I, the undersigned, do hereby confirm that I am custodian of the records pertaining to the issuance of policies by State Farm Mutual Automobile Insurance Company.

I certify that the attached documents represent a true and accurate record of the terms and conditions of Policy Number ▮▮▮▮▮▮▮▮▮ including any endorsements, if applicable, for the policy term(s) 01/08/2019 to 07/08/2019 and insuring ▮▮▮▮▮▮▮ based on available records.

It is State Farm's business practice to print a new Declarations Page only when a policy issuance transaction such as a change of coverage occurs. Therefore, the included Declarations Page which was in effect at the time of loss will indicate the policy period of the last policy issuance transaction.

The policy was in effect on the loss date of 04/28/2019.

Jessica Bass
Underwriter
Date:        09/13/2019

**State Farm Mutual Automobile Insurance Company**

PO Box 9009
Tempe, AZ 85281-9709

R 13299-1-P                                          MUT. VOL

| DECLARATIONS PAGE |
|---|
| PAGE 1 OF 2 |

NAMED INSURED

AT2                                    03-2151-1  P      A

| POLICY NUMBER |
|---|
| POLICY PERIOD SEP 06 2017 to JAN 08 2018 |
| 12:01 A.M. Standard Time |

PEORIA AZ  85383-7113

STATE FARM PAYMENT PLAN NUMBER
1259758924

AGENT

PHONE

DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2016 | FORD | F150 | PICKUP | | 100H608000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $187.76 |
| | Bodily Injury Limits | |
| | Each Person.   Each Accident | |
| | $100,000    $300,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| C | Medical Payments Coverage | $11.68 |
| | Limit - Each Person | |
| | $2,000 | |
| D-WG | Comprehensive and Glass Coverage - $500 Deductible | $80.60 |
| G | Collision Coverage - $500 Deductible | $124.79 |
| R1 | Car Rental and Travel Expenses Coverage | $6.43 |
| | Limit - Car Rental Expense | |
| | Each Day,    Each Loss | |
| | 80%      $1,000 | |
| U | Uninsured Motor Vehicle Coverage | $9.05 |
| | Bodily Injury Limits | |
| | Each Person,   Each Accident | |
| | $100,000    $300,000 | |
| W | Underinsured Motor Vehicle Coverage | $32.72 |
| | Bodily Injury Limits | |
| | Each Person,   Each Accident | |
| | $100,000    $300,000 | |
| S | Death, Dismemberment and Loss of Sight Coverage | $3.25 |
| | Persons Insured - $10,000 | |

| | | |
|---|---|---|
| Total premium for SEP 06 2017 to JAN 08 2018. | $456.28 | This is not a bill |

### IMPORTANT MESSAGES

Replaced policy number

Your total renewal premium for JUL 08 2017 to JAN 08 2018 is $672.98.

State Farm works hard to offer you the best combination of price, service, and protection.   The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

Notice of Insurance information collection practices - personal, family, or household insurance transactions:
We often collect personal information from persons other than the individual or individuals listed on the policy.
Such personal information may, in certain circumstances, be disclosed to third parties without your authorization
If you would like  additional information concerning the collection and disclosure of personal information - and your right
to see and correct any personal information in your files - it will be furnished upon request.

CONTINUED

See Reverse Side



This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yauell*
Secretary

*Michael T. Lyman*
President



Please read the policy carefully. If there is an accident, contact your State Farm agent or one of our Claim Offices at once. (See "INSURED'S DUTIES" in this policy booklet.)

**NOTICE:**   This policy does not provide Mexican auto insurance and does not comply with Mexican auto insurance requirements. If you or any other insured plan to drive in Mexico, then auto insurance providing coverage in Mexico should be purchased from a Mexican insurance company.

# State Farm®
# Car Policy
# Booklet

**Arizona**
Policy Form 9803A

## CONTENTS

THIS POLICY ................................................... 3

DEFINITIONS .................................................. 4

LIABILITY COVERAGE ................................. 5
   Additional Definition ................................... 5
   Insuring Agreement ..................................... 6
   Supplementary Payments ............................. 6
   Limits ........................................................... 6
   Nonduplication ............................................ 7
   Exclusions .................................................... 7
   If Other Liability Coverage Applies .............. 8
   Required Out-of-State Liability Coverage ....... 9
   Financial Responsibility Certification .......... 9

MEDICAL PAYMENTS COVERAGE ............. 9
   Additional Definitions ................................. 9
   Insuring Agreement ..................................... 10
   Determining Medical Expenses .................... 10
   Arbitration .................................................. 10
   Limit .......................................................... 11
   Nonduplication ........................................... 11
   Exclusions ................................................... 11
   If Other Medical Payments Coverage or
   Similar Vehicle Insurance Applies ................ 12
   Our Payment Options ................................. 13

UNINSURED MOTOR VEHICLE
COVERAGE ................................................... 13
   Additional Definitions ................................. 13
   Insuring Agreement ..................................... 14
   Deciding Fault and Amount ........................ 14
   Limits ......................................................... 14
   Nonduplication ........................................... 14
   Exclusions ................................................... 15
   If Other Uninsured Motor Vehicle Coverage
   Applies ....................................................... 15
   Our Payment Options ................................. 15

UNDERINSURED MOTOR VEHICLE
COVERAGE ................................................... 16
   Additional Definitions ................................. 16
   Insuring Agreement ..................................... 16
   Deciding Fault and Amount ........................ 16
   Limits ......................................................... 17
   Exclusions ................................................... 17
   If Other Underinsured Motor Vehicle
   Coverage Applies ........................................ 18
   Our Payment Options ................................. 18

PHYSICAL DAMAGE COVERAGES ........... 18
   Additional Definitions ................................. 18
   Insuring Agreements .................................... 19
   Supplementary Payments – Comprehensive
   Coverage and Collision Coverage ................. 21
   Limits and Loss Settlement   Comprehensive
   Coverage and Collision Coverage ................. 21
   Limits – Car Rental and Travel Expenses
   Coverage .................................................... 22
   Nonduplication ........................................... 22
   Exclusions ................................................... 22
   If Other Physical Damage Coverage or Similar
   Coverage Applies ........................................ 24
   Financed Vehicle ........................................ 24
   Our Payment Options ................................. 24

DEATH, DISMEMBERMENT AND
LOSS OF SIGHT COVERAGE ..................... 25
   Additional Definition .................................. 25
   Insuring Agreement ..................................... 25
   Benefit ....................................................... 25
   Exclusions – Death, Dismemberment and
   Loss of Sight Coverage and Loss of Earnings
   Coverage .................................................... 26
   Our Payment Options – Death, Dismemberment
   and Loss of Sight Coverage and Loss of
   Earnings Coverage ...................................... 27

LOSS OF EARNINGS COVERAGE .............. 26
   Additional Definitions ................................. 26
   Insuring Agreement ..................................... 26
   Limit .......................................................... 26
   Exclusions – Death, Dismemberment and
   Loss of Sight Coverage and Loss of Earnings
   Coverage .................................................... 26
   Our Payment Options – Death, Dismemberment
   and Loss of Sight Coverage and Loss of
   Earnings Coverage ...................................... 27

INSURED'S DUTIES ..................................... 27
   Notice to Us of an Accident or Loss ............. 27
   Notice to Us of a Claim or Lawsuit .............. 27
   Insured's Duty to Cooperate With Us .......... 27
   Questioning Under Oath ............................. 27
   Other Duties Under the Physical
   Damage Coverages ..................................... 27
   Other Duties Under Medical Payments
   Coverage, Uninsured Motor Vehicle
   Coverage, Underinsured Motor Vehicle
   Coverage, Death, Dismemberment and
   Loss of Sight Coverage, and Loss of
   Earnings Coverage ...................................... 28

GENERAL TERMS ....................................... 29
    When Coverage Applies ........................... 29
    Where Coverage Applies .......................... 29
    Limited Coverage in Mexico ...................... 29
    Newly Owned or Newly Leased Car ................. 30
    Changes to This Policy .......................... 30
    Premium .......................................... 31
    Renewal .......................................... 31

Cancellation and Nonrenewal ....................... 31
Assignment ........................................ 33
Bankruptcy or Insolvency of the Insured .......... 33
Concealment or Fraud .............................. 33
Our Right to Recover Our Payments ................ 33
Legal Action Against Us ........................... 34
Choice of Law ..................................... 34
Severability ...................................... 34

## THIS POLICY

1. This policy consists of:

    a. the most recently issued Declarations Page;

    b. the policy booklet version shown on that Declarations Page; and

    c. any endorsements that apply, including those listed on that Declarations Page as well as those issued in connection with any subsequent renewal of this policy.

2. This policy contains all of the agreements between all named insureds who are shown on the Declarations Page and all applicants and:

    a. *us*; and

    b. any of *our* agents.

3. *We* agree to provide insurance according to the terms of this policy:

    a. based on payment of premium for the coverages chosen; and

    b. unless otherwise stated in "EXCEPTIONS, POLICY BOOKLET, & ENDORSEMENTS" on the Declarations Page, in reliance on the following statements:

        (1) The named insured shown on the Declarations Page is the sole owner of *your car*.

        (2) Neither *you* nor any member of *your* household has, within the past three years, had either:

            (a) a license to drive; or

            (b) a vehicle registration

            suspended, revoked, or refused.

        (3) *Your car* is used for pleasure and business.

4. All named insureds shown on the Declarations Page and all applicants agree by acceptance of this policy that:

    a. the statements in 3.b. above are made by such named insured or applicant and are true; and

    b. *we* provide this insurance on the basis those statements are true.

5. *Your* purchase of this policy may allow:

    a. *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

    b. the premium or price for other products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

limits of all other medical payments coverage or similar vehicle insurance that apply as excess coverage.

b. If:

(1) more than one vehicle policy issued to *you* or any *resident relative* by the *State Farm Companies* provides Medical Payments Coverage or other similar vehicle insurance which applies to the accident as excess coverage; and

(2) medical payments coverage or other similar vehicle insurance provided by one or more sources other than the *State Farm Companies* also applies as excess coverage for the same accident,

then the *State Farm Companies* will pay the proportion of *medical expenses* and funeral expenses payable as excess that the

maximum amount that may be paid by the *State Farm Companies* as determined in 2. above bears to the sum of such amount and the limits of all other medical payments coverage or similar vehicle insurance that apply as excess coverage.

## Our Payment Options

*We* may, at *our* option, make payment to one or more of the following:

1. The *Insured*;

2. The *Insured's* surviving spouse;

3. A parent or guardian of the *Insured*, if the *Insured* is a minor or an incompetent *person*;

4. A *person* authorized by law to receive such payment; or

5. Any *person* or organization that provides the *medical services* or funeral services.

## UNINSURED MOTOR VEHICLE COVERAGE

This policy provides Uninsured Motor Vehicle Coverage if "U" is shown under "SYMBOLS" on the Declarations Page.

### Additional Definitions

*Insured* means:

1. *you*;

2. *resident relatives*;

3. any other *person* while *occupying*:

a. *your car*;

b. a *newly acquired car*; or

c. a *temporary substitute car*.

Such vehicle must be used within the scope of *your* express or implied permission. Such other *person occupying* a vehicle used to carry *persons* for a charge is not an *insured* unless:

a. the vehicle is used in the course of volunteer work for an organization that is classified under Arizona law as tax-exempt; or

b. the *insured* is operating a *private passenger car* on a share-the-expense basis; and

4. any *person* entitled to recover compensatory damages as a result of *bodily injury* to an *insured* as defined in 1., 2., or 3. above.

*Uninsured Motor Vehicle* means a land motor vehicle:

1. the ownership, maintenance, and use of which is:

a. not insured or bonded for bodily injury liability at the time of the accident; or

b. insured or bonded for bodily injury liability at the time of the accident; but

(1) the limits are less than required by Arizona's financial responsibility requirements for a motor vehicle liability policy; or

(2) the insuring company:

(a) denies that its policy provides liability coverage for compensatory damages that result from the accident; or

(b) is or becomes insolvent; or

2. the owner and driver of which remain unknown and which causes *bodily injury* to the *Insured*.

The facts of the accident must be proven by reliable competent evidence. If there is no physical contact between that land motor vehicle and the *insured* or the vehicle the *insured* is *occupying*, then the *insured* shall provide additional and confirming testimony, fact, or evidence that strengthens and adds weight or credibility to the *insured's* representation that the unidentified motor vehicle caused the accident.

*Uninsured Motor Vehicle* does not include a land motor vehicle:

1. whose ownership, maintenance, or use is provided Liability Coverage by this policy;

2. designed for use primarily off public roads except while on public roads; or

3. while located for use as a dwelling or other premises.

**Insuring Agreement**

*We* will pay compensatory damages for *bodily injury* an *insured* is legally entitled to recover from the owner or driver of an *uninsured motor vehicle.* The *bodily injury* must be:

1. sustained by an *insured*; and

2. caused by an accident that involves the operation, maintenance, or use of an *uninsured motor vehicle* as a motor vehicle.

**Deciding Fault and Amount**

1. a. The *insured* and *we* must agree to the answers to the following two questions:

   (1) Is the *insured* legally entitled to recover compensatory damages from the owner or driver of the *uninsured motor vehicle*?

   (2) If the *insured* and *we* agree that the answer to 1.a.(1) above is yes, then what is the amount of the compensatory damages that the *insured* is legally entitled to recover from the owner or driver of the *uninsured motor vehicle*?

   b. If there is no agreement on the answer to either question in 1.a. above, then the *insured* shall:

   (1) within three years after providing *us* notice of the Uninsured Motor Vehicle Coverage claim, file a lawsuit, in a state or federal court that has jurisdiction, against *us*;

   (2) consent to a jury trial if requested by *us*;

   (3) agree that *we* may contest the issues of liability and the amount of damages; and

   (4) secure a judgment in that action. The judgment must be the final result of an actual trial and any appeals, if any appeals are taken.

2. *We* are not bound by any:

   a. judgment obtained without *our* written consent; and

   b. default judgment against any *person* or organization other than *us*.

3. Regardless of the amount of any award, including any judgment or default judgment, *we* are not obligated to pay any amount in excess of the available limits under this coverage of this policy.

**Limits**

The Uninsured Motor Vehicle Coverage limits are shown on the Declarations Page under "Uninsured Motor Vehicle Coverage – Bodily Injury Limits – Each Person, Each Accident".

The limit shown under "Each Person" is the most *we* will pay for all damages resulting from *bodily injury* to any one *insured* injured in any one accident, including all damages sustained by other *insureds* as a result of that *bodily injury*. The limit shown under "Each Accident" is the most *we* will pay, subject to the limit for "Each Person", for all damages resulting from *bodily injury* to two or more *insureds* injured in the same accident.

These Uninsured Motor Vehicle Coverage limits are the most *we* will pay regardless of the number of:

1. *insureds*;

2. claims made;

3. vehicles insured; or

4. vehicles involved in the accident.

**Nonduplication**

*We* will not pay under Uninsured Motor Vehicle Coverage any damages:

1. that have already been paid to or for the *insured*:

   a. by or on behalf of any *person* or organization who is or may be held legally liable for the *bodily injury* to the *insured*; or

   b. for *bodily injury* under Liability Coverage of any policy issued by the *State Farm Companies* to *you* or any *resident relative*;

2. that:

   a. have already been paid;

   b. could have been paid; or

   c. could be paid

to or for the *insured* under any workers' compensation law, disability benefits law, or similar law; or

3. that have already been paid as expenses under Medical Payments Coverage of this policy, the medical payments coverage of any other policy, or other similar vehicle insurance.

This does not reduce the Uninsured Motor Vehicle Coverage limits for this coverage.

## Exclusions

THERE IS NO COVERAGE:

1. FOR AN *INSURED* WHO, WITHOUT *OUR* WRITTEN CONSENT, SETTLES WITH ANY *PERSON* OR ORGANIZATION WHO MAY BE LIABLE FOR THE *BODILY INJURY*;

2. FOR AN *INSURED* WHOSE *BODILY INJURY* RESULTS FROM THE DISCHARGE OF A FIREARM;

3. TO THE EXTENT IT BENEFITS:

   a. ANY WORKERS' COMPENSATION OR DISABILITY BENEFITS INSURANCE COMPANY;

   b. A SELF-INSURER UNDER ANY WORKERS' COMPENSATION LAW, DISABILITY BENEFITS LAW, OR SIMILAR LAW; OR

   c. ANY GOVERNMENT OR ANY OF ITS POLITICAL SUBDIVISIONS OR AGENCIES;

4. FOR AN *INSURED* WHOSE *BODILY INJURY* RESULTS FROM:

   a. NUCLEAR REACTION;

   b. RADIATION OR RADIOACTIVE CONTAMINATION FROM ANY SOURCE; OR

   c. THE ACCIDENTAL OR INTENTIONAL DETONATION OF, OR RELEASE OF RADIATION FROM, ANY NUCLEAR OR RADIOACTIVE DEVICE;

5. FOR PUNITIVE OR EXEMPLARY DAMAGES; OR

6. FOR ANY ORDER OF RESTITUTION ISSUED BY A COURT IN A CRIMINAL PROCEEDING OR EQUITABLE ACTION.

## If Other Uninsured Motor Vehicle Coverage Applies

1. If multiple policies or coverages purchased from the *State Farm Companies* by one *Insured* on different vehicles provide Uninsured Motor Vehicle Coverage which applies to the same accident or claim, the *insured* shall select one of these policies or coverages to apply to the accident. Only the one policy selected by the *insured* shall apply and no coverage will be provided by any of the other policies.

2. Subject to item 1. above, if this coverage applies and other coverage which is not subject to item 1. also applies, then:

   a. if the *insured* has sustained *bodily injury* while *occupying* a vehicle which is not *your car*, this coverage applies as excess to any uninsured motor vehicle coverage which applies to:

      (1) such vehicle if it is described on the declarations page of another policy providing uninsured motor vehicle coverage, or

      (2) its driver, other than *you* or any *resident relative*, who is insured for uninsured motor vehicle coverage under another policy.

      If this coverage and one or more other coverages apply as excess, then *we* are liable for our share. *Our* share is the percent of the damages that the limit of liability of this coverage bears to the total of all uninsured motor vehicle coverages applicable as excess to the accident; or

   b. if the *insured* has sustained *bodily injury* in any situation not described above and involving an *uninsured motor vehicle*, then *we* are liable for *our* share. *Our* share is the percent of the damages that the limit of liability of this coverage bears to the total of all uninsured motor vehicle coverages applicable to the accident.

## Our Payment Options

*We* may, at *our* option, make payment to one or more of the following:

1. The *Insured*;

2. The *Insured's* surviving spouse;

3. A parent or guardian of the *insured*, if the *insured* is a minor or an incompetent *person*; or

4. A *person* authorized by law to receive such payment.

## UNDERINSURED MOTOR VEHICLE COVERAGE

This policy provides Underinsured Motor Vehicle Coverage if "W" is shown under "SYMBOLS" on the Declarations Page.

**Additional Definitions**

*Insured* means:

1. *you*;

2. *resident relatives*;

3. any other *person* while *occupying*:

   a. *your car*;

   b. a *newly acquired car*, or

   c. a *temporary substitute car*.

   Such vehicle must be used within the scope of *your* express or implied permission. Such other *person occupying* a vehicle used to carry *persons* for a charge is not an *insured* unless:

   a. the vehicle is used in the course of volunteer work for an organization that is classified under Arizona law as tax-exempt; or

   b. the *insured* is operating  a *private passenger car* on a share-the-expense basis; and

4. any *person* entitled to recover compensatory damages as a result of *bodily injury* to an *insured* as defined in 1., 2., or 3. above.

*Underinsured Motor Vehicle* means a land motor vehicle:

1. the ownership, maintenance, and use of which is either:

   a. insured or bonded for bodily injury liability at the time of the accident; or

   b. self-insured under any motor vehicle financial responsibility law, any motor carrier law, or any similar law; and

2. for which the total limits of insurance, bonds, and self-insurance for bodily injury liability from all sources:

   a. are less than the amount of the *insured's* damages; or

   b. have been reduced by payments to *persons* other than *you* and *resident relatives* to less than the amount of the *insured's* damages.

*Underinsured Motor Vehicle* does not include a land motor vehicle:

1. whose ownership, maintenance, or use is provided Liability Coverage by this policy.

   This does not apply if the *person* sustaining *bodily injury* is *you* or a *resident relative* of the first *person* named in the declarations and:

a. the full limit shown under "Each Person" of Liability Coverage under this policy is not available to such *person*; and

b. the sum of all amounts paid from the Liability Coverage of this policy to such *person* by or for any tortfeasor is less than the amount of such *person's* damages;

2. designed for use primarily off public roads except while on public roads;

3. while located for use as a dwelling or other premises; or

4. defined as an *uninsured motor vehicle* under Uninsured Motor Vehicle Coverage of this policy.

**Insuring Agreement**

*We* will pay compensatory damages for *bodily injury* an *insured* is legally entitled to recover from the owner or driver of an *underinsured motor vehicle*. The *bodily injury* must be:

1. sustained by an *insured*; and

2. caused by an accident that involves the operation, maintenance, or use of an *underinsured motor vehicle* as a motor vehicle.

**Deciding Fault and Amount**

1. a.  The *insured* and *we* must agree to the answers to the following two questions:

      (1) Is the *insured* legally entitled to recover compensatory damages from the owner or driver of the *underinsured motor vehicle*?

      (2) If the *insured* and *we* agree that the answer to 1.a.(1) above is yes, then what is the amount of the compensatory damages that the *insured* is legally entitled to recover from the owner or driver of the *underinsured motor vehicle*?

   b. If there is no agreement on the answer to either question in 1.a. above, then the *insured* shall:

      (1) within three years after providing *us* notice of the Underinsured Motor Vehicle Coverage claim, file a lawsuit, in a state or federal court that has jurisdiction, against *us*;

      (2) consent to a jury trial if requested by *us*;

      (3) agree that *we* may contest the issues of liability and the amount of damages; and

      (4) secure a judgment in that action. The judgment must be the final result of an actual trial and any appeals, if any appeals are taken.

2. *We* are not bound by any:

   a. judgment obtained without *our* written consent; and

   b. default judgment against any *person* or organization other than *us*.

3. Regardless of the amount of any award, including any judgment or default judgment, *we* are not obligated to pay any amount in excess of the available limits under this coverage of this policy.

**Limits**

1. The Underinsured Motor Vehicle Coverage limits are shown on the Declarations Page under "Underinsured Motor Vehicle Coverage Bodily Injury Limits — Each Person, Each Accident".

   a. Subject to item b. below, the most *we* will pay for all damages resulting from *bodily injury* to any one *insured* injured in any one accident, is the least of:

      (1) the limit shown under "Each Person" of this coverage;

      (2) the amount by which the *insured's* compensatory damages for *bodily injury* exceed the sum of the "Each Person" limits of liability of all bodily injury liability insurance coverages that apply to the accident; or

      (3) the amount by which the *Insured's* compensatory damages for *bodily injury* exceed the amount paid to the *insured* by or for any *person* or organization who is or may be held legally liable for the *bodily injury*.

   The "Each Person" limits of liability as used above includes the remaining amounts procurable by the *Insured* if the stated limits of liability have been reduced by payments to *persons* other than the *Insured*.

   b. If the exception to item 1. under *"Underinsured Motor Vehicle"* does not include a land motor vehicle:" applies, then the most *we* will pay any one such *person* is the lesser of:

      (1) the difference between the limit shown under "Each Person" of this coverage and the amount paid to such *person* under the Liability Coverage of this policy; or

      (2) the difference between the amount of compensatory damages sustained by such *person* and the amount paid to such *person* under the Liability Coverage of this policy.

   c. Subject to a. and b. above, the most *we* will pay for all damages resulting from *bodily injury* to two or more *insureds* injured in the same accident is the limit shown under "Each Accident" reduced by the sum of all payments for *bodily injury* made to all *insureds* by or on behalf of any *person* or organization who is or may be held legally liable for the *bodily injury*.

2. These Underinsured Motor Vehicle Coverage limits are the most *we* will pay regardless of the number of:

   a. *insureds*;

   b. claims made;

   c. vehicles insured; or

   d. vehicles involved in the accident.

**Exclusions**

THERE IS NO COVERAGE:

1. FOR AN *INSURED* WHO, WITHOUT *OUR* WRITTEN CONSENT, SETTLES WITH ANY *PERSON* OR ORGANIZATION WHO MAY BE LIABLE FOR THE *BODILY INJURY*;

2. FOR AN *INSURED* WHOSE *BODILY INJURY* RESULTS FROM THE DISCHARGE OF A FIREARM;

3. TO THE EXTENT IT BENEFITS:

   a. ANY WORKERS' COMPENSATION OR DISABILITY BENEFITS INSURANCE COMPANY;

   b. A SELF-INSURER UNDER ANY WORKERS' COMPENSATION LAW, DISABILITY BENEFITS LAW, OR SIMILAR LAW; OR

   c. ANY GOVERNMENT OR ANY OF ITS POLITICAL SUBDIVISIONS OR AGENCIES;

4. FOR AN *INSURED* WHOSE *BODILY INJURY* RESULTS FROM:

   a. NUCLEAR REACTION;

   b. RADIATION OR RADIOACTIVE CONTAMINATION FROM ANY SOURCE; OR

   c. THE ACCIDENTAL OR INTENTIONAL DETONATION OF, OR RELEASE OF RADIATION FROM, ANY NUCLEAR OR RADIOACTIVE DEVICE;

5. FOR PUNITIVE OR EXEMPLARY DAMAGES; OR

6. FOR ANY ORDER OF RESTITUTION ISSUED BY A COURT IN A CRIMINAL PROCEEDING OR EQUITABLE ACTION.

**If Other Underinsured Motor Vehicle Coverage Applies**

1. If multiple policies or coverages purchased from the *State Farm Companies* by one *insured* on different vehicles provide Underinsured Motor Vehicle Coverage which applies to the same accident or claim, the *insured* shall select one of these policies or coverages to apply to the accident. Only the one policy selected by the *insured* shall apply and no coverage will be provided by any of the other policies.

2. Subject to item 1. above, if this coverage applies and other coverage which is not subject to item 1. also applies, then:

   a. if the *insured* has sustained *bodily injury* while *occupying* a vehicle which is not *your car*, this coverage applies as excess to any underinsured motor vehicle coverage which applies to:

      (1) such vehicle if it is described on the declarations page of another policy providing underinsured motor vehicle coverage, or

      (2) its driver, other than *you* or any *resident relative*, who is insured for underinsured motor vehicle coverage under another policy.

If this coverage and one or more other coverages apply as excess, then *we* are liable for *our* share. *Our* share is the percent of the damages that the limit of liability of this coverage bears to the total of all underinsured motor vehicle coverages applicable as excess to the accident; or

   b. if the *insured* has sustained *bodily injury* in any situation not described above and involving an *underinsured motor vehicle*, then *we* are liable for *our* share. *Our* share is the percent of the damages that the limit of liability of this coverage bears to the total of all underinsured motor vehicle coverages applicable to the accident.

**Our Payment Options**

*We* may, at *our* option, make payment to one or more of the following:

1. The *insured*;

2. The *insured's* surviving spouse;

3. A parent or guardian of the *insured*, if the *insured* is a minor or an incompetent *person*; or

4. A *person* authorized by law to receive such payment.

## PHYSICAL DAMAGE COVERAGES

The physical damage coverages are Comprehensive Coverage, Comprehensive and Glass Coverage, Collision Coverage, Emergency Road Service Coverage, and Car Rental and Travel Expenses Coverage.

This policy provides:

1. Comprehensive Coverage if "D";

2. Comprehensive and Glass Coverage if "D-WG";

3. Collision Coverage if "G";

4. Emergency Road Service Coverage if "H";

5. Car Rental and Travel Expenses Coverage if "R1"

is shown under "SYMBOLS" on the Declarations Page.

If a deductible applies to Comprehensive Coverage, then it is shown on the Declarations Page. The deductibles that apply to Comprehensive and Glass Coverage and Collision Coverage are shown on the Declarations Page.

**Additional Definitions**

*Covered Vehicle* means:

1. *your car*;

2. a *newly acquired car*;

3. a *temporary substitute car*;

4. a camper that is designed to be mounted on a pickup truck and shown on the Declarations Page;

5. a *non-owned car* while it is:

   a. being driven by an *insured*; or

   b. in the custody of an *insured* if at the time of the *loss* it is:

      (1) not being driven; or

      (2) being driven by a *person* other than an *insured* and being *occupied* by an *insured*;

6. a *non-owned trailer* while it is being used by an *insured*; and

18
9803A

PLEASE ATTACH TO YOUR POLICY BOOKLET

Policy Number: ▮▮▮▮

**6903A AMENDATORY ENDORSEMENT**

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

**1. LIABILITY COVERAGE**

Paragraph 2.a. of *If Other Liability Coverage Applies* is replaced by the following:

2. *This policy is primary...*

by this policy's insured by this policy's Coverage provided is replaced by the following coverage:

(1) for the ownership, mainte-nance, or use of your car or a rental motor vehicle; or

(2) for the ownership, mainte-nance, or use of a vehicle that is owned by any person or organization engaged in the business of:

(a) selling;

(b) repairing;

(c) servicing;

(d) delivering;

(e) testing;

(f) road testing;

(g) parking; or

(h) storing;

motor vehicles and an *insured* is operating the vehicle and is neither an owner, nor an em-ployee or agent of the owner of the vehicle; and

(3) for the maintenance or use of a rental motor vehicle if:

(a) the rental agreement dis-closes that the owner does not provide liability coverage to the rental motor vehicle; and

(b) the rental did not pur-chase liability coverage from the rental motor ve-hicle's owner; and

(c) no other liability cover-age from sources other than this policy applies. For the same accident.

Page 1 of 3

© Copyright, State Farm Mutual Automobile Insurance Company, 2012

**2. UNINSURED MOTOR VEHICLE COV-ERAGE**

*Deciding Fault and Amount* is replaced by the following:

*Deciding Fault and Amount*

1. The *insured* and we must agree to the answers to the following two ques-tions:

a. Is the *insured* legally entitled to recover compensatory damages from the owner or driver of the *uninsured motor vehicle*; and

b. If the *insured* and we agree that the answer to 1.a. above is yes, then what is the amount of the compensatory damages that the *in-sured* is legally entitled to recover from the owner or driver of the *uninsured motor vehicle*?

2. If there is disagreement on the answers to either or both questions, then the disagreement will be resolved by arbi-tration upon written request of the *in-sured* or us.

The arbitration will take place in the county in which the *insured* resides unless the parties agree to another loca-tion.

The arbitrator shall have no authority to decide any questions of law or con-duct arbitration on a class-wide or class-representative basis.

The written decision of the arbitrator will be agreed to by the arbitrator and that contains an explanation of the basis for the decision will be binding on:

a. any;

b. the *insured*; and

6903A

**3. UNDERINSURED MOTOR VEHICLE COVERAGE**

*Deciding Fault and Amount* is replaced by the following:

*Deciding Fault and Amount*

1. The *insured* and we must agree to the answers to the following two ques-tions:

Page 2 of 3

© Copyright, State Farm Mutual Automobile Insurance Company, 2012

c. any assignee of the *insured*.

The written decision of the arbitrator may be appealed to an Arizona court that has jurisdiction by either party.

The cost of the arbitrator will be shared equally by both parties. Each party will pay all the costs for its own attorney, wit-nesses, and any evidence it uses. The cost of the transcription of the arbitra-tion proceedings will be paid by the party that requested such expense. All other expenses of arbitration will be shared equally by both parties.

2. 
a. If there is disagreement on the answers to either or both questions, then the disagreement will be resolved by arbi-tration upon written request of the *in-sured* or us.

b. If the *insured* and we agree that then what is the amount of, if the *in-sured* is legally entitled to recover from the owner or driver of the *uninsured motor vehicle*?

If there is disagreement, the arbitration will take place in the county in which the *insured* resides unless the parties agree to another loca-tion.

The arbitrator shall have no authority to decide any questions of law or con-duct arbitration on a class-wide or class-representative basis.

3. Subject to the provisions of this policy, as to the conduct of the arbitration and amount of the arbitration and amount of... shall be used.

The *insured* and we will agree upon a competent and impartial arbitrator. If the *insured* and we are unable to agree upon an arbitrator within 30 days, then either the *insured* or we may petition a court that has jurisdiction to select the arbitrator.

4. If we do not waive any of *our rights* by submitting to arbitration.

5. *We are not bound by any:*

a. judgment obtained without our written consent; and

b. default judgment against any per-son or organization other than us.

6. Subject to the provisions of this policy, the arbitrator's judgment in excess of any amount in excess of the available limits under this coverage of this policy.

7. Any arbitration or suit against us will be barred unless commenced within three years after the date you notified us in writing of the *uninsured motor vehicle* claim. Legal action may only be brought against us in accordance with the *Legal Action Against Us* provision of this policy.

**3. UNDERINSURED MOTOR VEHICLE COVERAGE**

*Deciding Fault and Amount* is replaced by the following:

*Deciding Fault and Amount*

1. The *insured* and we must agree to the answers to the following two ques-tions:

a. The *insured* is legally entitled to recover compensatory damages

6903A

0907901847

b. from the owner or driver of the *underinsured motor vehicle*; and

If the *insured* and we agree that the answer to 1.a. above is yes, then what is the amount of, if the *in-sured* is legally entitled to recover from the owner or driver of the *underinsured motor vehicle*?

2. If there is disagreement on the answers to either or both questions, then the disagreement will be resolved by arbi-tration upon written request of the *in-sured* or us.

The arbitration will take place in the county in which the *insured* resides unless the parties agree to another loca-tion.

The arbitrator shall have no authority to decide any questions of law or con-duct arbitration on a class-wide or class-representative basis.

The written decision of the arbitrator that is agreed to by the arbitrator and that contains an explanation of the basis for the decision will be binding on:

a. us;

b. the *insured*; and

c. any assignee of the *insured*.

The written decision of the arbitrator may be appealed to an Arizona court that has jurisdiction by either party.

The cost of the arbitrator will be shared equally by both parties. Each party will pay the costs for its own attorney, wit-nesses, and any evidence it uses. The cost of the transcription of the arbitra-tion proceedings will be paid by the party that requested such expense. All other expenses of arbitration will be shared equally by both parties.

3. Subject to the provisions of this policy, the Arizona Rules of Civil Procedure as to the conduct of the arbitration shall be used.

Page 3 of 3

© Copyright, State Farm Mutual Automobile Insurance Company, 2012

6903A

PLEASE ATTACH TO YOUR POLICY BOOKLET

Policy Number: ████
Sheet 2 of 2

4. *We do not waive any of our rights by submitting to arbitration.*

5. *We are not bound by any:*
   1. *judgment obtained without our written consent; and*
   2. *default judgment against any person or organization other than us.*

6. Regardless of the amount of any arbitration award or any other award, including any judgment or default judgment, we are not obligated to pay any amount in excess of the available limits under this coverage of this policy.

7. Any arbitration or suit against us will be barred unless commenced within three years after the date you notified us in writing of the uninsured motor vehicle claim. Legal action may only be brought against us in accordance with the provisions of this policy. *Legal Action Against Us* provision of this policy.

## PHYSICAL DAMAGE COVERAGES

### Insuring Agreements

Item 5.a is replaced by the following:

a. Car Rental Expense

   *We* will pay this *daily rental* charge incurred when an *insured* rents a car from a *car business* while *your car* or a *newly acquired car* is:
   (1) not drivable; or
   (2) being repaired

as a result of a *loss* which would be payable under Comprehensive Coverage or Collision Coverage. *We* will pay this *daily rental* charge incurred during a period that:

(1) starts on the date:
   (a) the vehicle is not drivable as a result of the *loss*; or
   (b) the vehicle is left at a repair facility if the vehicle is drivable; and
(2) ends on the earliest of:
   (a) the date the vehicle has been repaired or replaced;
   (b) the date *we* offer to pay for the *loss* if the vehicle is repairable but *you* choose to delay repairs; or
   (c) seven days after *we* offer to pay for the *loss* if the vehicle is:
       (i) a total loss as determined by *us*; or
       (ii) stolen and not recovered.

The amount of any such *daily rental charge* incurred by an *insured* vehicle must be reported to *us* before *we* will pay such amount.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2012

Page 3 of 3

6903A



**GEICO**
**geico.com**

Tel: 1-800-841-3000

**GEICO CASUALTY COMPANY**
P.O. Box 509090
San Diego, CA 92150-9090

Date Issued: April 8, 2012

GILBERT AZ 85296-7347

Email Address:

# Declarations Page

This is a description of your coverage
Please retain for your records.

**Policy Number:**
**Coverage Period:**
05-09-12 through 11-09-12
12:01 a.m. local time at the address of the named insured.

Endorsement Effective: 05-09-12

| Named Insured | Additional Drivers |
|---|---|
| Susanne Caruso | None |

| Vehicle | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 2008 Infi      G35 AWD | | Gilbert AZ 85296 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 |
|---|---|---|
| Bodily Injury Liability | | |
| Each Person/Each Occurrence | $100,000/$300,000 | $94.70 |
| Property Damage Liability | $100,000 | $47.00 |
| Medical Payments | $5,000 | $14.65 |
| Uninsured Motorists | | |
| Each Person/Each Occurrence | $100,000/$300,000 | $13.01 |
| Underinsured Motorist | | |
| Each Person/Each Occurrence | $100,000/$300,000 | $22.43 |
| Comprehensive/Safety Equipment | $250 Ded/Non-Ded | $46.32 |
| Collision | $250 Ded | $104.55 |
| Emergency Road Service | Full | $4.42 |
| Rental Reimbursement | $50 Per Day | $11.74 |
| | $1500 Max | |
| **Total Six Month Premium** | | **$358.82** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

## Discounts

| | |
|---|---|
| The total value of your discounts is | $148.70 |
| Restraint | $6.28 |
| Seat Belt | $0.77 |
| Anti-Theft | $4.96 |
| Multiline | $8.97 |
| Good Driver | $71.22 |
| Persistency | $39.92 |
| Anti-Lock Brake | $5.50 |
| Marketing Partner | $11.08 |

**The following discounts have also been applied**

| | |
|---|---|
| Driving Experience | Included |
| Financial Responsibility | Included |

**Contract Type:** A30AZ
**Contract Amendments:** ALL VEHICLES - A30AZ A54AZ

**Unit Endorsements:**   A114 (VEH 1); A431 (VEH 1); CC1115 (VEH 1); CC115 (VEH 1);
M700RR (VEH 1); UE316 (VEH 1)

Countersigned by Authorized Representative



---

### Important Policy Information

-We welcome you to our GEICO family in the Auto Voluntary B10 rate program.

-A premium charge of   $16.44 is included in your total premium for your Upgraded Accident Forgiveness Benefit.

-Your policy includes the upgraded Accident Forgiveness benefit, which will keep your premium from increasing in the event of a qualifying accident.

-No coverage is provided in Mexico.

-Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA and NORTH CAROLINA. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.

-Coverages and/or limits were changed as you requested or due to state requirements.

-This adjustment is effective 4/8/2012.

# GEICO

ONE GEICO PLAZA
Washington, D. C. 20076-0001
Telephone: 1-800-841-3000

# Arizona Family Automobile Insurance Policy

## GEICO CASUALTY COMPANY

## POLICY INDEX

Page

**SECTION I**

**Liability Coverages**
**Your Protection Against Claims From Others**

Definitions.................................................. 3
Losses We Will Pay For You ................................. 3
Additional Payments We Will Make Under The
    Liability Coverages............................................ 3
    Legal Expenses And Court Costs
    Bail And Appeal Bonds
    First Aid Expenses
Exclusions: When Section I Does Not Apply ........... 4
Persons Insured: Who Is Covered......................... 5
Financial Responsibility Laws.................................. 5
Out Of State Insurance........................................ 5
Limits Of Liability ............................................. 5
Other Insurance................................................ 5
Conditions..................................................... 5
    Notice
    Two Or More Autos
    Assistance And Cooperation Of The Insured
    Action Against Us
    Subrogation

**SECTION II**

**Automobile Medical Payments Coverage**
**Protection For You And Your Passengers For Medical Expenses**

Definitions  .................................................... 6
Payments We Will Make ...................................... 6
Exclusions: When Section II Does Not Apply .......... 7
Limit Of Liability ............................................. 7
Other Insurance................................................ 7
Conditions..................................................... 7
    Notice
    Two Or More Autos
    Action Against Us
    Medical Reports - Proof And Payment Of Claims
    Subrogation

**SECTION III**

**Physical Damage Coverages**
**Your Protection For Loss Of Or Damage To Your Car**

Definitions..................................................... 8
Losses We Will Pay .......................................... 9
    Comprehensive Coverage................................. 9
    Collision Coverage ........................................ 9
Additional Payments We Will Make Under The
    Physical Damage Coverages ............................ 9
    Car Rental If Your Car Is Stolen
Exclusions: When The Physical Damage
    Coverages Do Not Apply ................................ 9
Limit Of Liability ............................................. 10
Other Insurance................................................ 10

Page

Conditions.................................................... 10
    Notice
    Two Or More Autos
    Assistance And Cooperation Of The Insured
    Action Against Us
    Insured's Duties In Event Of Loss
    Appraisal
    Payment Of Loss
    No Benefit To Bailee
    Subrogation
    Assignment

**SECTION IV**

**Uninsured Motorists Coverage**
**Your Protection For Injuries Caused By Uninsured And Hit And Run Motorists**

Definitions ................................................... 11
Losses We Pay................................................ 12
Exclusions:  When Section IV Does Not Apply ...... 13
Limits Of Liability ........................................... 13
Other Insurance................................................ 13
Arbitration...................................................... 13
Trust Agreement ............................................. 14
Conditions..................................................... 14
    Notice
    Assistance And Cooperation Of The Insured
    Action Against Us
    Proof Of Claim - Medical Reports
    Payment Of Loss

**SECTION V**

**General Conditions**
**The Following Apply To All Coverages In This Policy**

Territory ....................................................... 14
Premium ....................................................... 14
Changes........................................................ 15
Assignment.................................................... 15
Policy Period.................................................. 15
Cancellation By The Insured ............................... 15
Cancellation By Us .......................................... 15
Cancellation By Us Is Limited.............................. 15
Renewal ....................................................... 16
Dividend Provision ........................................... 16
Declarations................................................... 16
Fraud And Misrepresentation ............................... 17
Examination Under Oath .................................... 17
Terms Of Policy Conformed To Statutes ............... 17
Disposal of Vehicle .......................................... 17
Choice of Law ............................................... 17

**SECTION VI**

**Amendments And Endorsements**
Special Endorsement
    United States Government Employees ...........17

(c) In the conduct of suits;
(d) In enforcing any right to subrogation against any legally responsible person or organization;
(e) At trials and hearings;
(f) In securing and giving evidence; and
(g) By obtaining the attendance of witnesses.

4. ACTION AGAINST US

Suit will not lie against us unless the policy terms have been complied with and until 30 days after proof of loss is filed and the amount of *loss* is determined.

If we retain salvage, we have no duty to preserve or otherwise retain the salvage for any purpose, including as evidence for any civil or criminal proceeding. If *you* ask us immediately after a *loss* to preserve the salvage for inspection, we will do so for a period not to exceed 30 days. *You* may purchase the salvage from us if *you* wish.

5. *INSURED'S* DUTIES IN EVENT OF *LOSS*

In the event of *loss* the *insured* will:

(a) Protect the auto, whether or not the *loss* is covered by this policy. Further *loss* due to the *insured's* failure to protect the auto will not be covered. Reasonable expenses incurred for this protection will be paid by us.

(b) File with us, within 91 days after *loss*, his sworn proof of loss including all information we may reasonably require.

(c) At our request, the *insured* will exhibit the damaged property.

6. APPRAISAL

If we and the *insured* do not agree on the amount of *loss*, either may, within 60 days after proof of loss is filed, demand an appraisal of the *loss*. In that event, we and the *insured* will each select a competent appraiser. The appraisers will select a competent and disinterested umpire. The appraisers will state separately the *actual cash value* and the amount of the *loss*. If they fail to agree, they will submit the dispute to the umpire. An award in writing of any two will determine the amount of *loss*. We and the *insured* will each pay his chosen appraiser and will bear equally the other expenses of the appraisal and umpire.

We will not waive our rights by any of our acts relating to appraisal.

7. PAYMENT OF *LOSS*

We may at our option:

(a) Pay for the *loss*; or

(b) Repair or replace the damaged or stolen property.

At any time before the *loss* is paid or the property replaced, we may return any stolen property to *you* or to the address shown in the declarations at our expense with payment for covered damage. We may take all or part of the property at the agreed or appraised value, but there will be no abandonment to us. We may settle claims for *loss* either with the *insured* or the owner of the property.

8. NO BENEFIT TO BAILEE

This insurance does not apply directly or indirectly to the benefit of a carrier or other bailee for hire liable for the *loss* of the auto.

9. SUBROGATION

If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right except that the *insured* may bring a cause of action separate and apart from the company (us) seeking recovery of damages for which we have not compensated the *insured* . Any settlement or judgment of the claim of the *insured* alone shall not affect our rights. The person to or for whom payment was made shall do whatever is necessary to enable us to exercise our rights and shall do nothing after *loss* to prejudice them.

10. ASSIGNMENT

With respect to Section III, Physical Damage Coverages, an Assignment of interest under this policy will not bind us without our consent. Any nonconforming assignment shall be void and invalid. Moreover, the assignee of nonconforming assignment shall acquire no rights under this contract and we shall not recognize any such assignment.

### SECTION IV - UNINSURED MOTORISTS COVERAGE
Protection For *You* And *Your* Passengers For Injuries Caused By Uninsured And Hit-And-Run Motorists

DEFINITIONS

The definitions of terms for Section I apply to Section IV, except for the following special definitions:

1. *Hit-and-run motor vehicle* is a motor vehicle that causes *bodily injury* to an *insured*, provided:

(a) The owner or operator of the motor vehicle cannot be determined; and

(b) The *insured* or someone on his behalf reports the accident to a police, peace or judicial officer or to the Commissioner of Motor Vehicles; and

(c) The *insured* or someone on his behalf makes available for inspection, at our request, the auto *occupied* by the *insured* at the time of the accident.

The *hit-and-run motor vehicle* does not have to make contact with the injured person or the vehicle the injured person is *occupying* if the facts of the accident can be proved through independent corroborative evidence, other than the testimony of an *insured*, that the *bodily injury* was caused by the unidentified owner or operator.

2.  *Insured* means:

(a) The individual named in the declarations and his or her spouse if a resident of the same household;

(b) *Relatives* of (a) above if residents of his household;

(c) Any other person while *occupying* an *owned auto*;

(d) Any person who is entitled to recover damages because of *bodily injury* sustained by an *insured* under (a), (b), and (c) above.

If there is more than one *insured*, our limit of liability will not be increased.

3.  *Insured auto* is an auto:

(a) Described in the declarations and covered by the bodily injury liability coverage of this policy;

(b) Temporarily substituted for an *insured auto* when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction; or

(c) Operated by *you* or *your* spouse if a resident of the same household.

But the term *insured auto* does not include:

(i) An auto used to carry passengers or goods for hire, except in a car pool or while used in the course of volunteer work for a tax-exempt organization as defined by Arizona statute;

(ii) An auto being used without the owner's permission.

4.  *Occupying* means in, upon, entering into or alighting from.

5.  *State* includes the District of Columbia, the territories and possessions of the United States, and the Provinces of Canada.

6.  *Uninsured auto* is a motor vehicle which has no bodily injury liability bond or insurance policy applicable with liability limits complying with the Financial Responsibility Law of Arizona. This term also includes an auto whose insurer is or becomes insolvent or denies coverage.

The term *uninsured auto* does not include:

(a) A land motor vehicle or *trailer* operated on rails or crawler-treads or located for use as a residence or premises; or

(b) Any vehicle or equipment designed for use off public roads, while not on public roads; or

(c) An *underinsured motor vehicle*.

7.  *Underinsured motor vehicle* means a motor vehicle for which the sum of all bodily injury liability bonds and insurance policies applicable at the time of the accident is:

(a) Equal to or greater than *your state's* Financial Responsibility requirements; but

(b) Less than the damages the *insured* is legally entitled to recover.

The term *underinsured motor vehicle* does not include:

(a) An *insured auto* provided that the *insured* has received the full amount of the liability coverage under the Bodily Injury Coverage of this policy; or

(b) A land motor vehicle or *trailer* operated on rails or crawler-treads or located for use as a residence or premises; or

(c) A farm-type tractor or equipment designed for use principally off public roads, except while used upon public roads; or

(d) An *uninsured auto*.

**LOSSES WE PAY**

Under the Uninsured Motorists Coverage we will pay damages for *bodily injury* caused by accident which the *insured* is legally entitled to recover from the owner or operator of an *uninsured auto* or *hit-and-run auto* arising out of the ownership, maintenance or use of that auto.

The amount of the *insured's* recovery for these damages will be determined by agreement between the *insured* or his representative and us. The dispute may be arbitrated if an agreement cannot be reached.

## EXCLUSIONS

### When Section IV Does Not Apply

1. This Coverage does not apply to *bodily injury* to an *insured* if the *insured* or his legal representative has made a settlement or has been awarded a judgment of his claim without our prior written consent.

2. The Uninsured Motorists Coverage will not benefit any workers' compensation insurer, self insurer, or disability benefits insurer.

3. We do not cover the United States of America or any of its agencies as an *insured*, a third party beneficiary or otherwise.

4. Regardless of any other provision of this policy, there is no coverage for punitive or exemplary damages.

## LIMITS OF LIABILITY

Regardless of the number of autos or *trailers* to which this policy applies:

1. The limit of liability for Uninsured Motorists Coverage stated in the declarations for "each person" is the limit of our liability for all damages, including those for care or loss of services, due to *bodily injury* sustained by one person as the result of one accident.

2. The limit of liability stated in the declarations as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of *bodily injury* sustained by two or more persons as the result of one accident.

3. When coverage is afforded to two or more autos, the limits of liability shall apply separately to each auto as stated in the declarations but shall not exceed the highest limit of liability applicable to one auto.

If separate policies or coverages with us are in effect for *you* or any person in *your* household, they may not be combined to increase the limit of our liability for a loss; however, *you* have the right to select which policy or coverage is to be applicable to the loss. If there is more than one *insured* seeking benefits as a result of a single accident, only one policy or coverage may be selected and made applicable to all *insureds* seeking benefits.

To the extent the *insured* is not deprived of full compensation for the loss, the damages payable under this Coverage will be reduced by all amounts:

    (a) Paid by or for all persons or organizations liable for the injury; or
    (b) Paid or payable under the Bodily Injury Coverage or Auto Medical Payments Coverage of this policy; or
    (c) Paid or payable under any workers' compensation law, disability benefits law or any similar law.

## OTHER INSURANCE

If there is other applicable similar insurance available to an *insured*, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to an *insured* while *occupying* an auto not described in this policy shall be excess over any other collectible insurance.

## ARBITRATION

Except as set forth in the last sentence of this paragraph, any dispute arising between any *insured* and us regarding:

    (a) The extent to which the *insured* is legally entitled to recover against an owner or operator of an *uninsured motor vehicle* (i.e., issues of liability); or

    (b) The amount of damages sustained by the *insured*

may be arbitrated. However, neither the *insured* nor we will be required to arbitrate unless arbitration is expressly required by state law. Unless so required, binding arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this Coverage in a particular policy, or the application of this Coverage to a particular claim or claimant.

We will be obligated to pay no more than the applicable policy limits for this Coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this Coverage as defined in this policy.

Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by *you* and us. Attorney fees and expenses will be paid by the party incurring them.

## EXCLUSIONS

The following exclusions are revised:

**12.** We do not cover *loss* to *custom parts or equipment*, in excess of $1,000, unless the existence of those *custom parts or equipment* has been previously reported to us and an endorsement to the policy has been added.

**16.** There is no coverage for any *loss* caused by:

    (a) participation in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized.

    (b) the operation or use of a motor vehicle on a track designed primarily for racing or high speed driving. This does not apply if the vehicle is being used in connection with an activity other than racing, high speed driving or any competitive driving.

The following exclusions are added:

**17.** There is no coverage under this Section for any person or organization while any motor vehicle is operated, maintained or used as part of personal motor vehicle sharing facilitated by a *personal vehicle sharing program*.

**18.** There is no coverage for any damage arising out of, resulting from, caused by or attributed to electromagnetic radiation including but not limited to electromagnetic radiation caused by solar flare, solar wind, solar radiation, solar activity, solar phenomena, solar storm, magnetic storm or magnetic field.

## LIMIT OF LIABILITY

Item 5. is revised as follows:

**5.** For *custom parts or equipment* is limited to the *actual cash value* of the *custom parts or equipment*, not to exceed the *actual cash value* of the vehicle. However, the most we will pay for *loss* to *custom parts or equipment* is $1,000, unless the existence of those *custom parts or equipment* has been previously reported to us and an endorsement to the policy has been added.

*Actual cash value* of property will be determined at the time of the *loss* and will include an adjustment for *depreciation/betterment* and for the physical condition of the property.

## CONDITIONS

The following paragraph is added to 1. NOTICE:

In the case of theft of the entire auto, the *insured* must promptly notify the police that the vehicle was stolen. To be eligible as a covered *loss*, the police report must acknowledge and classify the report as theft of a motor vehicle. The *insured* must cooperate fully with the policy investigation, with the prosecution of any person(s) charged with theft and any civil suit brought by us against the person(s) responsible to recover for the *loss*.

## SECTION IV - UNINSURED MOTORISTS COVERAGE

### DEFINITIONS

Definition 2. *Insured*, item (a) is revised as follows:

(a) The named insured shown in the declarations and his or her spouse if a resident of the same household;

### EXCLUSIONS

The following exclusion is added:

**5.** There is no coverage under this Section for any person or organization while any motor vehicle is operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*.

We affirm this amendment.

W.C.E. Robinson
Secretary

O. M. Nicely
President

**GEICO**

**Automobile Policy Amendment**

**Underinsured Motorist Coverage**

Policy Number: ▓▓▓▓▓▓

**Arizona**

*Your* policy is amended to provide Underinsured Motorist Coverage subject to the following.

**DEFINITIONS**

The definitions of terms in Section I, Liability Coverages, of *your* policy apply to this coverage except for the following special definitions.

1. *Insured* means:

   (a) *You*;
   (b) *Your relatives*;
   (c) Any other person *occupying* an *owned auto*; or
   (d) Any person who is entitled to recover damages because of *bodily injury* sustained by an *insured* under (a), (b) and (c) above.

   If there is more than one *insured* our limits of liability will not be increased.

2. *Insured auto* is an auto:

   (a) Described in the declarations and covered by the bodily injury liability coverage of this policy;
   (b) Temporarily substituted for an *insured auto* when withdrawn from normal use because of its:

      (i)   Breakdown;
      (ii)  Repair;
      (iii) Servicing;
      (iv)  Loss; or
      (v)   Destruction.

   (c) Operated by *you* or *your* spouse if a resident of the same household.

   But the term *insured auto* does not include:

   (i)  An auto used to carry passengers or goods for hire, except in a car pool or while used in the course of volunteer work for a tax-exempt organization as defined by Arizona statute; or
   (ii) An auto being used without the owner's permission.

3. *Occupying* means:

   (a) In;
   (b) Upon;
   (c) Entering into; or
   (d) Alighting from.

4. *State* includes:

   (a) The District of Columbia;
   (b) The territories and possessions of the United States; and
   (c) The Provinces of Canada.

5. *Underinsured motor vehicle* means a motor vehicle for which the sum of all bodily injury liability bonds and insurance policies applicable at the time of the accident is:

   (a) Equal to or greater than *your state's* Financial Responsibility requirements; but
   (b) Less than the damages the *insured* is legally entitled to recover.

   The term *underinsured motor vehicle* does not include:

   (a) an *insured auto*, provided that the insured has received the full amount of the liability coverage under the Bodily Injury Coverage of this policy; or
   (b) A land motor vehicle or *trailer* operated on rails or crawler-treads or located for use as a residence or premises; or
   (c) A farm-type tractor or equipment designed for use principally off public roads, except while used upon public roads; or
   (d) An *uninsured auto*.

6. *Uninsured auto* is a motor vehicle which has no bodily injury liability bond or insurance policy applicable with liability limits complying with the Financial Responsibility Law of Arizona. This term also includes an auto whose insurer is or becomes insolvent or denies coverage.

*00000142487065A02020200781*

The term *uninsured auto* does not include:

(a) A land motor vehicle or *trailer* operated on rails or crawler-treads or located for use as a residence or premises; or

(b) Any vehicle or equipment designed for use off public roads, while not on public roads; or

(c) An *underinsured motor vehicle*.

## LOSSES WE PAY

We will pay damages which the *insured* is legally entitled to recover from the owner or operator of an *underinsured motor vehicle* because of *bodily injury*:

1. Sustained by the *insured*; and

2. Caused by accident.

The *bodily injury* must arise out of the ownership, maintenance or use of the *underinsured motor vehicle*.

The amount of the *insured's* recovery for these damages will be determined by agreement between the *insured* or his representative and us. The dispute may be arbitrated if an agreement cannot be reached.

## EXCLUSIONS

### When Coverage Does Not Apply

1. This coverage does not apply to *bodily injury* to an *insured* if the *insured* or his legal representative has made a settlement or has been awarded a judgment of his claim without our prior written consent.

2. This coverage will not benefit any workmen's compensation insurer, self insurer or disability benefits insurer.

3. We do not cover the United States of America or any of its agencies as an *insured*, a third party beneficiary or otherwise.

4. *Bodily injury* that results from nuclear exposure or explosion including resulting fire, radiation or contamination is not covered.

5. *Bodily injury* that results from bio-chemical attack or exposure to bio-chemical agents is not covered.

6. This coverage does not apply to any liability assumed under any contract or agreement.

7. There is no coverage for any person or organization while any motor vehicle is operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*.

## LIMIT OF LIABILITY

Regardless of the number of autos or *trailers* to which this policy applies:

1. The limit of liability for this Coverage stated in the declarations for "each person" is the limit of our liability for all damages, including those for care or loss of services, due to *bodily injury* sustained by one person as the result of one accident.

2. The limit of liability stated in the declarations applicable to "each accident" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of *bodily injury* sustained by two or more persons as the result of one accident.

3. When coverage is afforded to two or more autos, the limits of liability shall apply separately to each auto as stated in the declarations but shall not exceed the highest limit of liability applicable to one auto.

   If separate policies or coverages with us are in effect for *you* or any person in *your* household, they may not be combined to increase the limit of our liability for a loss; however, *you* have the right to select which policy or coverage is to be applicable to the loss. If there is more than one *insured* seeking benefits as a result of a single accident, only one policy or coverage may be selected and made applicable to all *insureds* seeking benefits.

   To the extent that the *insured* is not deprived of full compensation for the loss, the damages payable under this coverage will be reduced by all amounts:

   (a) Paid by or for all persons or organizations liable for the injury; or

   (b) Paid or payable under the Bodily Injury Coverage or Auto Medical Payments Coverage of this policy; or

   (c) Paid or payable under any workers' compensation law, disability benefits law or any similar law.

## OTHER INSURANCE

If there is other applicable similar insurance available to an *insured*, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to an *insured* while *occupying* an auto not described in this policy shall be excess over any other collectible insurance.

## ARBITRATION

Except as set forth in the last sentence of this paragraph, any dispute arising between any *insured* and us regarding:

(a) The extent to which the *insured* is legally entitled to recover against an owner or operator of an *uninsured auto* (i.e., issues of liability); or

(b) The amount of damages sustained by the *insured*

may be arbitrated  However, neither the *insured* nor we will be required to arbitrate unless arbitration is expressly required by state law. Unless so required, binding arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this Coverage in a particular policy, or the application of this Coverage to a particular claim or claimant. We will be obligated to pay no more than the applicable policy limits for this Coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this Coverage as defined in this policy.

Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by *you* and us.  Attorney fees and expenses will be paid by the party incurring them.

## CONDITIONS

The following conditions apply only to this Coverage:

1. **NOTICE**

    As soon as possible after an accident, notice must be given us or our authorized agent stating:

    (a) The identity of the *insured*;

    (b) The time, place and details of the accident; and

    (c) The names and addresses of the injured, and of any witnesses.

    If the *insured* or his legal representative files suit before we make a settlement under this coverage, he must immediately provide us with a copy of the suit papers.

2. **ASSISTANCE AND COOPERATION OF THE *INSURED***

    After we receive notice of a claim, we may require the *insured* to take any action necessary to preserve his recovery rights against any allegedly legally responsible person or organization.  We may require the *insured* to make that person or organization a defendant in any action against us.

3. **ACTION AGAINST US**

    Suit will not lie against us unless the *insured* or his legal representative have fully complied with all the policy terms.

4. **PROOF OF CLAIM - MEDICAL REPORTS**

    As soon as possible, the *insured* or other person making claim must give us written proof of claim, under oath if required.  This will include details of the nature and extent of injuries, treatment, and other facts which may affect the amount payable.

    The *insured* and other persons making claim must submit to examination under oath by any person named by us when and as often as we may reasonably require.  Proof of claim must be made on forms furnished by us unless we have not furnished these forms within 15 days after receiving notice of claim.

    The injured person will submit to examination by doctors chosen by us, at our expense, as we may reasonably require.  In the event of the *insured's* incapacity or death, his legal representative must, at our request, authorize us to obtain medical reports and copies of records.

5. **PAYMENT OF LOSS**

    Any amount due is payable:

    (a) To the *insured* or his authorized representative;

    (b) If the *insured* is a minor to his parent or guardian; or

    (c) If the *insured* is deceased, to his surviving spouse; otherwise

    (d) To a person authorized by law to receive the payment; or to a person legally entitled to recover payment for the damages.

    We may, at our option, pay an amount due in accordance with (d) above.

We affirm this amendment.

W. C. E. Robinson
Secretary

O. M. Nicely
President

Page   3

AUTO-OWNERS INS. CO.

99971 (1-14)

Issued    03-20-2020

AGENCY    AMERICAN PREMIER INSURANCE AGENCY INC
25-0240-00                   MKT TERR 075

Company    POLICY NUMBER
Bill       Company Use

45-06-AZ-1508

INSURED

Term   08-17-2019  to  08-17-2020

| DESCRIPTION OF ITEM INSURED | TERRITORY |
|---|---|

| 4. 1999 HD  XL883 | 022 |
| VIN: | Maricopa County, AZ |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Bodily Injury | $ 50,000 ea pers/$ 100,000 ea occ | $155.94 | |
| Property Damage | $ 50,000 ea occ | 16.79 | |
| Uninsured Motorist | $ 50,000 ea pers/$ 100,000 ea occ | 146.55 | |
| Underinsured Motorist | $ 50,000 ea pers/$ 100,000 ea occ | 113.71 | |
| Comprehensive | ACV not to exceed $ 6,500 (SA) | 45.44 | |
| | $ 500 ded | | |
| Collision | ACV not to exceed $ 6,500 (SA) | 170.53 | |
| | $ 500 ded | | |
| Road Trouble Service | $100 ea occ | 21.41 | |
| | TOTAL | $670.37 | |

No Charge

Interested Parties:  None

Additional Forms For This Item:   99332 (08-14)     99344 (08-14)     99897 (10-15)     89021 (02-06)     89023 (07-06)     89024 (07-06)
89270 (09-09)    69434 (12-15)

ITEM DETAILS:  Automobile driven for pleasure/commute 0-3 use by a 53 year old operator.
Coverage premiums anticipate lay-up period.
Safety Riding Apparel Coverage - $1,000 limit.
Stated Amount (SA) - See Important Notice 79177 (07-06).
Garaging Address:
Rate Effective Date 03-07-2019
Motorcycle Multi-Vehicle Discount applies.
Cycle is 751 - 900cc

140

| TOTAL POLICY PREMIUM | TERM | ALL ITEMS |
|---|---|---|
| | $2,849.19 | |

No Charge

Forms That Apply To All Items:    79001 (03-99)     79580 (04-10)     79695 (08-18)     99708 (09-16)     89125 (11-14)     69405 (01-16)
89432 (04-09)    89449 (04-10)   69397 (09-15)   69270 (05-14)   89058 (04-07)   99636 (08-18)

Policy Rate Code 0003
Premium assumes no youthful operator(s).
Warning:  Please review form 79580 - Mexico Coverage Limited.
Insurance Score: X816
Payment History Discount Applies.

Rated Driver List

Listed below are drivers currently rated on this policy

Age 53

Age 57

# Automobile
# Insurance Policy

*Auto-Owners Insurance Company*

Agency Code    25-0240-00

Policy Number ▮▮▮▮▮▮▮

99332 (8-14)

**Arizona**
# UNDERINSURED MOTORIST COVERAGE
**Automobile Policy**

It is agreed:

**1. DEFINITIONS**
The following definitions apply in addition to those contained in **SECTION I - DEFINITIONS** of the policy.

  **a.** **Occupying** means being in or on an **automobile** as a passenger or operator, or being engaged in the immediate acts of entering, boarding or alighting from an **automobile**.

  **b.** **Underinsured automobile** means an **automobile** to which a **bodily injury** liability bond or liability insurance policy applies at the time of the **occurrence**:

  (1) in at least the minimum amounts required by the Arizona Financial Responsibility Law; and

  (2) the limits of liability provided are less than the amount of damages the injured person is legally entitled to recover for **bodily injury**.

  **Underinsured automobile** does not include an **automobile**:

  (1) located for use as a residence or premises;

  (2) that is designed for use primarily off public roads except while actually on public roads; or

  (3) that is an uninsured **automobile**. Uninsured **automobile** means an **automobile**:

   (a) to which no **bodily injury** liability bond or liability insurance policy applies:

   1) at the time of the **occurrence**;

   2) in at least the minimum amounts required by the Arizona Financial Responsibility Law.

   (b) insured by a company that becomes insolvent.

   (c) insured by a company that has issued a successful written denial of coverage.

   (d) that is a hit and run **automobile**. By this **we** mean an **automobile**:

   1) which causes an accident resulting in the **bodily injury** sustained by the injured person; and

   2) whose owner or operator is unknown.

An **occurrence** involving a hit and run **automobile** must be reported to the police. Actual physical contact is not required if corroboration of the **occurrence** is provided. Corroboration means any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the injured person's representations of the accident.

   (e) owned or operated by a self-insurer within the meaning of any **automobile** law, unless other liability coverage is afforded whose limits are less than the amount of damages incurred by the injured person.

   (f) owned by any governmental unit or agency, unless other liability coverage is afforded whose limits are less than the amount of damages incurred by the injured person.

**2. COVERAGE**

  **a.** **We** will pay compensatory damages, including but not limited to loss of consortium, any person is legally entitled to recover from the owner or operator of an **underinsured automobile** because of **bodily injury** sustained by an injured person while **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy.

  **b.** This coverage is extended to **you**, if an individual, as follows:

  (1) **We** will pay compensatory damages, including but not limited to loss of consortium, **you** are legally entitled to recover from the owner or operator of any **underinsured automobile** because of **bodily injury you** sustain:

   (a) when **you** are **occupying** an **automobile** that is not covered by **SECTION II - LIABILITY COVERAGE** of the policy; or

   (b) when **you** are not **occupying** any **automobile**.

99332 (8-14)

Page 1 of 3

(2) The coverage extended in **2.b.(1)** above is also afforded to a **relative**.

c. The **bodily injury** must be accidental and arise out of the ownership, maintenance or use of the **underinsured automobile**.

d. Coverage under this endorsement shall only apply when the compensatory damages, including but not limited to loss of consortium, exceed the limits of liability of all **bodily injury** liability bonds or liability insurance policies applying to the **underinsured automobile** and its operator.

e. Whether an injured person is legally entitled to recover compensatory damages, including but not limited to loss of consortium, and the amount of such damages shall be determined by agreement between the injured person and **us**. **We** will not be bound by any judgments for damages obtained or settlements made without **our** written consent.

**3. EXCLUSIONS**

Underinsured Motorist Coverage does not apply to:

a. punitive or exemplary damages;

b. any person who settles a **bodily injury** claim without **our** written consent; or

c. directly or indirectly benefit an insurer or self-insurer under any workers compensation law or disability benefits law.

**4. LIMIT OF LIABILITY**

a. **Our** Limit of Liability for Underinsured Motorist Coverage shall not exceed the lowest of:

(1) The Limit of Liability stated in the Declarations for Underinsured Motorist Coverage as follows:

(a) The limit stated for "each person" is the amount of coverage and the most **we** will pay for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to one person in any one **occurrence**;

(b) The limit stated for "each occurrence" is the total amount of coverage and the most **we** will pay, subject to **4.a.(1)(a)** above, for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to two or more persons in any one **occurrence**; or

(2) The amount by which compensatory damages, including but not limited to loss of consortium, sustained exceed the total applicable limits of liability of all liability bonds or policies of the driver or owner of any **underinsured automobile**.

b. The Limit of Liability is not increased because of the number of:

(1) **automobiles** shown or premiums charged in the Declarations;

(2) claims made or **suits** brought;

(3) persons injured; or

(4) **automobiles** involved in the **occurrence**.

c. The amount **we** pay will not duplicate any amounts paid or payable for the same **bodily injury**:

(1) under **SECTION II - LIABILITY COVERAGE** of the policy;

(2) under Uninsured Motorist Coverage, if provided by the policy;

(3) by or on behalf of any person or organization who may be legally responsible for the **bodily injury**; or

(4) under Automobile Medical Payments coverage, if provided by the policy.

**5. OTHER UNDERINSURED MOTORIST COVERAGE**

If there is other Underinsured Motorist Coverage which applies, **we** will pay **our** share of the compensatory damages, including but not limited to loss of consortium. **Our** share will be the ratio of **our** limit of liability to the total of all limits which apply. However, if **you** have purchased, from **us** or a company affiliated with **us**, other policies or coverages on other **automobiles** that also apply to a claim for injury, only one policy or coverage including this policy or coverage shall apply to that claim. **You** shall select the policy or coverage that applies.

The coverage extended to **automobiles you** do not own will be excess over any other coverage available to **you**.

**6. CONDITIONS**

The following conditions apply in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of the policy.

a. **TIME LIMITATION FOR ACTION AGAINST US**

(1) Any person seeking Underinsured Motorist Coverage must:

(a) present a written notice of claim for compensatory damages, including but not limited to loss of consortium, according to the terms and conditions of the policy within three years after the date of the accident that caused the **bodily injury**, and

(b) have made a claim with the tortfeasor's insurer; or

(c) have filed an action against the tortfeasor within:

1) the time limits prescribed by section 12-542; or

2) the corresponding limitation period provided under the law of the location where the accident occurred.

The injured person may make an underinsured motorist claim within three years after the date the injured person knew or should have known that the tortfeasor has insufficient liability insurance to cover the person's injuries.

(2) If settlement is not reached within two years after receiving the written claim for compensatory damages, including but not limited to loss of consortium, from any person seeking Underinsured Motorist Coverage, **we** shall mail written notice to such person's last known mailing address to **us**. **Our** written notice will notify such person that they must:

(a) request arbitration; or

(b) file **suit**

in accordance with the terms of this endorsement within three years after presenting a written claim for compensatory damage as described in **(1)** immediately above.

(3) if:

(a) a request for arbitration is not made; or

(b) **suit** is not filed

**we** are not obligated to pay any compensatory damages, including but not limited to loss of consortium, to such person.

**b. ARBITRATION**

(1) If **we** and a person entitled to Underinsured Motorist Coverage under this endorsement do not agree:

(a) that the person is entitled to recover compensatory damages, including but not limited to loss of consortium; or

(b) to the amount of those damages the matter may be arbitrated provided both **we** and the injured person agree to arbitration. If so, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that a judge of a court having jurisdiction make the selection.

(2) Each party will pay its own arbitrator and share equally all other expenses of arbitration.

(3) Arbitration will take place in the county and state in which this policy was issued provided both **we** and the person entitled to coverage agree. Local rules of procedure and evidence will apply.

(4) A decision by any two of the arbitrators will be binding and may be enforced by either party in a court of competent jurisdiction only when the award at arbitration does not exceed the minimum amounts required by the Arizona Financial Responsibility Law. Any award exceeding the amounts required by the Arizona Financial Responsibility Law may be appealed by either party in a court of competent jurisdiction.

**7.** Under **SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS** of the policy, **3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS, b.** does not apply to Underinsured Motorist Coverage.

All other policy terms and conditions apply.

Agency Code    25-0240-00                                    Policy Number

99344 (8-14)

**Arizona**
# UNINSURED MOTORIST COVERAGE
**Automobile Policy**

It is agreed:

1. **DEFINITIONS**
   The following definitions apply in addition to those contained in **SECTION I - DEFINITIONS** of the policy.
   a. **Occupying** means being in or on an **automobile** as a passenger or operator, or being engaged in the immediate acts of entering, boarding or alighting from an **automobile**.
   b. **Uninsured automobile** means an **automobile**:
      (1) to which no **bodily injury** liability bond or liability insurance policy applies:
         (a) at the time of the **occurrence**; and
         (b) in at least the minimum amounts required by the Arizona Financial Responsibility Law;
      (2) insured by a company that becomes insolvent;
      (3) insured by a company that has issued a successful written denial of coverage;
      (4) that is a hit and run **automobile**.  By this **we** mean an **automobile**:
         (a) which causes an accident resulting in **bodily injury** sustained by the injured person; and
         (b) whose owner or operator is unknown. An occurrence involving a hit and run **automobile** must be reported to the police.  Actual physical contact is not required if corroboration of the occurrence is provided. Corroboration means any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the injured person's representations of the accident;
      (5) owned or operated by a self-insurer within the meaning of any **automobile** law; or
      (6) owned by any governmental unit or agency.
      **Uninsured automobile** does not include an **automobile**:
      (1) to which a **bodily injury** liability bond or liability insurance policy applies:
         (a) at the time of the **occurrence**; and
         (b) in at least the minimum amounts required by the Arizona Financial Responsibility Law;

      (2) located for use as a residence or premises;
      (3) that is designed for use primarily off public roads except while actually on public roads; or
      (4) that is an underinsured **automobile**.  An underinsured **automobile** is an **automobile** to which a **bodily injury** liability bond or policy applies at the time of the **occurrence**:
         (a) in at least the minimum amounts required by the Arizona Financial Responsibility Law; and
         (b) the limits of liability provided are less than the amount of damages the injured person is legally entitled to recover for **bodily injury**.

2. **COVERAGE**
   a. **We** will pay compensatory damages, including but not limited to loss of consortium, any person is legally entitled to recover from the owner or operator of an **uninsured automobile** because of **bodily injury** sustained by an injured person while **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy.
   b. This coverage is extended to **you**, if an individual, as follows:
      (1) **We** will pay compensatory damages, including but not limited to loss of consortium, **you** are legally entitled to recover from the owner or operator of any **uninsured automobile** because of **bodily injury you** sustain:
         (a) when **you** are **occupying** an **automobile** that is not covered by **SECTION II - LIABILITY COVERAGE** of the policy; or
         (b) when **you** are not **occupying** any **automobile**.
      (2) The coverage extended in **2.b.(1)** above is also afforded to a **relative**.
   c. The **bodily injury** must be accidental and arise out of the ownership, maintenance or use of the **uninsured automobile**.
   d. Whether an injured person is legally entitled to recover compensatory damages, including but

not limited to loss of consortium, and the amount of such damages shall be determined by agreement between the injured person and **us**. **We** will not be bound by any judgments for damages obtained or settlements made without **our** written consent.

3. **EXCLUSIONS**

Uninsured Motorist Coverage does not apply to:
a. punitive or exemplary damages;
b. any person who settles a **bodily injury** claim without **our** written consent; or
c. directly or indirectly benefit an insurer or self-insurer under any workers compensation law or disability benefits law.

4. **LIMIT OF LIABILITY**

**We** will pay compensatory damages, including but not limited to loss of consortium, because of **bodily injury** up to the Limit of Liability stated in the Declarations as follows:
a. The limit stated for "each person" is the amount of coverage and the most **we** will pay for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to one person in any one **occurrence**.
b. The limit stated for "each occurrence" is the total amount of coverage and the most **we** will pay, subject to **4.a.** above, for all compensatory damages, including but not limited to loss of consortium, because of or arising out of **bodily injury** to two or more persons in any one **occurrence**.
c. The Limit of Liability is not increased because of the number of:
   (1) **automobiles** shown or premiums charged in the Declarations;
   (2) claims made or **suits** brought;
   (3) persons injured; or
   (4) **automobiles** involved in the **occurrence**.
d. The amount **we** pay will not duplicate any amounts paid or payable for the same **bodily injury**:
   (1) under **SECTION II - LIABILITY COVERAGE** of the policy;
   (2) by or on behalf of any person or organization who may be legally responsible for the **bodily injury**;
   (3) which an injured person is entitled to receive from any workers compensation disability benefits or similar law; or
   (4) under Automobile Medical Payments coverage, if provided by the policy.

5. **OTHER UNINSURED MOTORIST COVERAGE**

If there is other Uninsured Motorist Coverage which applies, **we** will pay **our** share of the compensatory damages, including but not limited to loss of consortium. **Our** share will be the ratio of **our** limit of liability to the total of all limits which apply. However, if **you** have purchased, from **us** or a company affiliated with **us**, other policies or coverages on other **automobiles** that also apply to a claim for injury, only one policy or coverage including this policy or coverage shall apply to that claim. **You** shall select the policy or coverage that applies.

The coverage extended to **automobiles you** do not own will be excess over any other coverage available to **you**.

6. **CONDITIONS**

The following conditions apply in addition to those contained in the **SECTION VI - GENERAL CONDITIONS** of the policy.
a. **TIME LIMITATION FOR ACTION AGAINST US**
   (1) Any person seeking Uninsured Motorist Coverage must present a written notice of claim for compensatory damages, including but not limited to loss of consortium, according to the terms and conditions of the policy within three years after the date of the accident that caused the **bodily injury**, except that a person may make an uninsured motorist claim in writing within three years after the earliest of the following:
      (a) the date the injured person knew that the tortfeasor was uninsured;
      (b) the date the person knew or should have known that coverage was denied by the tortfeasor's insurer; or
      (c) the date the person knew or should have known of the insolvency of the tortfeasor's insurer.
   (2) If settlement is not reached within two years after receiving the written claim for compensatory damages, including but not limited to loss of consortium, from any person seeking Uninsured Motorist Coverage, **we** shall mail written notice to such person's last known mailing address to **us**. **Our** written notice will notify such person that they must:
      (a) request arbitration; or
      (b) file **suit**
   in accordance with the terms of this endorsement within three years after presenting a written claim for compensatory damages, including but not limited to loss of consortium, as described in **(1)** immediately above.

Agency Code    25-0240-00                                    Policy Number ▆▆▆▆▆▆

**(3)** If:
  **(a)** a request for arbitration is not made; or
  **(b)** **suit** is not filed
**we** are not obligated pay any compensatory damages, including but not limited to loss of consortium, to such person.

**b.** **ARBITRATION**
**(1)** If **we** and a person entitled to Uninsured Motorist Coverage under this endorsement do not agree:
  **(a)** that the person is entitled to recover compensatory damages, including but not limited to loss of consortium; or
  **(b)** to the amount of those damages
the matter may be arbitrated provided both **we** and the injured person agree to arbitration. If so, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that a judge of a court having jurisdiction make the selection.
**(2)** Each party will pay its own arbitrator and share equally all other expenses of arbitration;
**(3)** Arbitration will take place in the county and state in which this policy was issued provided both **we** and the person entitled to

coverage agree. Local rules of procedure and evidence will apply; or
**(4)** A decision by any two of the arbitrators will be binding and may be enforced by either party in a court of competent jurisdiction only when the award at arbitration does not exceed the minimum amounts required by the Arizona Financial Responsibility Law. Any award exceeding the amounts required by the Arizona Financial Responsibility Law may be appealed by either party in a court of competent jurisdiction.

**7.** Under **SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS** of the policy, **3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS**, **b.** is deleted and replaced by the following:
**b.** If **we** pay compensatory damages, including but not limited to loss of consortium, to an injured person under Uninsured Motorist Coverage **we** may subrogate and sue for reimbursement of the total amount of those payments in the name of the injured person against any uninsured motorist responsible for the damages to the injured person within two years after **we** first make payment to the injured person.

All other policy terms and conditions apply.

# UNITED
## INSURANCE COMPANY



## ABSOLUTE
### INSURANCE GROUP

| POLICY NUMBER | ▓▓▓▓▓▓▓ |
|---|---|

**AGENT**

**\*\*AUTO POLICY DECLARATIONS\*\***

### NAMED INSURED

MARICOPA, AZ  85138



### POLICY INFORMATION

Original Effective Date & Time: 11-21-19   12:48 PM
Policy Period: 11-21-19 to 05-21-20
***NEW POLICY***
**EFFECTIVE DATE: 11-21-19**
Policy Paid To: 12-21-19
Message:

Net Premium Change: $2,026.00

## VEHICLE INFORMATION
' Business Use Excluded

|  | Year | Make | Model | VIN | Usage |
|---|---|---|---|---|---|
| 1 | 1992 | FORD | TEMPO GL | | 15 miles - * |
| 2 | 2018 | NISSAN | VERSA S | | 15 miles - * |
| 3 | 2017 | DODGE | GRAND CARAVAN SXT | | 15 miles - * |

## RESIDENTS

| Name | Birthdate | Status | Licensed | SR22 | Violations/Accidents |
|---|---|---|---|---|---|
| | 07-12-60 | Married | | N | too fast 08-10-17, speeding |
| | 07-25-69 | Married | | N | 08-08-17 |
| | 09-02-81 | Single | | N | |

## COVERAGE INFORMATION

| Coverages | Limits | Veh1 | Veh2 | Veh3 | Veh4 |
|---|---|---|---|---|---|
| Bodily Injury Liability | 25,000 each person , 50,000 each accident | 92.00 | 192.00 | 159.00 | |
| Property Damage Liability | 25,000 each accident | 130.00 | 203.00 | 155.00 | |
| Medical | No Cov | 0.00 | 0.00 | 0.00 | |
| Uninsured Motorist Bodily Injury | 25,000 each person , 50,000 each accident | 53.00 | 53.00 | 53.00 | |
| Underinsured Motorist Bodily Injury | 25,000 each person , 50,000 each accident | 32.00 | 32.00 | 32.00 | |
| Uninsured Motorist Property Damage | 1,000 with 250 deductible | 0.00 | 0.00 | 0.00 | |
| Other Than Collision Deductibles | Veh1:No Cov, Veh:2:500, Veh:3:500 | 0.00 | 147.00 | 125.00 | |
| Collision Deductibles | Veh1:No Cov, Veh:2:500, Veh:3:500 | 0.00 | 304.00 | 215.00 | |
| Uninsured Motorist Coll. Ded. Waiver | Veh1:No Cov, Veh:2:500, Veh:3:500 | 0.00 | Incl | Incl | |
| Safety Equipment Coverage | Veh1:No Cov, Veh:2:No Cov, Veh:3:No Cov | 0.00 | 0.00 | 0.00 | |
| Pet Medical | $500 Limit | Incl | Incl | Incl | |
| Roadside Assistance | Veh1:Disp, Veh:2:Disp, Veh:3:Disp | 12.00 | 6.00 | 6.00 | |

**Premiums**

| Total Policy Premium $2026.00 for 6 months | 319.00 | 937.00 | 745.00 |
|---|---|---|---|
| If Paid In Full $1823.40 | + $25 expense constant | | |

### CREDITS APPLIED

Claim-Free Renewal Discount: 0%
Agency Internal Transfer: Y
Home Owner: N
Prior Insurance: Y
EFT Sure Pay: N

### ADDITIONAL INTEREST

| Veh# | Type | Name and Address |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

FORMS AND ENDORSEMENTS WHICH APPLY: AZAPA001-09 2016, PAE AZ 1003/00/19), PAE UMPE-02 11, PP UMPW 00 2014, AZ RM 06 2014

Page 1 of 1
Doc ID: 83534672/130301887dec97623cd57b354·44767

Auto Insurance Application for:
Policy Number:

Coverage Provided By United Insurance Company

## RESIDENTS

| First Name | Last Name | Drivers License | First Name | Last Name | Drivers License |
|---|---|---|---|---|---|
| | | AZ | | | |
| | | AZ | | | |

## GENERAL INFORMATION

| Explain all Yes responses in Remarks | Ans | Explain all Yes responses In Remarks | Ans |
|---|---|---|---|
| Does any driver have physical or mental impairments? | No | Any existing damage to any vehicle? (Including damaged glass) | No |
| Any previous insurance with Absolute Insurance programs? | No | Any vehicle used for business or delivery? (Including food/newspaper) | No |
| Any vehicle driven out of state more than 30 days/yr? | No | Any driver's license currently suspended/revoked? | No |
| Are any vehicles not solely owned by and registered to the applicant? | No | Any resident convicted of a felony in the last 5 yrs? | No |
| Any vehicle have modified/special equipment? (incl. cust. vans/pickups) | No | Any drivers not listed on this policy? | No |

## REMARKS

I affirm that I have listed all operators of the insured vehicles, and all driver-aged residents of my household. I acknowledge that this insurance contract is predicated on full disclosure of all vehicle operators, now and during the entire term of the contract. I understand that it is my duty to advise of any new vehicle operators or driver-aged residents of my household, and that failure to do so may jeopardize coverage.

Signature                     11 / 21 / 2019
                              Date

# UNINSURED AND UNDERINSURED MOTORIST COVERAGE SELECTION FORM

## DO NOT SIGN UNTIL YOU READ

You have a legal right to purchase both Uninsured and Underinsured Motorist coverages with the proposed automobile liability policy. THESE COVERAGES PROTECT YOU, YOUR FAMILY AND YOUR PASSENGERS. LIABILITY COVERAGE DOES NOT IN MOST CASES.

Uninsured motorist Insurance provides protection for bodily injuries caused by a negligent motorist who has no insurance. Underinsured motorist provides protection if the negligent motorist does not have enough liability insurance to pay for the injuries caused. For a more detailed explanation of these coverages, refer to your policy. This policy will provide Uninsured/Underinsured coverage in the same amount as the policy's Bodily Injury Liability Limit, unless you select a lower amount or no coverage, as stated in this notice.

You have a right to purchase both Uninsured Motorist coverage and Underinsured Motorist coverage in any amount from $15,000/$30,000 up to your policy's liability limit, or you may reject the coverage entirely. Neither limit may exceed your liability coverage.

Your Bodily Injury Limit on the policy: $25,000/$50,000

Uninsured Motorist Liability (UMBI)
| ☐ $15,000/$30,000 | ☒ $25,000/$50,000 | ☐ $50,000/$100,000 | ☐ I decline this coverage |
|---|---|---|---|
| $117.00 for 6mo. | $159.00 for 6mo. | $195.00 for 6mo. | |

Underinsured Motorist Liability (UIMBI)
| ☐ $15,000/$30,000 | ☒ $25,000/$50,000 | ☐ $50,000/$100,000 | ☐ I decline this coverage |
|---|---|---|---|
| $96.00 for 6mo | $96.00 for 6mo | $96.00 for 6mo | |

I understand and agree that selection of any of the above options applies to my liability insurance policy and future renewals or replacements of such policy which are issued at the same Bodily Injury Liability Limits. If I decide to select another option at some future time, I must let the Company know in writing.

Signature                     11 / 21 / 2019
                              Date

Sustained as a result of the use of a **Vehicle** by a person or persons specifically excluded by endorsement.

Sustained from any source other than an **accident**.

Sustained by **You** or a regular or frequent driver while **The insured Auto** is being operated by such regular or frequent driver not listed by **You** on the **Application** or otherwise disclosed to us and listed on the **Declarations Page** before the **accident**.

Caused by war (declared or undeclared), civil war, insurrection, rebellion, revolution, or riot.

Occurring during the course of employment if benefits are payable or available under a worker compensation law or similar law.

Sustained by any person while **Occupying The insured Auto** without **Your** express permission or beyond the scope of **Your** permission.

While in the commission of a **Crime**, driving while intoxicated, or driving while impaired.


## LIMITS OF LIABILITY — PART B ONLY

**We** will pay no more than the limit of liability shown for this coverage on the **Declarations Page** to or for each insured person as the result of any one **accident**, regardless of the number of premiums or **Vehicles** listed on the **Declarations Page**, insured persons, claims, claimants, policies, or **Vehicles** involved in the **accident**. Any amount paid or payable under this coverage to or for an insured person will be reduced by any payment made to that person under Part A - Liability Coverage or Part C - Uninsured/Underinsured Motorists Coverage of this policy when the insured person receives full compensation for the **Bodily Injury**.

**We** will make no payment under this Part of the policy unless the insured person or the insured person's legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under the Liability, Uninsured motorist, or Underinsured Motorist coverages of this policy when the insured person receives full compensation for the **Bodily Injury.**

In no event will an insured person be entitled to receive duplicate payments for the same element of loss.


## OTHER INSURANCE - PART B ONLY

Any payment **We** make under this Part to an insured person is excess over any:

Other available Auto medical payments insurance;

Medical, surgical, hospital or funeral services benefit or reimbursement plan;

Individual, blanket or group **accident**, disability or hospitalization insurance; or

Premises medical payments insurance.

In no event will an insured person be entitled to receive duplicate payments for the same element of loss.


# PART C – UNINSURED / UNDERINSURED MOTORISTS COVERAGE


## INSURING AGREEMENT – UNINSURED MOTORISTS COVERAGAGE

In exchange for **Your Premium** payment, **We** will pay damages, other than punitive exemplary damages, not exceeding the limits shown the **Declarations Page**, which an **insured person** is legally entitled to recover from the **Owner** or operator of an uninsured motor **Vehicle** because of **Bodily Injury** caused by an **accident** and sustained by such insured person. The

Bodily injury must be caused by accident and must arise out of the Ownership, maintenance or use of the uninsured motor Vehicle.

If suit is brought to determine legal liability or damages without our written consent, We are not bound by any resulting judgment.

## INSURING AGREEMENT – UNDERINSURED MOTORISTS COVERAGE

In exchange for Your Premium payment, We will pay damages, other than punitive or exemplary damages, not exceeding the limits shown on the Declarations Page, which an insured person is legally entitled to recover from the Owner or operator of an underinsured motor Vehicle because of Bodily Injury caused by an accident and sustained by such insured person. The Bodily injury must be caused by an accident and must arise out of the ownership, maintenance or use of the underinsured motor Vehicle. We will pay under this coverage only after the limits of liability under all applicable Bodily injury Liability bonds or policies have been exhausted by payment of judgments or settlements.

No judgment for damages arising out of a suit brought against the Owner or operator of an underinsured motor Vehicle is binding on us unless We received reasonable notice of the filing of the suit resulting in the judgment; and had a reasonable opportunity to protect our interests in the suit.

## ADDITIONAL DEFINITIONS USED IN PART C ONLY

As used In this Part:

"Insured person" means You, a Relative, a Resident or any other person Occupying Your insured Auto with Your express or implied permission.

"Uninsured motor Vehicle" means a land motor Vehicle or Trailer of any type which is:

Not insured by a liability bond or policy at the time of the accident.

Insured by a Bodily Injury liability bond or policy at the time of the accident, but the Bodily injury liability limit is less than the minimum limit for liability required by the Financial Responsibility Law of Arizona.

A hit-and-run or phantom Vehicle whose operator or Owner cannot be identified and which hits or causes an accident without hitting:

> You, a Relative or any Resident;
>
> An Auto which You, a Relative or any Resident are Occupying; or
>
> The insured Auto.

If there is no physical contact with the hit-and-run or phantom Vehicle, the existence of such unknown motorist must be established by corroborating evidence given by an independent and disinterested eyewitness who is not making a claim under this or any similar coverage.

Insured by a Bodily injury liability bond or policy at the time of the accident, but the insurer denies coverage or is or becomes insolvent

Uninsured motor Vehicle does not include any Vehicle or equipment;

Owned by or furnished or available for the regular use of You, a Resident or a Relative unless there is no liability coverage for any one accident available under Part A - Liability Coverage of this policy to respond for damages sustained by an insured person;

Operated on rails or crawler treads;

Designed mainly for use off public roads while not on public roads;

While located for use or being used as a **Resident** or premises; or

Owned or operated by a self-insurer under any applicable motor **Vehicle** law, except a self-insurer that has become insolvent.

"**Underinsured motor Vehicle**" means a land motor **Vehicle** or **Trailer** of any type to which a **Bodily injury** liability bond or policy applies at the time of the **accident**, but its limit for **Bodily injury** liability is less than the applicable damages the insured person is legally entitled to recover.

**Underinsured motor Vehicle** does not include any **Vehicle** or equipment:

Insured by a **Bodily injury** liability bond or policy at the time of the **accident** but the **Bodily injury** liability limit is less than the minimum limit for liability required by the Financial Responsibility Law of Arizona;

Operated on rails or crawler treads;

Designed mainly use off public roads while not on public roads;

While located for use being used as a residence or premises; or

To which a **Bodily injury** liability bond or policy applies at the time of the **accident** but the bonding or insuring company denies coverage or is or becomes insolvent.

"**Use**" of an uninsured motor **Vehicle** or underinsured motor **Vehicle** means that such **Vehicle** must be the main cause of the **Bodily injury**. The **Bodily injury** must not merely occur while the uninsured motor **Vehicle** or underinsured motor **Vehicle** is being used or operated.  There must be an actual and causal connection between the use or operation of the uninsured motor **Vehicle** or underinsured motor **Vehicle** and the **Bodily injury**.

## EXCLUSIONS - PART C ONLY

**READ THE FOLLOWING EXCLUSIONS CAREFULLY. COVERAGE WILL NOT BE AFFORDED UNDER THIS PART FOR ANY OF THE EXCLUSIONS LISTED BELOW.**

We do not provide Uninsured Motorists Coverage or Underinsured Motorists Coverage for **Bodily injury** sustained by any person:

If that person or his legal representative settles the **Bodily injury** claim without our consent.

While **Occupying The insured Auto** when it is being used to carry persons or property for a charge or consideration, including magazines, newspapers, food or any other product. The exclusion described in this paragraph does not apply to shared-expense car pools or to use by an insured person of a motor **Vehicle** in the course of the insured person's volunteer work for a tax exempt organization.

While using a **Vehicle** without the **Owner's** express or implied permission or outside the scope of the **Owner's** express or implied permission.

So as to apply directly or indirectly to the benefit of any insurer or self-insurer under any worker's compensation law, disability law, or any similar law.

For punitive or exemplary damages awarded as a punishment or deterrent.

For any loss sustained while a **Vehicle** is used to transport nursery or school children, migrant workers, or hotel/motel guests. This exclusion does not apply to **Your** children or children engaged in a car pool arrangement with **You** or to use by an insured person of a motor **Vehicle** in the course of the insured person's volunteer work for a tax exempt organization.

## LIMITS OF LIABILITY - PART C ONLY

The limits of liability shown on the **Declarations Page** apply subject to the following:

Regardless of the number of **Vehicles** insured, only one of the limits of liability for this coverage shown on the **Declarations Page** shall be the total limit of our liability to each person.

The limit of liability for this coverage shown on the **Declarations Page** for "each person" is the maximum **We** will pay as damages for **Bodily injury**, including damages for derivative claims, to any one person in any one **accident**. Subject to the limit for each person, the limit of liability of this coverage shown on the **Declarations Page** for "each **accident**" is the maximum **We** will pay as damages for **Bodily injury**, including damages for derivative claims, to two or more persons in any one **accident**.

Notwithstanding a provision in this policy to the contrary, if **We** have issued more than one policy to **You** or if **We** cover more than one **Auto** under this policy, the total limit of our liability under all policies or coverages issued to **You** shall not exceed the highest limit of liability under any one policy, selected by **You**, to apply to any one **accident** or claim.

**We** will pay no more than the maximum amounts regardless of the number of;
**Vehicles** or premiums shown in the **Declarations Page**;
insured persons;
Claims;
Claimants;
Policies; or
**Vehicles** involved in the **accident**.

No one will be entitled to receive duplicate payments for the same elements of loss under this coverage.

Any amounts otherwise payable for damages under this Part shall be reduced by all sums:
Paid because of the **Bodily injury** by or on behalf of persons who or organizations which may be legally responsible. This includes all sums paid under Part A - Liability Coverage of this policy when the insured person, receives full compensation for the **Bodily injury**.
Paid or payable for Medical payments Coverage under Part B of this policy when the insured person receives full compensate for the **Bodily injury**.


## OTHER INSURANCE - PART C ONLY

If there is other applicable uninsured or underinsured motorists insurance that covers a loss under an insurance policy not issued by us, **We** will pay our proportionate share of that loss. Our share is the proportion our limits of liability bear to the total of all applicable limits. **We** will pay only after all other applicable limits have been paid.

Moreover, nothing in this Other Insurance - Part C Only provision is meant to modify or amend any of the terms in the Limits of Liability — Part C Only section of the policy, including those provisions reducing, limiting and eliminating coverage in specified circumstances.


## ARBITRATION - PART C ONLY

If an insured person and **We** do not agree (1) that the person is legally entitled to recover damages from the **Owner** or operator of an uninsured motor **Vehicle** or (2) as to the amount of payment under this Part, either that person or **We** may demand that the issue be determined by arbitration. Any demand for arbitration must be in writing.

In that event, the insured person will select an arbitrator and **We** will select another. The two arbitrators will select a third. If they cannot agree on the third arbitrator within 30 days, either party may ask a judge of a court having jurisdiction to appoint the third arbitrator. The insured person will pay the arbitrator selected by that person. **We** will pay the arbitrator **We** select. The expense of the third arbitrator will be shared equally. Each party shall pay its own attorney

16

fees .

Arbitration will take place in the county where the insured person resides, unless all parties agree otherwise. A decision by any two arbitrators regarding damages shall be binding unless an action is filed on the subject matter of the arbitration within three years of the date the person making the claim knows or should know that the party that the person claims caused the harm does not have liability insurance or has insufficient liability insurance to cover the persons injuries.

As a part of our claims handling procedures, **We** may use software that is designed to evaluate **Bodily Injury** under Part C — Uninsured/Underinsured Motorists Coverage.

## PART D — COVERAGE FOR DAMAGE TO THE INSURED AUTO

### INSURING AGREEMENT

If the **Declarations Page** shows a premium charged for comprehensive coverage, **We** will pay for direct and accidental comprehensive loss to **The Insured Auto**, less any applicable deductible for each separate loss. This shall include its factory-installed equipment.

If the **Declarations Page** shows a premium charged for collision coverage, **We** will pay for direct and accidental loss to **The Insured Auto**, including its factory installed equipment caused by collision, less any applicable deductible for each separate loss.

If the **Declarations Page** shows a premium charged for Safety Equipment Coverage and shows that coverage under Part D applies, **We** will pay for the cost of repairing or replacing damaged safety equipment on the insure **Auto** without a deductible.

### ADDITIONAL DEFINITIONS USED IN PART D ONLY

"Aftermarket parts" means **Replacement Auto** parts not made by the original manufacturer of the motor **Vehicle** by a manufacturer authorized by the original manufacturer to use its name or trademark.

"Collision" means loss caused by **The Insured Auto**s upset or overturn, or sudden impact with another object,

"Comprehensive" means loss to **The Insured Auto** caused by an event other than collision. Comprehensive loss **includes but is not limited to**, loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, volcanic activity, windstorm, hail, water, flood, malicious mischief or vandalism, riot or civil commotion, contact with a bird or animal, or breakage of glass. If breakage of glass results from collision, **You** may elect to have it treated as loss caused by collision.

"Custom or additional equipment" means any equipment that was not installed at the factory by the listed

17