# EXHIBIT 1



**Personal Auto Policy Declarations**

*Notice of Renewal Policy*

AAA Insurance underwritten by
CSAA General Insurance Company
PO Box 24511 Oakland, CA 94623-9865
For claims or customer service call
(800) 207-3618

*This Declarations Page Replaces Any Previous Declarations Page*
*Please Read and Attach to Your Policy*

**POLICY NUMBER:** AZSS204925140
**PROGRAM:  AAA Select**

*AAA Insured Since 2016*

**Named Insured(s) & Mailing Address**

||||·|||||·|·|||·||·|||·||·|||||·||·|||||·|·||·|||·|||·|||

KATHY BERNHARDT, GERARD FOLEY
11006 E DECATUR ST
MESA, AZ 85207-2224

**Sales Rep Name & Address**    500001005 – 500005685
AAA NCNU/500005685/Jamie Miranda
PO Box 24502
Oakland, CA 94623
(602) 248-3727

| POLICY PERIOD | | |
|---|---|---|
| FROM: 06/07/20 | TO: 06/07/21 | TIME: 12:01 A.M. |

| DESCRIPTION OF VEHICLE (S) | | | | YOU WILL BE BILLED SEPARATELY FOR ANY BALANCE DUE. | |
|---|---|---|---|---|---|
| VEHICLE | YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION | ZIP CODE |
| 1 | 2006 | SUBA | LEGACY STATION WAGON | 4S4BP85C664322709 | 85207 |
| 2 | 2015 | TOYO | SIENNA SPORT VAN | 5TDKK3DC2FS613199 | 85207 |
| | | | | | |

Insurance is provided only with respect to the following coverages for which a specific limit of liability is shown.  Subject to all conditions of this policy.

| COVERAGES | LIMIT OF LIABILITY | VEHICLE INFORMATION | | | |
|---|---|---|---|---|---|
| | | 1 | DED | 2 | DED |
| Bodily Injury | $50,000 / person $100,000 / accident | 256.00 | | 298.00 | |
| Property Damage | $100,000 / accident | 220.00 | | 256.00 | |
| Uninsured Motorist BI | $50,000 / person $100,000 / accident | 16.00 | | 23.00 | |
| Underinsured Motorist BI | $50,000 / person $100,000 / accident | 35.00 | | 51.00 | |
| Medical Payments | | No Cov. | | No Cov. | |
| Comprehensive (Less deductible) Safety Glass ($0 deductible) | | No Cov. No Cov. | | 109.00 INCL | 1,000 |
| Collision        (Less deductible) | | No Cov. | | 236.00 | 1,000 |
| Special Equipment | | No Cov. | | INCL 1,000 | |
| Rental Car Reimbursement (Up to 30 Days) | $50 / day | No Cov. | | 46.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| FULL TERM PREMIUM | | $527 | | $1,019 | |

**TOTAL CHARGES:**    **$1,546.00**

**FORMS AND ENDORSEMENTS**

FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY :

AA01AZ 09 10  AANCXX 01 12  AA49XX 01 12  AA59XX 01 08  AAAEAZ2 11 16  AALPXX 01 12  AASGXX 01 12  AA47XX 01 12  AACLXX 01 12

**EXCLUSIONS**

There is no coverage provided by this Policy under Parts I, II or IV while the following individual(s) operate a motor vehicle:

NONE

Countersignature

*Bradley D. Otten*

_____
**Authorized Representative**

AA02AZ 01 12

SEE BACK OF THIS FORM FOR ADDITIONAL INFORMATION

**Lienholder information:   L=Lienholder      A=Additional Insured/Interest      C=Certificate Holder**

| Driver # | Name | Birthdate | Marital Status | Gender | Auto Death Benefits |
|---|---|---|---|---|---|
| 1 | KATHY BERNHARDT | 05/14/1951 | Single | Female | No |
| 2 | GERARD FOLEY | 09/22/1941 | Single | Male | No |

**DISCOUNT INFORMATION**

Policy:      Multi-Policy Discount; Membership Discount; Payment Plan Discount; Loyalty Discount; Multi-Vehicle Discount

Driver:

Vehicle:

| Driver # | Date | Violation | Driver # | Date | Violation |
|---|---|---|---|---|---|

---

The following endorsement applies when a lienholder is shown on the declarations page:

**Loss Payable Endorsement**
AALPXX 01 12

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

Copyright, Insurance Services Office, Inc., 1986

---

AA02AZ 01 12



# DECLARATION

I certify that the attached **AAA ARIZONA PERSONAL AUTOMOBILE POLICY AND PERSONAL AUTO POLICY DECLARATIONS PAGE** pertains to policy **AZSS204925140** for the named insured **KATHY BERNHARDT / GERARD FOLEY** encompassing the policy period applicable to a loss occurring on **03/29/2021.**

This policy booklet and declaration of coverage are true copies of official records of CSAA General Insurance Company.

Angelyn Williams
Custodian of Records
CSAA General Insurance Company

January 28, 2022

**Custodian of Records, Legal Division**
CSAA Insurance Group
3055 Oak Road, Mailstop W280, Walnut Creek, CA 94597

custodianofrecords@csaa.com
p: 925.279.3119     f: 877.837.8124

[1817543v1]

Page 1

| | |
|---|---|
| **From:** | "Murphy-Rhude, Terry" <Terry.Murphy-Rhude@csaa.com> |
| **Date:** | 1/28/2022 4:00:50 PM |
| **To:** | ">My Claim" <MyClaim@csaa.com> |
| **Subject:** | 1004-15-4036 |
| **Attachments:** | ARIZONAAUTOPOLICY.pdf |

Claim 1004-15-4036 - Insurance underwritten by CSAA General Insurance Company



**Arizona
Personal Automobile
Policy**

AAA Insurance,
underwritten by
CSAA General Insurance Company
PO Box 24511, Oakland, CA 94623-9865

To report a claim: (800) 207-3618
Claims fax: (877) 548-1610

AA01AZ 09 10

**Private Passenger Automobile Policy**

These policy provisions, along with **your** insurance application, the **Dec Page**, and any endorsements issued to form a part thereof, complete this policy.

## IMPORTANT NOTICE

Unless drivers **residing** with **you** are NAMED on the **Dec Page**, coverage may not be afforded. If **you** desire coverage for drivers other than those shown, request **us** or **your** agent to have **your** policy amended to list the additional drivers.

## WARNING

This policy does not provide coverage in Mexico. **You** may spend many hours or days in jail if **you** have an **accident** in Mexico without car insurance. Under the laws of Mexico, some other penalties are possible. This may include the impoundment of **your** car. If **you** drive in Mexico, **you** should secure coverage from an insurance company licensed to do business in Mexico.

1

# CONTENTS

| | |
|---|---|
| Your Duties In Case Of An Accident Or Loss | 4 |
| General Definitions | 5 |
| Part I - Liability To Others | 10 |
|     Insuring Agreement | 10 |
|     Additional Definition | 10 |
|     Additional Payments | 11 |
|     Exclusions | 11 |
|     Limits of Liability | 14 |
|     Financial Responsibility Laws | 15 |
|     Other Insurance | 15 |
|     Out-of-State Insurance | 16 |
| | |
| Part II - Medical Payments Coverage | 16 |
|     Insuring Agreement | 16 |
|     Additional Definitions | 17 |
|     Exclusions | 17 |
|     Limits of Liability | 19 |
|     Other Insurance | 19 |
| | |
| Part III - Uninsured/Underinsured Motorist Coverage | 19 |
|     Insuring Agreement - Uninsured Motorist Coverage | 19 |
|     Insuring Agreement - Underinsured Motorist Coverage | 20 |
|     Additional Definitions | 20 |
|     Exclusions | 22 |
|     Limits of Liability | 22 |
|     Other Insurance | 23 |
|     Arbitration | 24 |
| | |
| Part IV - Damage To A Car | 25 |
|     Insuring Agreement - Collision | 25 |
|     Insuring Agreement - Comprehensive | 25 |
|     Additional Transportation Expense | 26 |
|     Insuring Agreement – Special Equipment Coverage | 27 |
|     Insuring Agreement - Car Loan / Lease Protection | 28 |

Part IV - Damage To A Car  (continued)

|  |  |
|---|---|
| Additional Definitions | 28 |
| Exclusions | 30 |
| Limits of Liability | 33 |
| Insuring Agreements: |  |
| - Towing and Labor | 36 |
| - Full Comprehensive Safety Glass Coverage | 37 |
| - Rental Car Reimbursement Coverage | 37 |
| - New Car Added Protection | 38 |
| Payment of Loss | 40 |
| No Benefit to Bailee | 40 |
| Loss Payee Agreement | 40 |
| Other Insurance | 41 |
| Appraisal | 41 |
| General Provisions | 42 |
| Named Driver Exclusion | 51 |
| Automobile Death Benefits |  |
| Coverage Endorsement | 52 |
| Named Operator - Non-Owner Car Coverage | 54 |

## ARIZONA MOTOR VEHICLE POLICY

In consideration of the representations on **your** application, and if **you** pay **your** premium, **we** agree to provide **you** this insurance, subject to all the terms and provisions of this policy, and up to the Limits of Liability described in this policy and shown on the **Dec Page**.

## YOUR DUTIES IN CASE OF AN ACCIDENT OR LOSS

### NOTICE OF ACCIDENT OR LOSS

**If there is an accident or loss arising out of the ownership, maintenance, or use of a car, for which coverage may be provided under this policy, report it to us within twenty-four (24) hours or as soon as practicable.  Call us toll free at 1-800-207-3618.**

**For coverage to apply under this policy, you or an insured person must promptly report each accident or loss even if the insured person is not at fault.**

**You** or an insured person should report to **us** the following **accident** information:
1.  time;
2.  place;
3.  circumstances of the **accident** or **loss** (for example, how the **accident** happened and weather conditions);
4.  the damage that resulted;
5.  names and addresses of all persons involved;
6.  names and addresses of witnesses; and
7.  the license plate numbers of the vehicles involved.

**You** or an insured person should also notify the police within twenty-four (24) hours or as soon as practicable if:
1.  **you** cannot identify the **owner** or **operator** of a **car** involved in the **accident**; or
2.  theft or vandalism has occurred.

### OTHER DUTIES

A person claiming coverage under this policy must:

4

1. cooperate with **us** in the investigation, settlement or defense of any claim or lawsuit;
2. promptly send **us** copies of any notices or legal papers relating to any claim or lawsuit;
3. provide any written proof of loss **we** may reasonably require on forms provided by **us**;
4. allow **us** to take signed or recorded statements, including sworn statements and examinations under oath outside the presence of any other **insured person**, and answer all reasonable questions **we** may ask, when and as often as **we** may reasonably require;
5. prepare for and attend hearings, depositions, and any trial or arbitration as **we** require;
6. take reasonable steps after **loss** to protect the **covered car** or **non-owned car** and its equipment from further **loss**. **We** will pay reasonable expenses incurred to provide such protection;
7. permit **us** to inspect and appraise the damage to a **covered car, non-owned car** or **trailer** before its repair or disposal and allow **us** to secure competitive estimates for the repair or replacement;
8. submit, as often as reasonably required, to physical exams at **our** expense by physicians **we** select;
9. authorize **us** to obtain medical, employment, and other pertinent records and allow **us** to discuss, when appropriate, the injury or impairment with any medical provider or employer; and
10. provide **us** truthful and accurate information.

If **you** or an insured person fail to perform any of the duties required by this policy, **we** may refuse to provide any protection or coverage.


## GENERAL DEFINITIONS

Throughout this policy, "**we**", "**us**", and "**our**" mean the company providing this insurance as shown on the **Dec Page**, and "**you**" and "**your**" refer to:
1. the named insured shown on the **Dec Page**; and
2. the spouse if a **resident** of the same household. If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "**you**" and "**your**" under this policy but only until the earlier of:

5

     a.   the end of 90 days following the spouse's change of residency;

     b.   the effective date of another policy listing the spouse as a named insured; or

     c.   the end of the policy period.

In addition, except as otherwise defined in this policy, terms appearing in boldface will have the following meaning:

1. **"Accident"** means a sudden, unexpected, and unintentional occurrence. An intentional act, event, or happening is not an **"accident"**.

2. **"Auto business"** means the **business** or occupation of selling, repairing, servicing, storing, parking, delivering, testing or road testing **motor vehicles**.

3. **"Bodily injury"** means bodily harm, sickness, or disease, including death resulting there from.

4. **"Business"** includes a trade, profession, or occupation, whether engaged in full or part time.

5. "Car" means:

    a.   a self-propelled land **motor vehicle**:

       (i)   of the private passenger, pickup body, van, or van type;

       (ii)  designed for use principally upon public roads;

       (iii) with four (4) or six (6) wheels and two (2) axles; and

       (iv) with a rated load capacity of 4,000 pounds or less.

      "Car" does not include step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area except under the following four conditions:

       (i)   such vehicle is rented from a licensed rental agency;

       (ii)  there is a written rental agreement for a specified rental period;

       (iii) such vehicle has a rated load capacity of no more than 4,000 pounds; and

       (iv) such vehicle is used for personal use only;

    b.   a **motor home** shown on the **Dec Page**; or

    c.   a pickup camper or shell shown on the **Dec Page**.

6. **"Commercial use"** means the transportation of persons or property in the **business** of any insured, or for hire, compensation or profit. This includes, but is

not limited to, pickup or delivery of magazines, newspapers, food, drinks, or any other products.

7. "**Contamination**" means any unclean or unsafe or damaging or injurious or unhealthy condition arising from the presence of **pollutants**, whether permanent or transient.

8. "**Covered car**" means:
   a. any **car** shown on the **Dec Page** unless **you** have asked **us** to delete that **car** from the policy; or
   b. a **new car**.

9. "**Dec Page**" or "**Declarations Page**" means the document from **us** listing:
   a. the named insured and his or her mailing address;
   b. the types of coverage **you** have elected;
   c. the limit for each coverage;
   d. the cost for each coverage;
   e. the **cars** covered by this policy;
   f. the types of coverage for each such **car**;
   g. the garaging zip code of each **covered car**;
   h. all **residents** and other drivers who are covered by this policy; and
   i. other information applicable to this policy.

   The **Dec Page** is a complete document identifying all coverages provided by **us**, and will not be deemed modified by any other written or oral communications until the stated effective date on a new or amended **Dec Page** prepared by **us**.

10. "**Loss**" means sudden, direct, and accidental **loss** or damage.

11. "**Motor home**" means a **motor vehicle** designed, reconstructed, or permanently altered to provide facilities for human habitation enclosed within a solid body shell and built into an integral part of, or permanently attached to, a self-propelled **motor vehicle** chassis or van.

12. "**Motor vehicle**" means any vehicle designed for use principally upon public streets and highways and subject to motor vehicle registration laws.

13. "**New car**" means any **car**, operable or inoperable, the **ownership** or lease-hold of which is acquired solely by **you**, provided the **car** meets these five conditions:
   a. **you** acquire the **car** during the policy period shown on the **Dec Page**; and

7

b.  it replaces a **car** listed on the **Dec Page** and **you** have transferred title and possession of the replaced **car** on or prior to the date of acquisition of the **new car**, or **we** insure all **cars owned** by **you** on the date **you** take delivery of such **car**; and

c.  the **car** has never been **owned** by or registered to **you**, a **relative**, **your** non- **resident** spouse or ex spouse, a person **residing** with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined **ownership** interest exceeds twenty (20) percent; and

d.  **you** apply to **us** for insurance on such acquired **car** within thirty (30) days of such acquisition, and pay the required premium when due. Coverage is limited to the lesser of thirty (30) days from the date of acquisition or the date the policy subsequently expires or is canceled, unless **we** agree, in writing, to a further extension of coverage; and

e.  no other insurance policy provides coverage for that **car**.

14. **"Non-owned car"** means:

a.  any **car** that is not **owned** by, or registered to, or available for the regular use of **you**, a **relative**, **your** non-**resident** spouse or ex spouse, a person **residing** with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined **ownership** interest exceeds twenty (20) percent, and has never been **owned** by or registered to **you** or any other person or entity listed above; or

b.  any **car** insured under a separate policy providing **bodily injury** and **property damage** liability coverage.

15. **"Occupying"** means in, on, entering, or exiting.

16. **"Operator"** means the person sitting immediately behind the steering controls of a **motor vehicle** and no other person.

17. **"Owned"**, **"owns"**, and **"ownership"** means the person or entity:

a.  holds legal title to the **car**;

b. has legal possession of the **car** that is subject to a written security agreement with an original term of six (6) months or more; or

c. has legal possession of the **car** that is leased to a person or entity under a written agreement for a continuous period of six months or more.

18. "**Owner**" means any person who, with respect to a **car**, **owns** the **car**.

19. "**Pollutants**" means smoke, vapors, soot, fumes, acids, alkalis, chemicals, liquids, solids, gasses, sounds, waste materials, thermal pollutants, all other irritants and contaminants.

20. "**Property damage**" means physical injury to, or destruction of tangible property including loss of use.

21. "**Punitive damages**" means money that a judge or jury awards as a means of punishing a person, or setting an example. It includes any damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage**.

22. "**Relative**" means a person related to **you** by blood, marriage, or adoption, including a ward, stepchild, or foster child who is a **resident** of **your** household. Unmarried dependant children (including a ward or foster child) away from home, attending school, or in the armed forces, will be considered **residents** if:

a. they are under the age of twenty-five (25) years; and

b. they intend to continue to **reside** in **your** household.

23. "**Resident**" and any other form of the word "**reside**" refers to a person living with, and inhabiting the same dwelling as **you**.

24. "**Trailer**" means a non-motorized trailer designed to be pulled on public roads by a **car**. It includes a farm wagon or farm implement while being towed by a **car**. It does not include a mobile home, or a trailer used as a primary residence, office, store, display, or a passenger conveyance, or used in the **auto business**.

25. "**Volunteer work**" means work performed without compensation other than:

a. reimbursement of actual expenses incurred;

b. disbursements of meals; or

c. other similar incidental compensation.

9

## **PART I – LIABILITY TO OTHERS**

### **INSURING AGREEMENT – BODILY INJURY LIABILITY; PROPERTY DAMAGE LIABILITY**

Subject to the Limits of Liability, if **you** pay the premium for liability coverage, **we** will pay damages, other than **punitive damages**, for **bodily injury** or **property damage** for which an **insured person** becomes legally responsible because of an **accident** arising out of the:

1. **ownership**, maintenance, or use of a **covered car** or an **accident** arising out of the maintenance or use of a **non-owned car**; or
2. use of any **trailer** while attached to a:
   a. **covered car**; or
   b. **non-owned car** while operated by an **insured person**.

Damages include prejudgment interest awarded against an **insured person**.

**We** will settle or defend, as **we** consider appropriate, any claim for damages covered by this Part I.

### **ADDITIONAL DEFINITION**

When used in this Part I:
"**Insured person**" or "**insured persons**" means:

1. **you** or a **relative** with respect to an **accident** arising out of the **ownership**, maintenance, or use of a **covered car**;
2. any person with respect to an **accident** arising out of that person's use of a **covered car** with the express or implied permission of **you** or a **relative**;
3. a **relative** listed by name as a driver on the **Dec Page**, provided such **relative** or **relative's** spouse is not the **owner** of a **car** other than a **car** listed on the **Dec Page**, with respect to an **accident** arising out of the maintenance or use of a **non-owned car** with the express or implied permission of the **owner** of the **car**;
4. **you** with respect to an **accident** arising out of the maintenance or use of a **non-owned car** with the express or implied permission of the **owner** of the **car**;

10

5. any person or organization with respect only to vicarious liability for an **accident** arising out of the use of a **covered car** or **non-owned car** by a person described in 1, 2, 3, or 4 above; and

6. any Additional Interest Insured listed on the **Dec Page**, with respect to liability for an **accident** arising out of the use of a **covered car** or **non-owned car** by a person described in 1, 2, 3, or 4 above.

## ADDITIONAL PAYMENTS

In addition to the applicable limits of liability, **we** will pay for an **insured person**:

1. all expenses that **we** incur in the settlement of any claim or defense of any lawsuit;

2. interest accruing after entry of a judgment, until **we** have paid or tendered that portion of the judgment that does not exceed **our** Limit of Liability. This does not apply if **we** have not been given notice of the suit or the opportunity to defend an **insured person**;

3. premiums on appeal bonds or attachment bonds required in any lawsuit we defend. **We** have no duty to:

   a. purchase bonds in an amount exceeding **our** Limit of Liability; or

   b. apply for or furnish these bonds;

4. up to $250 for a bail bond required because of an **accident** or traffic law violation arising out of the **ownership**, maintenance, or use of a **covered car** or **non-owned car**. **We** have no duty to apply for or furnish this bond; and

5. all reasonable expenses, including loss of earnings, not to exceed $200 a day, incurred at **our** request.

**We** have no duty to reimburse anyone for any payment made or liability assumed, without **our** prior consent, in the investigation, defense, or settlement of any claim or lawsuit.

**We** have no duty to defend any criminal or administrative action, or to pay any fine or penalty.

## <u>EXCLUSIONS</u> – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART I.

11

Coverage under this Part I, including **our** duty to defend, does not apply to:

1. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **car** or **trailer** while being used for **commercial use**.  However, this exclusion does not apply to:
   a. shared expense ride-share arrangements; or
   b. use of a **car** by an **insured person** in the course of the **insured person's volunteer work** for a tax-exempt organization;

2. any liability assumed by an **insured person** under any contract or bailment;

3. **bodily injury** to an employee of an **insured person** arising out of or within the course of employment, except for domestic employees if benefits are neither paid nor required to be provided under workers compensation, disability benefits, or similar laws;

4. **bodily injury** or **property damage** arising out of an **accident** involving a **car** while being used by a person while employed or engaged in the **auto business**.  However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;

5. **bodily injury** or **property damage** resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

6. **bodily injury** or **property damage** due to nuclear reaction or radiation. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

7. **bodily injury** or **property damage** for which insurance is or can be afforded under a nuclear energy liability policy.  This exclusion applies even if the limits of that insurance are exhausted;

8. any obligation for which the United States Government is liable for under the Federal Tort Claims Act;

9. **bodily injury** or **property damage** reasonably expected to arise out of an intentional act by or at the direction of an **insured person**, whether or not that person intended or had the capacity to intend the

12

harm, or for liability of an **insured person** for failing to prevent another's intentional act. However, this exclusion will not apply to deny payment to an innocent **insured person** who did not cooperate in or contribute to the creation of the **loss** if such **loss** arose out of an act of domestic violence;

10. **property damage** to any property **owned** by, rented to, being transported by, used by, or in the charge of an **insured person**. A **motor vehicle** operated by an **insured person** shall be considered to be property in the charge of an **insured person**. However, this exclusion does not apply to a rented residence or a rented garage damaged by a **covered car**;

11. **bodily injury** or **property damage** resulting from a **relative's** operation or use of a **car** or **trailer**, other than a **covered car** or **trailer**, **owned** by **you** or a person who **resides** with **you**;

12. **bodily injury** or **property damage** resulting from **your** operation or use of a **car** or **trailer** owned by **you**, other than a **covered car**;

13. **bodily injury** or **property damage** resulting from, arising out of, or related to **pollutants** and/or **contamination** whether by a **car** or an **insured person**. However, this exclusion does not apply to pollution caused by a hostile fire. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

14. **bodily injury** or **property damage** arising out of the operation of farm machinery;

15. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **covered car** while it is being leased or rented to others. However, this exclusion does not apply to the operation of a **covered car** by **you** or a **relative**;

16. **bodily injury** or **property damage** arising out of the **ownership**, maintenance, or use of a **car** or **trailer** while it is parked and being used:

    a.   for commercial or **business** purposes;

    b.   as a residence or premises; or

    c.   as a premises for office, store, or display purposes.

17. **bodily injury** or **property damage** resulting from the **ownership**, maintenance, or use of any **car** or **trailer**, other than a **covered car**, in the course of any **business** other than farming or ranching. This

13

exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied;

18. **bodily injury** to **you** or a **relative**. This exclusion applies only after the limits of liability required by the Arizona Financial Responsibility Act have been satisfied.

## LIMITS OF LIABILITY

The Limit of Liability shown on the **Dec Page** is the most **we** will pay regardless of the number of:
1. claims made;
2. **covered cars**;
3. **trailers** shown on the **Dec Page**;
4. **insured persons**;
5. lawsuits brought;
6. **cars** involved in an **accident**; or
7. premiums paid.

If the **Dec Page** shows a split limit:

1. the amount shown for "each person" is the most **we** will pay for all damages due to a **bodily injury** to one (1) person in any one (1) **accident**;
2. subject to the "each person" limit, the amount shown for "each accident" is the most **we** will pay for all damages due to a **bodily injury** to two (2) or more persons in any one (1) **accident**; and
3. the amount shown for "property damage" is the most **we** will pay for the aggregate of all **property damage** for which an **insured person** becomes liable from any one (1) **accident**.

The **bodily injury** limit for "each person" includes the aggregate of claims made for such **bodily injury** and claims derived from such **bodily injury**, including, but not limited to, emotional injury or mental anguish resulting from the **bodily injury** of another or from witnessing the **bodily injury** to another, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and:

14

1. Part III – Uninsured/Underinsured Motorist Coverage; or
2. Part II – Medical Payments Coverage.

No one will be entitled to receive duplicate payments for the same elements of damages.

A **car** and attached **trailer** are considered one **car**. Therefore, the Limits of Liability will not be increased for an **accident** involving a **car** that has an attached **trailer**.

## FINANCIAL RESPONSIBILITY LAWS

When **we** certify this policy as proof of financial responsibility, this policy will comply with the law to the extent required. **You** must reimburse **us** if **we** make a payment that **we** would not have made if this policy were not certified as Proof of Financial Responsibility.

## OTHER INSURANCE

If this policy, and any other policy providing similar insurance apply to the same **accident** or **loss**, **we** will pay only **our** share of the **loss**. **Our** share is the proportion that **our** Limits of Liability bear to the total of all applicable limits. Any insurance **we** provide for a:

1. **non-owned car;**
2. **trailer**, other than a **trailer** being towed by a **covered car;** or
3. **car** being used in the conduct of **business;**

will be excess over any other collectible insurance, self-insurance, or bond. Any insurance we provide for use of a **covered car** by any person other than **you** will be excess over any other collectible insurance, self-insurance, or bond.

However, any insurance **we** provide for a **non-owned car** will be primary insurance if the **car** is insured under a policy to a named insured engaged in the **auto business**.

15

This applies only if an **insured person**:

1. is operating the **car**; and
2. is neither the person engaged in such **business** nor that person's employee or agent.

Any insurance **we** provide for a **car you own** shall be excess to that of a person engaged in the **auto business**, if the **accident** occurs while the **car** is being operated by that person or that person's employee or agent.

## OUT-OF-STATE INSURANCE

If an **accident** to which this Part I applies occurs in any state or province other than the one in which a **covered car** is principally garaged, and the state or province has:

1. a financial responsibility or similar law requiring limits of liability for **bodily injury** or **property damage** higher than the limits shown on the **Dec Page**, this policy will provide the higher limit; or
2. a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses a **car** in that state or province, this policy will provide the greater of:
   a. the required minimum amounts and types of coverage; or
   b. any higher limit **you** have elected, provided **you** have paid the premium for higher limits.

## PART II – MEDICAL PAYMENTS COVERAGE

### INSURING AGREEMENT

Subject to the Limit of Liability shown on the **Dec Page**, if **you** pay a premium for Medical Payments Coverage, **we** will pay the **usual and customary charge** for reasonable and necessary expenses, incurred within three (3) years from the date of an **accident**, for medical and funeral services because of **bodily injury**:

1. caused by the **accident**;
2. sustained by an **insured person**; and
3. arising out of the **ownership**, maintenance, or use of a **motor vehicle** or **trailer**.

16

## ADDITIONAL DEFINITIONS

When used in this Part II:

1. **"Insured person"** and **"insured persons"** mean:
   a. **you** or any **relative**:
      (i) while **occupying** a **covered car** or **non-owned car**; or
      (ii) when struck by a **motor vehicle** or **trailer** while not **occupying** a **motor vehicle**; and
   b. any other person while **occupying** a **covered car**.

2. **"Usual and customary charge"** means an amount that **we** determine represents a customary charge for services in the geographical area in which the service is rendered. **We** shall determine this amount through the use of independent sources of **our** choice. Any dispute as to the **usual and customary charge** will be resolved between the service provider and **us**.

## EXCLUSIONS – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART II.

Coverage under this Part II does not apply to **bodily injury**:

1. sustained while **occupying** a **car** or **trailer** being used for **commercial use**. However, this exclusion does not apply to:
   a. shared expense ride-share arrangements; or
   b. use of a **car** by an **insured person** in the course of the **insured person's volunteer work** for a tax-exempt organization;

2. sustained while **occupying** any **car** or **trailer** while being used or located as a residence or premises;

3. if workers compensation benefits are available for **bodily injury**;

4. arising out of an **accident** involving a **car** or **trailer** while being used by a person while employed or engaged in the **auto business**. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;

5. resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in

17

practice or preparation for any such contest or activity;

6. due to war;

7. due to nuclear reaction or radiation;

8. for which insurance is afforded under a nuclear energy liability insurance contract;

9. for which the United States Government is liable under the Federal Tort Claims Act;

10. sustained by any person while **occupying** a **covered car** without the express or implied permission of **you** or a **relative**;

11. sustained by **you** or a **relative** while **occupying** a **non-owned car** without the express or implied permission of the **owner**;

12. sustained while **occupying** or through being struck by:
    a.  a farm type tractor or other equipment designed for use principally off public roads; or
    b.  a vehicle operated on rails or crawler-treads;

13. sustained while **occupying** or through being struck by a **car owned** by **you** or a **relative** unless such **car** is insured under Part II;

14. sustained while **occupying** any **car**, other than a **covered car**, in the course of any **business** other than farming, or ranching;

15. sustained while **occupying** a **covered car** while it is being leased or rented to others;

16. sustained while a **covered car** or **non-owned car** is being used to commit a felony or for any other purpose which is legally recognized to be criminal. This exclusion does not apply to a felony deemed as such due solely to an alcohol or speed violation; or

17. that is reasonably expected to arise out of an intentional act by a person seeking benefits under this Part II, whether or not that person intended or had the capacity to intend the harm.

## LIMITS OF LIABILITY

The Medical Payments Limit of Liability shown on the **Dec Page** is the most **we** will pay for each **insured person** injured in any one (1) **accident**, regardless of the number of:

1. claims made;
2. **covered cars;**
3. **trailers** shown on the **Dec Page;**
4. **insured persons;**
5. lawsuits brought;
6. **cars** involved in an **accident;** or
7. premiums paid.


## OTHER INSURANCE

If there is other **car** medical payments insurance that applies, **we** will pay only **our** share of the **loss. Our** share is the proportion that **our** Limit of Liability bears to the total of all applicable limits. Any insurance **we** provide for a **non-owned car** will be excess over any other **car** insurance providing payments for medical and funeral expenses.


# PART III – UNINSURED/UNDERINSURED MOTORIST COVERAGE

## INSURING AGREEMENT – UNINSURED MOTORIST COVERAGE

Subject to the Limits of Liability shown on the **Dec Page,** if **you** pay a premium for Uninsured Motorist Coverage, **we** will pay for damages, other than **punitive damages,** which an **insured person** is legally entitled to recover from the **owner** or operator of an **uninsured motor vehicle** because of **bodily injury:**

1. sustained by an **insured person;**
2. caused by **accident;** and
3. arising out of the **ownership,** maintenance, or use of an **uninsured motor vehicle.**

**INSURING AGREEMENT-UNDERINSURED
MOTORIST COVERAGE**

Subject to the Limits of Liability shown on the **Dec Page**, if **you** pay a premium for Underinsured Motorist Coverage, **we** will pay for **net damages**, other than **punitive damages**, which an **insured person** is legally entitled to recover from the **owner** or operator of an **underinsured motor vehicle** because of **bodily injury**:
1. sustained by an **insured person**;
2. caused by **accident**; and
3. arising out of the **ownership**, maintenance, or use of an **underinsured motor vehicle**.

**We** will pay under this Part III only after the limits of liability under all applicable **bodily injury** liability bonds or policies have been exhausted by payment of judgments or settlements. **We** will not pay damages to any **insured person** until there has been compliance with all policy provisions. Any judgment for damages arising out of a suit brought without **our** written consent is not binding on **us**.

Determination of whether an **insured person** is legally entitled to recover damages and the amount of the damages will be made by agreement between the **insured person** and **us**. If no agreement is reached, the decision may be made by arbitration. The **insured person** or **we** must make a written demand for arbitration within three years after the **insured person** knows or should know:
1. that the party who caused the harm does not have liability insurance or has insufficient liability insurance;
2. that coverage was denied by the other party's insurer; or
3. of the insolvency of the other party's insurer.

**ADDITIONAL DEFINITIONS**

When used in this Part III:
1. "**Insured person**" and "**insured persons**" mean:
   a. **you** or a **relative**;
   b. any person **occupying** a **covered car**; and
   c. any person who is entitled to recover damages covered by this Part III because of **bodily injury** sustained by a person described in a. or b. above.
2. "**Net damages**" means the amount by which the total damages for **bodily injury** resulting from an

20

**accident** exceed the sum of the limits of liability under all applicable **bodily injury** liability bonds or policies.

3.  "**Underinsured motor vehicle**" means a land **motor vehicle** or **trailer** of any type:

    a.  to which a **bodily injury** liability bond or policy applies at the time of the **accident**; and

    b.  the sum of the limits of liability under all applicable **bodily injury** liability bonds or policies is less than the total damages for **bodily injury** resulting from the **accident**.

    This does not include any **motor vehicle** or **trailer** that is an **uninsured motor vehicle**.

4.  "**Uninsured motor vehicle**" means a land **motor vehicle** or **trailer** of any type:

    a.  to which no **bodily injury** liability bond or policy applies at the time of the **accident**;

    b.  to which a **bodily injury** bond or policy applies at the time of the **accident**, but the bonding or insuring company:
        (i)  denies coverage; or
        (ii) is or becomes insolvent;

    c.  to which a **bodily injury** liability bond or policy applies at the time of the **accident**, but its limit of liability for **bodily injury** is less than the minimum limit of liability for **bodily injury** required by section 28-4009 of the Arizona Revised Statutes, as amended; or

    d.  whose operator or **owner** cannot be identified and which causes an **accident** resulting in **bodily injury** to an **insured person**.  The **insured person** or someone in his or her behalf should report the **accident** to the police or civil authority within twenty-four (24) hours or as soon as practicable after the **accident**.

An **uninsured motor vehicle** or **underinsured motor vehicle** does not include any vehicle or equipment:

1.  operated on rails or crawler treads;

2.  designed mainly for use off public roads, while not on public roads;

3.  while used as a residence or premises; or

4.  not required to be registered as a **motor vehicle**, except when used on public roads.

21

**<u>EXCLUSIONS</u> – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART III.**

1. Coverage under this Part III is not provided for any **bodily injury** sustained by any person while using or **occupying**:
    a. a **covered car** while being used for **commercial use**. However, this exclusion does not apply to:
        (i) shared-expense ride-share arrangements; or
        (ii) use of a **car** by an **insured person** in the course of the **insured person**'s **volunteer work** for a tax-exempt organization;
    b. a **covered car** without the express or implied permission of **you** or a **relative**; or
    c. a **non-owned car** without the express or implied permission of the **owner**.
2. Coverage under this Part III will not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar laws:
    a. workers' compensation law; or
    b. disability benefits law.

**LIMITS OF LIABILITY**

The Limit of Liability shown on the **Dec Page** for coverages under this Part III is the most **we** will pay regardless of the number of:
1. claims made;
2. **covered cars**;
3. **trailers** shown on the **Dec Page**;
4. claimants making a claim;
5. **insured persons**;
6. lawsuits brought;
7. vehicles involved in an **accident**;
8. premiums paid; or
9. policies issued by **us**.

If the **Dec Page** shows a split limit:
1. the amount shown for "each person" is the most **we** will pay for all damages due to **bodily injury** to one (1) person in any one (1) **accident**; and
2. subject to the "each person" limit, the amount shown for "each accident" is the most **we** will pay for all

22

damages due to **bodily injury** to two (2) or more persons in any one (1) **accident**.

The **bodily injury** limit of liability under this Part III for "each person" includes the aggregate of claims made for such **bodily injury** to an **insured person** and all claims of others derived from such **bodily injury**, including, but not limited to:

1. emotional injury or mental anguish resulting from the **bodily injury** of another or from witnessing the **bodily injury** to another;
2. loss of society;
3. loss of companionship;
4. loss of services;
5. loss of consortium; and
6. wrongful death.

**We** will reduce the **insured person**'s total damages by any amount available to that **insured person**, under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicle** or **underinsured motor vehicle**, that such **insured person** did not recover as a result of a settlement between that **insured person** and the insurer of an **uninsured motor vehicle** or **underinsured motor vehicle**. However, any reduction of the **insured person**'s total damages will not reduce the limit of liability for this coverage. Any amounts otherwise payable for damages under Part III – Underinsured Motorist Coverage of this policy shall be reduced by all sums paid because of bodily injury under Part I of this policy.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and:

1. Part I – Liability To Others; or
2. Part II – Medical Payments Coverage.

**We** will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

## OTHER INSURANCE

If this policy, and any other policy providing similar insurance, apply to the same **accident** or **loss**, **we** will

23

only pay **our** share of the damages.   **Our** share is the proportion that **our** Limit of Liability bears to the total of all available coverage limits.   Any insurance **we** provide shall be excess over any other uninsured or underinsured motorist coverage, except for **bodily injury** to **you** or a **relative** when **occupying** a **covered car**.

**We** will not pay for any damages that would duplicate any payment made for damages under other insurance.

If any **insured person** is injured while not **occupying** a **motor vehicle**, the coverage provided under this policy shall be excess to any uninsured or underinsured motorist coverage provided by a policy under which that **insured person** is a named insured.   If **you** are injured while not **occupying** a **motor vehicle**, and are also a named insured under any other policy, **our** coverage will pay the proportionate share that **our** limits bear to the total available uninsured or underinsured motorist coverage limits.

Notwithstanding any other provision in this policy, if **you** purchase multiple policies from **us**, or an affiliated company on different **cars**, **you** are entitled to uninsured or underinsured motorist benefits under only one (1) of those policies.   The policy with the highest limit of liability shall apply unless **you** elect to apply a different policy.

**ARBITRATION**

If a written demand for arbitration has been made, then each party shall select an arbitrator within thirty (30) days. The two arbitrators will select a third.   If the two arbitrators cannot agree on a third arbitrator within thirty (30) days, then on joint application by **us** and the **insured person**, the third arbitrator will be appointed by a court having jurisdiction.

Each party will pay the costs and fees of its arbitrator. The costs and fees of the third arbitrator will be shared equally.   Each party will pay the expenses it incurs. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured person** resides. Local rules of procedure and evidence will apply.

A decision agreed to by two of the arbitrators will be binding as to whether the **insured person** is legally entitled to recover damages payable under this part III and the amount of the damages. The arbitrators shall have no authority to award an amount in excess of the Limit of Liability. The decision of the arbitrators is binding only if the amount of the award does not exceed the minimum limit of **bodily injury** liability specified by the financial responsibility laws of the state of Arizona. If the award is in an amount that exceeds this minimum limit, either party may demand the right to a trial. This demand must be made in writing within sixty (60) days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART IV – DAMAGE TO A CAR

### INSURING AGREEMENT – COLLISION COVERAGE

If **you** pay a premium for Collision Coverage, **we** will pay for **loss** to a:
1. **covered car** for which Collision Coverage has been purchased;
2. **non-owned car**; or
3. **trailer**;
when it overturns or collides with another object, subject to the Limits of Liability.

### INSURING AGREEMENT – COMPREHENSIVE

If **you** pay a premium for Comprehensive Coverage, **we** will pay for comprehensive **loss** to a:
1. **covered car** for which Comprehensive Coverage has been purchased;
2. **non-owned car**; or
3. **trailer**;
subject to the Limits of Liability.

A comprehensive **loss** is a **loss** to a **covered car**, **non-owned car**, or **trailer**, other than a **loss** covered under Collision Coverage, including, but not limited to, any of the following:
1. contact with an animal (including a bird);
2. explosion or earthquake;

25

3. fire;
4. malicious mischief or vandalism;
5. missiles or falling objects;
6. riot or civil commotion;
7. theft or larceny;
8. windstorm, hail, water, or flood; or
9. breakage of glass.

## ADDITIONAL TRANSPORTATION EXPENSE

In addition, **we** will pay **you** up to $20 per day, but not more than $600 per **loss**, for:
1. transportation expense incurred by **you** if a **covered car** to which Comprehensive Coverage applies is stolen; or
2. loss of use damages that **you** are legally liable to pay if a **non-owned car** is stolen.

Transportation expenses and loss of use damages coverage begins forty-eight (48) hours after **you** report the theft to **us** and ends the earliest of:
1. when the **covered car** or **non-owned car** has been recovered and returned to **you** or its **owner**;
2. when the **covered car** or **non-owned car** has been recovered and repaired;
3. when the **covered car** or **non-owned car** has been replaced; or
4. forty-eight (48) hours after **we** make an offer to pay the limit of liability that applies under this Part IV if the **covered car** or **non-owned car** is deemed by **us** to be a **total loss** or unrecoverable.

**You** must provide **us** with written proof of **your** transportation expenses and loss of use damages. **We** will pay for such expenses only if the **Dec Page** indicates that Comprehensive Coverage is provided for that **car**.

Duplicate recovery for identical elements of damages is not permitted by this policy.

The Additional Transportation Expense shall not apply to a **covered car** if Rental Reimbursement Coverage has been purchased.

26

## INSURING AGREEMENT-SPECIAL EQUIPMENT COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Comprehensive Coverage or Collision Coverage, **we** will pay for theft of, or damage to, **special equipment** resulting from any **loss** for which Comprehensive Coverage or Collision Coverage is provided under the terms of this policy. All payments for **loss** to **special equipment** shall be reduced by the applicable deductible, but only one deductible may be applied to any one **loss** in an **accident** which is covered by this Part IV.

The limit of liability for **loss** to **special equipment** is the lowest of:

1.  the **actual cash value** of such **special equipment**, reduced by the applicable deductible, and by its salvage value if **you** or the **owner** retain the salvage;
2.  the amount necessary to repair such **special equipment** reduced by the applicable deductible;
3.  the amount necessary to replace such **special equipment** reduced by the applicable deductible, and reduced by its salvage value if **you** or the **owner** retain the salvage; or
4.  the limit of:
    a.  $1,000; or
    b.  if **you** have purchased Special Equipment Coverage in an amount greater than $1,000 the Special Equipment Coverage Limit of Liability shown on the **Dec Page** for the applicable **covered car**.

    **We** will reduce the amount of the **loss** to **special equipment** by its salvage value if **you** or the **owner** retain the salvage.

Coverage for **special equipment** shall not cause **our** limit of liability for **loss** to a **car** under this Part IV to be increased to an amount in excess of:

1.  the actual cash value of the **car**, including its **special equipment**; or
2.  any applicable Limits of Liability or Stated Amount Vehicle Coverage elected by **you**.

27

## INSURING AGREEMENT – CAR LOAN/LEASE PROTECTION

In the event of a covered **total loss** to a **covered car** shown on the **Dec Page** for which a specific premium charge indicates that Vehicle Loan/Lease Protection applies, **we** will pay any unpaid amount due on the **lease** or **loan** for a **covered car** less:

1. the amount paid under Collision or Comprehensive coverage under Part IV of this policy;
2. the applicable deductible shown on the **Dec Page** for Collision or Comprehensive coverage; and
3. Any:
    a. overdue lease/loan payments at the time of the **loss**;
    b. financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;
    c. security deposits not refunded by a lessor;
    d. costs for extended warranties, Credit Life insurance, Health, Accident or Disability insurance purchased with the loan or lease;
    e. carry-over balances from previous loans or leases or increases to the loan balance occurring after the date of purchase; and
    f. amount by which the original loan balance exceeded the overall purchase price of the **covered car**.

## ADDITIONAL DEFINITIONS

When used as this Part IV:

1. **"Actual cash value"** means the lesser of:
    a. the amount of money required to replace the damaged property with similar property in like condition; or
    b. the amount of money to restore the property by repairs to its pre-damaged condition, at current prices.
2. **"Insured"** means:
    a. **you**, a **relative** listed by name as a driver on the **Dec Page**, or any **resident** listed by name as a driver on the **Dec Page**; and
    b. any person, other than a **resident** or **relative** NOT listed by name as a driver on the **Dec Page**,

28

maintaining, using, operating, or having custody of a **car** with **your** permission.

3. "**Lease**" means an account secured by the **covered car** with **you** as the lessee and a licensed financial institution as the lessor.

4. "**Loan**" means an account secured by the **covered car** where funds have been advanced by a licensed financial institution to **you**.

5. "**Non-owned car**" means any **car** that is not **owned** by, or registered to, or available for the regular use of **you**, a **relative**, **your** non-**resident** spouse or ex spouse, a person **residing** with **you**, a person listed by name as a driver on the **Dec Page**, **your** employer, or any legal entity in which **your** and/or a **relative's** combined **ownership** interest exceeds twenty (20) percent, while in the custody of, or being operated by, **you** or a **relative** listed by name as a driver on the **Dec Page** with the express or implied permission of the **owner**. A **non-owned car** will be provided the broadest coverage applicable to any **car** shown on the **Dec Page**.

6. "**Special equipment**" means equipment, devices, accessories, enhancements, and changes, other than those which are original manufacturer installed, which:

   a. are permanently installed or attached; and

   b. alter the appearance or performance of a **car**.

   This includes any electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to play back recorded media, other than those which are original manufacturer installed, that are permanently installed in a **covered car** or **non-owned car** using bolts or brackets, including slide-out brackets.

7. "**Total loss**" means **we** elect to pay the limit of liability shown on the **Dec Page** or the agreed or **actual cash value** of the **covered car** for a covered comprehensive or collision **loss** rather than to repair or replace the **covered car**.

8. "**Trailer**" means a non-motorized trailer, including a farm wagon or farm implement, designed to be towed on public roads by a **car**, that is:

   a. **owned** by **you** and listed on the **Dec Page**; or

   b. not **owned** by **you**, while being towed by a **covered car**.

29

"**Trailer**" does not include a mobile home, or a trailer used as a primary residence office, store, display, or passenger conveyance, or used in the **auto business**.

## <u>EXCLUSIONS</u> – READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS PART IV.

Coverage under this Part IV does not apply for **loss**:

1. to a **covered car**, **non-owned car**, or **trailer**, while being used for **commercial use**. However, this exclusion does not apply to:
   a. shared-expense ride-share arrangements; or
   b. use of a **car** by an **insured** in the course of the **insured's volunteer work** for a tax exempt organization;
2. resulting from the **ownership**, maintenance, or use of any **car** or **trailer**, other than a **covered car** in the course of any **business** other than farming, or ranching;
3. to a **non-owned car** or **trailer**, while being used or driven by a person while employed or engaged in the **auto business**. However, this exclusion does not apply to **you**, a **relative**, or an agent or employee of **you** or a **relative**, when using a **covered car**;
4. to a **covered car**, **non-owned car**, or **trailer** resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;
5. to a **covered car**, **non-owned car**, or **trailer**, due to nuclear reaction or radiation;
6. to a **covered car**, **non-owned car**, or **trailer**, for which insurance is or can be afforded under a nuclear energy liability policy;
7. to a **covered car**, **non-owned car**, or **trailer** caused directly or indirectly by:
   a. war (declared or undeclared), including civil war;
   b. warlike action by any military force of any government, sovereign or other authority using military personnel or agents. This includes any action taken to hinder or defend against an actual or expected attack; or
   c. insurrection, rebellion, revolution, usurped power, or any action taken by a governmental

30

authority to hinder or defend against any of these acts;

8. due to destruction or confiscation by government or civil authorities of a **covered car**, **non-owned car**, or **trailer**, because **you** or any **relative** engaged in illegal activities;

9. to a **covered car**, **non-owned car**, or **trailer**, arising out of an intentional act by or at the direction of **you**, a **relative**, or the **owner** of the **non-owned car** or **trailer** whether or not that person intended or had the capacity to intend the damage. However, this exclusion will not apply to deny payment to an innocent person who did not cooperate in or contribute to the creation of the **loss** if such **loss** arose out of an act of domestic violence;

10. to a **covered car**, **non-owned car**, or **trailer**, that is due and confined to:
    a. wear and tear;
    b. freezing;
    c. mechanical or electrical breakdown or failure;
    d. road damage to tires; or
    e. faulty workmanship by **you** or a **relative**, or by a facility or person chosen by **you** or a **relative**.

    However, this exclusion does not apply if the damage results from the total theft of a **covered car**, **non-owned car**, or **trailer**;

11. due to theft or conversion of a **covered car**, **non-owned car** or **trailer**:
    a. by **you**, a **relative**, or any **resident** of **your** household;
    b. prior to its delivery to **you** or a **relative**; or
    c. while in the care, custody, or control of anyone engaged in the **business** of selling the **car** or **trailer**. This exclusion 11.c. applies whether the theft, embezzlement or unlawful conversion of the **car** or **trailer** was committed by the person to whom the **car** or **trailer** was entrusted or by any other person;

12. to wearing apparel, equipment, devices, accessories, and any other personal effects which are not permanently installed or attached by brackets or bolts. This includes, but is not limited to:
    a. tapes, compact discs, cassettes, and other recording or recorded media;

31