# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kay Franklin,

Plaintiff,

v.

CSAA General Insurance Company,

Defendant.

No. CV-22-00540-PHX-JJT

**ORDER**

At issue is Plaintiff Kay Franklin's Motion to Transfer to Judge John J. Tuchi Pursuant to LRCiv 42.1 (Doc. 44), in which Plaintiff asks the Court to transfer two cases pending in this District to the undersigned, namely, *Dale v. Travelers Property Casualty Insurance Company*, No. CV-22-01659-PHX-SPL, and *Muehlhausen, et al. v. Allstate Fire and Casualty Company*, No. CV-22-01747-PHX-JAT. Because the Court will deny Motion, the Court did not await a Response from Defendant.

Under LRCiv 42.1(a), a party may move for the transfer of related cases to a single Judge if the cases: "(1) arise from substantially the same transaction or event; (2) involve substantially the same parties or property; . . . (4) call for determination of substantially the same questions of law; or (5) for any other reason would entail substantial duplication of labor if heard by different Judges."

The cases at issue do not arise from the same transaction or event or involve the same parties or property. As for common questions of law, the Court agrees that the cases

turn on a determination of whether an insurer has an obligation under A.R.S. § 20-259.01(H) to "stack" underinsured motorist (UIM) or uninsured motorist (UM) coverage(s). The Court has certified the related questions of law to the Arizona Supreme Court in the present case (Doc. 47) and has stayed this and another case before the undersigned pending the Arizona Supreme Court's decision on this Court's request to accept and decide the certified questions. Otherwise, the only commonality between the cases is the legal standards likely to be applied. But, for example, because the parties and underlying facts are different in each case, the analysis of whether a class may be certified under Federal Rule of Civil Procedure 23 will be different in each case. In sum, an examination of the relevant factors does not convince the Court that transfer of the named cases is appropriate.

**IT IS THEREFORE ORDERED** denying Plaintiff Kay Franklin's Motion to Transfer to Judge John J. Tuchi Pursuant to LRCiv 42.1 (Doc. 44).

Dated this 3rd day of November, 2022.

Honorable John J. Tuchi
United States District Judge

- 2 -